# EXHIBIT 1(A)

JEFF FINE
Clerk of the Superior Court
By Vanessa Garcia, Deputy
Date 12/13/2019 Time 10:24:17
Description                          Amount
------------ CASE# CV2019-009784 ------------
CIVIL NEW COMPLAINT                  333.00

TOTAL AMOUNT                         333.00
         Receipt# 27557798

1 | BONNETT, FAIRBOURN, FRIEDMAN
  | & BALINT, P.C.
2 | Andrew S. Friedman (005425)
  | Francis J. Balint, Jr. (007669)
3 | William F. King (023941)
  | 2325 East Camelback Road, Suite 300
4 | Phoenix, AZ 85016
  | afriedman@bffb.com
5 | fbalint@bffb.com
  | wfking@bffb.com
6 | Telephone: (602) 274-1100

7 | MERLIN LAW GROUP, P.A.
  | Michael N. Poli (006431)
8 | mpoli@merlinlawgroup.com
  | Lawrence R. Moon (017000)
9 | lmoon@merlinlawgroup.com
  | 2999 N. 44th Street, Suite 520
10 | Phoenix, Arizona 85018
  | Telephone:   (480) 315-9980

11 |

12 | *Attorneys for Plaintiff*

13 | **SUPERIOR COURT OF THE STATE OF ARIZONA**
  | **MARICOPA COUNTY**

14 | SONOMA SOL, LLLP, an Arizona          Case No.:   CV2019-009784
  | limited liability limited partnership,
15 |
16 |          Plaintiff,                    **CLASS ACTION COMPLAINT**

17 |     v.                                 **DEMAND FOR JURY TRIAL**

18 | TRUCK INSURANCE EXCHANGE, a
  | foreign entity; and FARMERS
19 | INSURANCE EXCHANGE, a foreign
  | entity,
20 |
  |          Defendants.
21 |

22 |        Plaintiff Sonoma Sol, LLLP ("Plaintiff"), by and through its undersigned attorneys,

23 | hereby files this Complaint against Defendants Truck Insurance Exchange and Farmers

24 | Insurance Exchange (collectively, "Defendants" or "Farmers"), on behalf of itself and all other

25 | similarly situated Arizona property owners insured by Farmers who received "Actual Cash

26 | Value" ("ACV") payments for casualty losses from which Farmers categorically excluded

27 | allowances for general contractors' overhead and profit ("O&P"). Such exclusion is contrary

28 | to the law of Arizona which requires that insurers include O&P in their calculation and

payment of the ACV of covered property losses if the repairs are reasonably likely to require the services of a general contractor, regardless of whether such O&P expenses are actually incurred by the insured.

## Parties

1.      Plaintiff is, and at all times mentioned herein was, a duly organized and existing Arizona limited liability limited partnership.

2.      Defendant Truck Insurance Exchange ("Truck Exchange") is a California company engaged in the business of insurance in Maricopa County, Arizona.

3.      Defendant Farmers Insurance Exchange ("Farmers Exchange") is a California company engaged in the business of insurance in the State of Arizona.

4.      Upon information and belief, Farmers Exchange handles all claims submitted by policyholders under insurance policies issued by Truck Exchange, and by the Farmers Insurance entities.

5.      The property insurance policy that is the subject of this action was sold to Plaintiff in Maricopa County, Arizona, by Truck Exchange.

## Jurisdiction

6.      This Court has original jurisdiction over the subject matter of this action pursuant to A.R.S. § 12-123.

7.      Venue is proper in this Court pursuant to A.R.S. § 12-401.

## Background

8.      Farmers markets and issues property insurance policies covering commercial and multi-family residential properties located in Arizona (collectively, the "Commercial Policies").

9.      All Farmers' Commercial Policies issued to Arizona property owners contain substantially the same provisions with respect to the settlement of losses.

10.     For example, the Farmers "Apartment/Dwelling Premier Policy" ("the A/D Policy") issued to Plaintiff is a standardized policy contract issued by Farmers to its

commercial insureds in Arizona.  A true and accurate copy of that A/D Policy, as issued to Plaintiff, is attached hereto as **Exhibit A**.

11.     Under the terms of the A/D Policy, and specifically, the Apartment Owners Property Coverage Form, Farmers insures its Arizona policyholders for loss (a) to the buildings and structures on the insured's property (collectively, the "Building Property") and (b) to personal property owned or used by the insured. *See* **Exhibit A**, at 1 of 28.

12.     As to losses to Building Property, the insured may under the A/D Policy accept payment for a claim on an actual cash value ("ACV") basis, in lieu of seeking a recovery on a replacement cost value ("RCV") basis (which requires repair or replacement of the covered property). *Id.* at 20-21 of 28.

### Actual Cash Value Payments

13.     This case involves claims by Plaintiff and other similarly situated Arizona insureds who received only ACV payments for a Building Property loss under the A/D Policy (or under similar Commercial Policies issued by Farmers), either (a) because they made only an ACV claim, or (b) they received an ACV payment for a loss and did not thereafter receive an RCV payment for that loss.

14.     Under Arizona law, such an ACV payment to an insured must include all costs "likely required" to be incurred in repairing or replacing the covered property, even if the insured decides not to repair or replace the respective property. *Tritschler v. Allstate Ins. Co.,* 213 Ariz. 505, 144 P.3d 519 (App. 2006).

15.     In *Tritschler*, the Arizona insurer refused to include general contractor O&P in the ACV payment to an Arizona insured, arguing that it was not obligated to do so unless and until such O&P costs were actually incurred by the insured.  The Arizona Court of Appeals rejected this contention, ruling that ACV payments must include all costs likely to be incurred to repair or replace the loss whether or not the insured actually incurred such costs.

16.     In *Lukes v. American Family Mutual Ins. Co.*, No. 04-2022-PHX-JAT, 455 F. Supp. 2d 1010 (D. Ariz. 2006), the District Court similarly rejected the insurer's contention that, under Arizona law, it was only obligated to include sales tax in its calculation of the

3

actual cash value of a property loss if the insured actually incurs the expense of repairing or replacing the damaged property. The Court ruled that its holding requiring inclusion of sales tax in the actual cash value calculation was "consistent with the fundamental purpose of a fire insurance policy which is to fully indemnify the insured."

17.   In May 2011, the Arizona Department of Insurance ("ADOI") announced that it had found American Family Mutual Insurance Company ("American Family") to have underpaid more than 5,000 Arizona homeowner insurance claims by failing to include taxes associated with the cost of repairing damage to a home or building. The ADOI required American Family to conduct a self-audit of the claims, which revealed an underpayment of over $1.145 million.

18.   The provisions of a property insurance policy like the A/D Policy are prescribed by Arizona statute. Specifically, A.R.S. § 20-1503(A) provides:

> No policy of fire insurance covering property located in [Arizona] shall be made, issued or delivered unless it conforms as to all provisions and the sequence thereof with the basic policy commonly known as the New York standard fire policy, edition of 1943. *Such policy is designated as the Arizona standard fire policy.*

(Emphasis added.)

19.   A copy of the New York standard fire policy, edition of 1943 ("the Arizona Standard Policy") is attached as **Exhibit B**.

20.   Nowhere does the Arizona Standard Policy authorize the exclusion of O&P from the ACV calculation.

21.   Contrary to the foregoing Arizona statutory law,[1] and despite its knowledge of *Tritschler* and *Lukes* and of the ADOI's action taken against American Family, Farmers has purported to *evade* the prescribed provisions of the Arizona Standard Policy with respect to the calculation of ACV by adding an endorsement in its A/D Policy ("Endorsement 7122") which states: "We [Farmers] will not pay for the increased fee, charge or cost attributable to a general

---

[1] Arizona law is hardly unique in this regard; a majority of courts require actual cash value payments to include general contractor overhead and profit, sales taxes, and similar costs likely to be incurred in repairing or replacing the insured property. *See Mills v. Foremost Ins. Co.*, 511 F.3d 1300, 1306 (5th Cir. 2008) (collecting cases).

contractor's profit and overhead or other similar fees or charges, unless you have incurred and paid for them and they are reasonable."

22.     The language of Farmers' Endorsement 7122 is not found within -- and does not conform to -- the language of the Arizona Standard Policy.

23.     As such, Farmers has through the attachment of Endorsement 7122 purported to insert language in its A/D Policy that does not conform to the language of the Arizona Standard Policy, which Farmers contends permits it to refrain from paying for general contractor's O&P unless and until such costs are actually incurred and paid by its insureds.

24.     For example, Farmers' Commercial Property Claims Representative  Andrea Young Boothe, in a letter to Plaintiff dated  August 7, 2018, a true and accurate copy of which is attached as **Exhibit C**, confirmed that Farmers withholds all allowances for O&P from its ACV payments even though Farmers admitted that "it appears a general contractor may be necessary to coordinate and supervise the repairs."

25.     As made clear under *Tritschler* and *Lukes*, in conjunction with A.R.S. § 20-1503(A), Farmers cannot unilaterally exclude O&P expenses from the ACV calculation, or otherwise make inclusion of such costs or allowances in its ACV payments dependent upon the costs being actually incurred by the insured.

26.     Farmers' implementation of its Endorsement 7122 (which it knows conflicts with the Arizona Standard Policy and violates well-established Arizona law) has led to a systemic practice of undervaluing ACV claims, and thus paying less for ACV claims than its insureds are entitled to under an Arizona Standard Policy, such as its A/D policy.

**Plaintiff's Facts**

27.     In January 2017, Farmers issued an A/D Policy to Plaintiff, a true and accurate copy of which is attached as **Exhibit A**.

28.     Plaintiff suffered a covered Building Property loss on August 4, 2017.

29.     Plaintiff submitted a claim for its covered Building Property loss to Farmers on August 7, 2017.

30.     In calculating the ACV of Plaintiff's loss, Farmers deliberately excluded any allowance or payment for general contractor's O&P (which Farmers estimated at $12,042.46), despite acknowledging that "it appears a general contractor may be necessary to coordinate and supervise the [respective] repairs." *See* **Exhibit C**.

31.     Endorsement 7122 is, however, unenforceable as inconsistent with the terms of the Arizona Standard Policy.

32.     Farmers thus failed to pay Plaintiff the full "actual cash value" of Plaintiff's loss as required under the A/D Policy and Arizona law.

33.     Plaintiff does not dispute the amount of any deduction from Plaintiff's ACV payment; rather, Plaintiff disputes Farmers' authority to exclude, pursuant to Endorsement 7122 or any other language of the A/D Policy, general contractor's O&P expenses from its ACV payments in the first place.  Therefore, Plaintiff's claims are not subject to the appraisal process provided for in the A/D Policy.  *Bond v. American Family Mut. Ins. Co.*, 2008 WL 477873 (D. Ariz., 2008).

34.     Plaintiff has fulfilled each of its obligations under the A/D Policy.

35.     Plaintiff has incurred attorneys' fees and costs in connection with this action.

36.     Although the A/D Policy purports to require Plaintiff to bring suit within two years of the date of loss, under Arizona law, insurers are constrained in shortening limitations periods to instances in which they can show actual prejudice.  *Zuckerman v. Transamerica Ins. Co.*, 133 Ariz. 139, 146, 650 P.2d 441, 448 (1982). In *Zuckerman*, the Arizona Supreme Court held that "while the policy condition shortening the applicable statute is valid pursuant to A.R.S. § 20–1115(A)(3), the insurer may be estopped from raising a defense based upon such an adhesive clause where the enforcement of the clause would work an unjust forfeiture." *Id.* at 144, 650 at 448. Under this holding, an insurer must show "prejudice by reason of the delay in filing suit" before the insured will be bound to the shortened limitations period. *Id.* Here, Defendants have not been prejudiced by any delay on Plaintiffs' part in bringing this action. *Burk v. State Farm Fire & Cas. Ins. Co.*, No. CV-14-02642-PHX-GMS, 2015 WL 13625691, at *4 (D. Ariz. Aug. 11, 2015).

**Class Allegations**

37.    Plaintiff brings this action on behalf of itself and all other similarly situated Class members pursuant to Rule 23(a), (b)(2) and (b)(3) of the Arizona Rules of Civil Procedure. *Lindquist v. Farmers Ins. Co. of Arizona*, 2008 WL 343299 (D. Ariz.). Plaintiff seeks certification of the following Class:

> All  Arizona property owners who within six years of the commencement of this action (a) received actual cash value payments for a covered loss under a Farmers Businessowners, Apartment Owners or Condominium property insurance policy that excluded general contractor's overhead and profit and similar costs likely to be incurred in repairing or replacing the damaged property, and (b) did not receive a replacement cost payment for that loss.

38.    **Numerosity**.  The members of the Class are so numerous that joinder of all members of the Class is impracticable. Plaintiff is informed and believes that Farmers' Endorsement 7122 has been applied to hundreds, if not thousands, of claims by Arizona policyholders. The identity and precise number of Class members, though unknown to Plaintiff, is reasonably and objectively ascertainable from Farmers' own records.

39.    **Existence and Predominance of Common Questions of Law and Fact.** This action involves common questions of law and fact, which predominate over any questions affecting individual Class members.  These common legal and factual questions include, but are not limited to, (a) whether Farmers is contractually and legally authorized to withhold from ACV payments, general contractor's overhead and profit and similar costs likely to be incurred in repairing or replacing the respective damaged property, (b) whether Farmers adopted a company policy or practice of excluding such items from its ACV payments, regardless of whether they were reasonably likely to be incurred by the insured, (c) whether Farmers did so through the knowing or reckless disregard of Arizona law, (d) whether Plaintiff and the other Class members are entitled to appropriate equitable remedies, including declaratory and injunctive relief requiring Farmers to reopen and properly adjust the subject loss claims; and (e) whether Plaintiff and the Class are entitled to monetary damages.

40.   **_Typicality_**.  Plaintiff's claims are typical of the claims of the members of the Class because, _inter alia_, all Class members were injured through Farmers' uniform misconduct in connection with Farmers' Endorsement 7122 described above.

41.   **_Adequacy of Representation_**.  Plaintiff will fairly and adequately protect the interests of the members of the Class.  Plaintiff has retained counsel experienced in consumer class action litigation and Plaintiff intends to prosecute this action vigorously on behalf of other similarly situated Farmers insureds.  Plaintiff has no interests adverse or antagonistic to those of the proposed Class.

42.   **_Certification under Rule 23(b)(2)_**. The Class may be certified because Farmers has acted or refused to act on grounds generally applicable to the proposed Class, thereby making appropriate final declaratory and/or injunctive relief with respect to the members of the Class as a whole. Plaintiff seeks permanent injunctive and equitable relief on behalf of the entire Class, on grounds generally applicable to the entire Class, to enjoin and prevent Farmers from engaging in the systematic misconduct described above, and requiring it to provide full equitable relief to Plaintiff and Class members (which would include, among other things, requiring Farmers to reopen and correctly adjust claims closed within the Class Period). Unless a Class-wide injunction is issued, Farmers will continue to commit the violations alleged, and the members of the Class and other Farmers policyholders will continue to be injured.

43.   **_Superiority under Rule 23(b)(3)_**.  A class action is superior to all other available means for the fair and efficient adjudication of this controversy.  The damages or other financial detriment suffered by individual Class members is relatively small compared to the burden and expense that would be entailed by individual litigation of their claims against Farmers.  It would thus be virtually impossible for Plaintiff and the Class members, on an individual basis, to obtain cost-effective redress for the wrongs done to them.  Furthermore, even if Class members could afford such individualized litigation, the court system could not. Individualized litigation would create the danger of inconsistent or contradictory judgments arising from the same set of facts.  Individualized litigation would also increase the delay and expense to all parties and the court system from the issues raised by this action.  By contrast,

8

the class action device provides the benefits of adjudication of these issues in a single proceeding, economies of scale, and comprehensive supervision by a single court, and presents no unusual management difficulties under the circumstances here.

**Count One**

**(Breach of Express Contract)**

44.   Plaintiff and the Class repeat and reallege all allegations contained in the paragraphs above as if set forth separately in this Claim for Relief.

45.   Under *Tritschler* and *Lukes,* when paying the ACV of a covered loss, Farmers was obligated to include general contractor's O&P expenses, regardless of whether such costs were actually incurred and paid by its insureds.

46.   Under A.R.S. § 20-1503(A), Farmers is not permitted to include language in its Arizona property insurance policies that does not conform to the language of the Arizona Standard Policy.

47.   Farmers breached the A/D Policy and violated Arizona law when it failed to make full ACV payments to Plaintiff and the other Class members by failing to include general contractor's O&P in its payments based on Endorsement 7122.

48.   Plaintiff and the other members of the Class were injured by Farmers' breaches, in an amount to be proven at trial.

49.   This matter arises out of contract, such that Plaintiff and the Class are eligible for and entitled to an award of their attorneys' fees under A.R.S. § 12-134.01.

**Count Two**

**(Breach of Implied Contractual Obligation of Good Faith)**

50.   Plaintiff and the Class repeat and reallege all allegations contained in the paragraphs above as if set forth separately in this Claim for Relief.

51.   "In Arizona, insurance contracts include an implied covenant of 'good faith and fair dealing,' whereby each party is 'bound to refrain from any action which would impair the benefits which the other had the right to expect from the contract or the contractual relationship.'" *Voland v. Farmers Ins. Co.*, 189 Ariz. 448, 451, 943 P.2d 808, 811 (App.1997)

9

1   (quoting *Rawlings v. Apodaca*, 151 Ariz. 149, 154, 726 P.2d 565, 570 (1986)).

2   52.   In cases (such as this) involving first-party coverage, the insurer must "play
3   fairly with its insured." *Rowland v. Great States Ins. Co.*, 199 Ariz. 577, 20 P.3d 1158 (App.
4   2001) (citing *Rawlings*, 151 Ariz. at 154, 726 P.2d at 570). The insurer must "give equal
5   consideration in handling the claim, and do so in fairness and honesty." *Id.* (citing *State Farm*
6   *Mut. Auto. Ins. Co. v. Lee*, 199 Ariz. 52 n. 3, 13 P.3d 1169 n. 3 (2000)).

7   53.   The duty of good faith also includes an obligation to inform the insured about the
8   extent of coverage and his or her rights under the policy and to do so in a way that is not
9   misleading. *See Nardelli v. Metropolitan Group Property and Cas. Ins. Co.*, 230 Ariz. 592,
10  603, 277 P.3d 789, 800 (App. 2012) (citing, *inter alia*, *Rawlings*, 151 Ariz. at 156–57, 726
11  P.2d at 572–73 (1986)); *Sarchett v. Blue Shield of Cal.*, 233 Cal. Rptr. 76, 729 P.2d 267, 275–
12  77 (1987) (internal quotation omitted) ("important facet" of duty of equal consideration is "the
13  duty reasonably to inform an insured of the insured's rights and obligations under the
14  insurance policy")).

15  54.   Arizona law also imposes a duty of a fiduciary nature on an insurance company
16  when it receives a demand for payment under a policy, including a duty to give equal
17  consideration to its interests and those of the insured before paying out policy proceeds. *See*
18  *Deese v. State Farm Mut. Auto. Ins. Co.*, 172 Ariz. 504, 507, 838 P .2d 1265, 1268 (1992)
19  ("[A]n insurance company's duty of good faith means that 'an insurer must deal fairly with an
20  insured, giving equal consideration in all matters to the insureds interest.'") (quoting *Tank v.*
21  *State Farm Fire & Cas. Co.*, 105 Wash.2d 381, 386, 715 P.2d 1133, 1136 (1986)).

22  55.   Farmers acted objectively and subjectively unreasonably in including its
23  Endorsement 7122 in its policies. *See Wood v. Liberty Mut. Fire Ins. Co.*, 2012 WL 2798761,
24  at *2-5 (Ariz. 2012); *see also Bradshaw v. State Farm Mut. Auto. Ins. Co.*, 758 P.2d 1313,
25  1325 (Ariz. 1988) (observing that intent could be inferred from evidence that the insurer
26  "sought its own legitimate objective-settlement for as little as possible-by improper means");
27  *see generally Zilisch v. State Farm Mut. Auto Ins. Co.*, 196 Ariz. 234, 238, 995 P.2d 276 280

28

(2000) (whether insurer possessed wrongful intent is question for the jury). Farmers' alleged misconduct is not the result of an honest mistake, mere oversight, or carelessness.

56.     Farmers' objectively and subjectively unreasonable inclusion of its Endorsement 7122, in which no consideration at all is given to the interests of the insured as required by Arizona law, constitutes a contractual breach of Farmers' obligations of investigation, information, equal consideration, and indemnity.

57.     Farmers breached the implied contractual obligation of good faith and fair dealing by using Endorsement 7122 to avoid making full ACV payments to Plaintiff and the other Class members.  In light of A.R.S. § 20-1503(A), *Tritschler* and *Lukes*,  Farmers knew or should have known that its failure to make full ACV payments was improper and that it was therefore acting in bad faith when it failed to pay the full ACV payments owed to its insureds.

58.     Plaintiff and the other members of the Class were injured by Farmers' breaches, in an amount to be proven at trial.

## Count Three

### (Declaratory and Injunctive Relief)

59.     Plaintiff repeats and re-alleges the allegations contained in the paragraphs above, as if fully set forth herein.

60.     An actual controversy has arisen and now exists between Plaintiff and the members of the Class, on the one hand, and Farmers, on the other hand, as to the propriety of Farmers' inclusion and enforcement of Endorsement 7122 in the Policy contract.

61.     Under the circumstances, Plaintiff and the members of the Class are entitled to a declaration (a) that Arizona law does not permit Farmers to unilaterally exclude from its ACV payments general contractor's overhead and profit and any other likely cost pertaining to repair or replacement of the damaged property, and (b) providing for appropriate equitable relief to Plaintiff and other members of the Class injured by Farmers' misconduct.

62.     The appropriate equitable remedy may include, among other things, ordering a self-audit similar to that ordered by the ADOI in 2011 when American Family had similarly failed to include transaction privilege taxes in settling property loss claims.

11

## Prayer

WHEREFORE, Plaintiff prays for a judgment:

A       certifying the Class as requested herein;

B       awarding Plaintiff and the Class members declaratory, injunctive or other equitable relief;

C       awarding Plaintiff and Class members compensatory damages in an amount to be determined at trial;

D       awarding Plaintiff and Class members their attorneys' fees and costs; and

E       providing Plaintiff and Class members with such further and other relief as deemed just and proper by the Court.

## Jury Demand

Plaintiff demands a jury trial of all issues triable by right by jury.

Dated this 13th day of December, 2019.

MERLIN LAW GROUP, P.A.

_____

Michael N. Poli
Lawrence R. Moon

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.

Andrew S. Friedman
Francis J. Balint, Jr.
William F. King
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
afriedman@bffb.com
fbalint@bffb.com
wfking@bffb.com
Telephone: (602) 274-1100

*Attorneys for Plaintiff*

# EXHIBIT A

 **FARMERS**
INSURANCE

## Reconstructed Copy

I, Warren Higley, state that I am a custodian of records for the Portland
Business Insurance Center.  I have reviewed
TRUCK INSURANCE EXCHANGE records relating to insurance policy
number 606252473, issued to Sonoma Sol LLLP, Villa Del Sol Apartments
for the period of 01/09/2017 to 01/09/2018.

I declare the attached document(s) is/are (a) reconstructed copy/copies
derived from our records.

Executed at Portland, Oregon this day of September 25, 2019.

Business Insurance Service Team Manager

**PREMIUM IS > $5000**
**RETURN TO COMMERCIAL CENTER**
**PLEASE DESTROY DOCUMERGE AND DO NOT HIDE IN EDOCS.**

**INSURED**

| | |
|---|---|
| **This section is for policy:** | **60625-24-73** |
| **Assembled-on Date:** | **06/15/18** |
| **Assembled-on Time:** | **00:31:06** |
| **Full Policy Number:** | **6062524730017** |
| **Transaction Number:** | **001** |
| **Operator id:** | **RH729** |

**TRANSACTION:**
**RENEWAL**
**** REPRINT REQUEST ****

CM057032   15

BANNRI

BANNRI0



FARMERS INSURANCE

PO BOX 2527 ,
Grand Rapids, MI. 49501-2527

PRODUCER#:   15  88  49  2A7
GARY BLAKE
15689 N HAYDEN RD128
SCOTTSDALE        AZ  85260

ADDRCP-AGT   08-05

AGTADDCP

PO BOX 2527
Grand Rapids, MI. 49501-2527



**FARMERS**
INSURANCE

PRODUCER#:   15 88 49 2A7
GARY BLAKE
15689 N HAYDEN RD128
SCOTTSDALE          AZ 85260

AGTADDXP



GARY BLAKE
15689 N HAYDEN RD128
SCOTTSDALE          AZ  85260
PRODUCER#:   15  88  49  2A7

SONOMA SOL LLLP
VILLA DEL SOL APARTMENTS
6231 W MCDOWELL RD

PHOENIX          AZ  85035

GARY BLAKE
15689 N HAYDEN RD128
SCOTTSDALE          AZ 85260



**FARMERS**
**INSURANCE**

SONOMA SOL LLLP
VILLA DEL SOL APARTMENTS
6231 W MCDOWELL RD

PHOENIX          AZ 85035

## Notice To Policyholders Regarding Your Policy's Business Income Coverage



**FARMERS**
**INSURANCE**

Dear Valued Customer,

Thank you for choosing Farmers ® for your insurance needs. We appreciate your business and want to keep you informed about changes to your policy and the coverage options available to you.

The Premier package coverage you have chosen for your APARTMENT OWNERS POLICY includes innovative coverage specifically designed for you as an apartment owner. One such coverage provides for loss of Business Income, which pays for rent or other income you are unable to collect due to a covered loss.

When the property limit at a covered location is less than $25,000,000, the policy provides coverage for all verifiable loss of rents or other income during the time period stated in your policy. When the property limit at a covered location exceeds $25,000,000, the policy provides coverage for loss of rents or other income at that location up to the dollar limit shown for Business Income on the Declarations.

Consequently, when the property limit at any given location is increased from an amount below or equal to $25,000,000 to an amount that exceeds $25,000,000, the Business Income coverage will be subject to a $100,000 limit than can be increased at your request.

This notice provides a summary for informational purposes only; it is not part of your insurance contract. Please read your policy carefully, including the attached endorsements, for complete information about your Business Income coverage. If there is a conflict between the policy and this summary, the provisions of the policy shall prevail.

If you have any questions regarding Business Income coverage or any of the other coverages provided by your Farmers Premier Package Policy, please contact your Agent.



## ** Policyholder Reminder **
## **Review Your Coverages To Ensure They Meet Your Needs**

Dear Farmers Customer,

Thank you for choosing Farmers for your Business Insurance needs.

In today's dynamic business environment, we understand that your business can change throughout the year. For example, you may acquire new equipment, adjust your staffing, add a new location, create electronic ordering and/or billing for your customers, or begin offering new services.

**These and many other changes may require updated insurance coverage for your business.**

Farmers offers several services at no cost to you in order to help protect your business and your livelihood.

For example:

- Your Farmers Agent is a great resource who can provide you with business insurance consulting services.

- Whether you are a new or returning client, you can take advantage of this service by calling your Farmers Agent to schedule a Farmers Friendly Review. Your agent will discuss your business needs, review your coverage, and make any coverage adjustments needed.

- MySafetyPoint.com offers a wealth of safety and loss control information which may help you avoid workplace injuries and other losses.

- To access this information, log onto www.mysafetypoint.com, and then register with your policy number and email address. There you will find safety and loss control information that is specific to your type of business.

Thank you for your business. If you have any questions, please contact your Farmers agent.



**FARMERS**
INSURANCE

# Important Notice

## Subscription Agreement Notice

(Please keep for your records)

*By payment of the policy premium, you acknowledge that you have received and read the Truck Insurance Exchange Subscription Agreement (the terms of which are provided below) and that you agree to be bound to all of the terms and conditions of the Subscription Agreement.*

*Under the Subscription Agreement, you appoint Truck Underwriters Association (the "Association") to act as the attorney-in-fact. The Association has acted in this capacity since 1935. The Subscription Agreement provides for payment of compensation to the Association for its becoming and acting as attorney-in-fact. This compensation consists of a membership fee and a percentage of premiums on all policies of insurance or reinsurance issued or effected by the Exchange. These fees are included in your policy payment and are not an additional fee.*

*We reserve the right to request that you provide us with a signed Subscription Agreement and if you fail to do so, your coverage may be terminated.*

## Subscription Agreement

For and in consideration of the benefits to be derived therefrom the subscriber covenants and agrees with Truck Insurance Exchange and other subscribers thereto through their and each of their attorney-in-fact, Truck Underwriters Association, to exchange with all other subscribers' policies of insurance or reinsurance containing such terms and conditions therein as may be specified by said attorney-in-fact and approved by the Board of Governors or its Executive Committee for any loss insured against, and subscriber hereby designates, constitutes and appoints Truck Underwriters Association to be attorney-in-fact for subscriber, granting to it power to substitute another in its place, and in subscriber's name, place and stead to do all things which the subscriber or subscribers might or could do severally or jointly with reference to all policies issued, including cancellation thereof, collection and receipt of all monies due the Exchange from whatever source and disbursement of all loss and expense payments, effect reinsurance and all other acts incidental to the management of the Exchange and the business of interinsurance; subscriber further agrees that there shall be paid to said Association, as compensation for its becoming and acting as attorney-in-fact, the membership fees and twenty per centum of the Premium Deposit for the insurance provided and twenty per centum of the premiums required for continuance thereof.

The remaining portion of the Premium Deposit and of additional term payments made by or on behalf of the subscriber shall be applied to the payment of losses and expenses and to the establishment of reserves and general surplus. Such reserves and surplus may be invested and reinvested by a Board of Governors duly elected by and from subscribers in accordance with provisions of policies issued, which Board or its Executive Committee or an agent or agency appointed by written authority of said Executive Committee shall have full powers to negotiate purchases, sales, trades, exchanges, and transfers of investments, properties, titles and securities, together with full powers to execute all necessary instruments. The expenses above referred to shall include all taxes, license fees, attorneys' fees and adjustment expenses and charges, expenses of members' and governors' meetings, agents' commissions, and such other specified fees, dues and expenses as may be authorized by the Board of Governors. All other expenses incurred in connection with the conduct of the Exchange and such of the above expenses as shall from time to time be agreed upon by and between the Association and the Board of Governors or its Executive Committee shall be borne by the Association.

The principal office of the Exchange and its attorney-in-fact shall be maintained in the City of Los Angeles, County of Los Angeles, State of California.

This agreement can be signed upon any number of counterparts with the same effect as if the signatures of all subscribers were upon one and the same instrument, and shall be binding upon the parties thereto, severally and ratably as provided in policies issued. Wherever the word "subscriber" is used the same shall mean members of the Exchange, the subscriber hereto, and all other subscribers to this or any other like agreement. Any policy issued hereon shall be non-assessable.



**FARMERS**
INSURANCE

# INSURANCE INFORMATION PRACTICES AND PROTECTION OF YOUR PRIVACY
## This notice applies only to insurance transactions involving insurance primarily for commercial needs.

Dear valued customer:

As part of our service to you, we want you to understand the information gathering practices that may be used to verify and collect pertinent policy information. We want to assure you that we're as concerned as you are about your privacy, and we make every effort to protect it.

**Collection of information**

Most of the personal information we collect comes directly from you when you apply for insurance. However, we may need to obtain additional information from other sources, such as public record databases, the Department of Motor Vehicles, consumer reporting agencies, other insurance companies and insurer databases authorized to collect claims and other information.

In addition, with your permission, we may use your credit history to run an "insurance score" for the purpose of underwriting or rating your policy. An insurance score is a number or rating derived from an algorithm, computer application, model or other process that is based wholly or in part on credit information. We use an insurance score to predict an individual applicant's or customer's future insurance loss exposure.

**Types of information**

The collected information is used to help us decide whether you qualify for the insurance you've applied for. Information such as the use of your vehicle(s), drivers, prior accidents and driving violations, previous insurance experience, etc., may be requested with regard to your vehicles. Information such as construction type, roof construction, square footage, heating, other physical characteristics, housekeeping habits, previous insurance experience, etc., may be requested with regard to policies covering your building and business personal property. Information such as estimated annual payroll, gross receipts, specific types of operations conducted by your business, products produced or sold, etc., may be requested with regard to policies covering your commercial liability exposures. In addition, your credit history may be used to run an insurance score to be used as one of several factors in the underwriting or pricing of your policy.

This information is kept in a confidential policy file that only members of our organization can access. We refer to this information for the purpose of issuing and servicing your policy and for settling claims.

**What we do with information about you**

With few exceptions, we don't release any of the information that we've collected about you to anyone else without your consent. The exceptions occur when the disclosure is necessary for us to conduct our business. Please rest assured that the only persons who may see this information would be those who are involved with insurance, such as:

1. Your agent, who may need the information to service your policy
2. Another insurance company, if you apply to them for insurance
3. Persons who need this information to perform normal business functions for us, such as attorneys, insurance support organizations, adjusters, appraisers or investigators
4. Persons conducting scientific research on our behalf (Any information involving you won't be identifiable individually.)
5. A medical professional, to inform you of a medical condition of which you might not be aware
6. Law enforcement or other governmental authority pursuant to law
7. Our affiliated companies as permitted by law

Information obtained from a report prepared by an insurance-support organization or consumer reporting agency may be retained by that organization and disclosed to other persons who use these reports, but only to the extent permitted by federal and state Fair Credit Reporting Acts.

**Access to and correction of personal information**

You have the right to know the contents of any recorded personal information that our file may contain about you. You also have the right to receive a copy of this information and to request that we correct, amend or delete any of the information you feel is in error.

You may request in writing to view or copy your personal information. If viewing or copying isn't convenient, we'll send a copy to you. Send your request in writing to:

> Corporate Customer Relations
> 4680 Wilshire Blvd., 1st Floor
> Los Angeles, CA 90010

We'll respond to your written request within 30 business days of receiving your request. You may have to pay a reasonable charge to cover the cost of the copies.

If you believe that your personal information is incorrect, you may write to us, asking us to correct, amend or delete the disputed information. Within 30 business days of receiving your written request, we'll make the appropriate changes. If we can't make the changes you request, you may file a statement outlining why you disagree with our decision. We'll include your statement in our policy file, so that anyone reviewing your information will have access to it. In addition, at your request, we'll also provide a copy of your statement to anyone who may have received your information from us in the previous two years.

These rights do not extend to information collected in connection with or in reasonable anticipation of a claim or civil or criminal proceeding, or to specific items of privileged information when an applicant or policyholder is suspected of fraud, material misrepresentation or material nondisclosure.

If you'd like more information about how to receive and correct recorded personal information, please write to us and we'll be glad to provide you with a description of the necessary procedures. If, after reading this, you have further questions, please feel free to contact us or your agent.

## Farmers Insurance Group of Companies ®



## Notice to Policyholders - New Coverage Exclusion
## Exclusion - Access Or Disclosure Of Confidential Or
## Personal Information And Data-Related Liability

The attached endorsement, **Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability**, has been added to your policy contract. This mandatory endorsement excludes coverage for bodily injury, property damage and personal and advertising injury arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information. In addition, the exclusion will apply even if damages are claimed for notification costs, credit monitor expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by the named insured or others. This endorsement will result in a reduction in coverage.

This notice is provided for information only and is not intended to amend, alter or change any of the terms or conditions of the policy. It is not a substitute for reviewing your policy and the endorsements included with your policy. Please review your policy to better understand the terms and conditions of your coverage.

If you have questions about this change to your insurance coverage or about your options to add Cyber Liability and Data Breach Expense coverage to your policy, please contact your Farmers agent.



**FARMERS**
**INSURANCE**

**Truck Insurance Exchange (A Reciprocal Insurer)**
Member Of The Farmers Insurance Group Of Companies®

Home Office: 6301 Owensmouth Ave., Woodland Hills, CA 91367

# COMMON POLICY DECLARATIONS

| **Named Insured** | SONOMA SOL LLLP<br>VILLA DEL SOL APARTMENTS | F006049446-001-00001 | |
|---|---|---|---|
| | | Account No. | Prod. Count |
| **Mailing Address** | 6231 W MCDOWELL RD<br>PHOENIX, AZ 85035 | 88-49-2A7 | 60625-24-73 |
| | | Agent No. | Policy Number |

**Form of Business**
☐ Individual  ☐ Joint Venture  ☒ Limited Liability Co.
☐ Corporation  ☐ Partnership  ☐ Other Organization

**Business Description:**
Apartments

**Policy Period**
From  01-09-2017  (not prior to time applied for)
To  01-09-2018  12:01 A.M. Standard time at your mailing address shown above.

If this policy replaces other coverage that ends at noon standard time of the same day this policy begins, this policy will not take effect until the other coverage ends. **This policy will continue for successive policy periods as follows:** If we elect to continue this insurance, we will renew this policy if you pay the required renewal premium for each successive policy period subject to our premiums, rules and forms then in effect.

The attorney-in-fact (AIF) or management fee for your renewed policy will never exceed 20% of the policy's premiums and will be paid out of the premiums. You may wish to consider this information in deciding whether to accept or decline this offer to renew your policy.

This policy consists of the following coverage parts listed below and for which a premium is indicated. This premium may be subject to change.

| Coverage Parts | Premium After Discount And Modification |
|---|---|
| Apartment Owners Policy | $69,944.00 |
| Certified Acts Of Terrorism - See Disclosure Endorsement | Included |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total (See Additional Fee Information Below) | $69,944.00 |

Your Premium has increased by  $6,288.00 since the last term.

**Policy Number:**   60625-24-73                                    **Effective Date:**   01-09-2017

**Forms Applicable To**   25-3065            Reminder-Review Your Coverages
**All Coverage Parts:**

**Your Agent**

Gary Blake
15689 N Hayden Rd 128
Scottsdale, AZ 85260
(480) 991-1255

---

Countersigned (Date)                    By Authorized Representative

56-2406 1-15                                            C2406102  Page 2 of 3

**Policy Number:** 60625-24-73                                    **Effective Date:** 01-09-2017

**Additional Fee Information**

The following additional fees apply on an account, not a per-policy, basis.

- A **service fee** will be assessed on every installment invoice and will be included in the minimum amount due. However, if you choose to pay the entire account balance in full upon receipt of the first installment, the fee will be waived. In addition, for accounts fully enrolled in online billing and scheduled for recurring Electronic Funds Transfer (EFT) payments the fee will be waived.

| State | Installment Fee |
|---|---|
| All states except Alaska, Florida, New Jersey And West Virginia | $6.00 |
| Alaska | Not applicable |
| Florida | $3.00 |
| New Jersey | $7.00 |
| West Virginia | $5.00 |

- A **returned payment fee** applies per check, electronic transaction or other remittance which is not honored by your financial institution for any reason including but not limited to insufficient funds or a closed account. *NOTE: If the returned payment is in response to a Notice of Cancellation, coverage still cancels on the cancellation effective date set forth in the notice.*

| State | NSF Fee |
|---|---|
| All States Except Alaska, Florida, Indiana, Maine, Nebraska, New Jersey, North Dakota, Oklahoma, Virginia And West Virginia | $30.00 |
| North Dakota And Oklahoma | $25.00 |
| Nebraska And Indiana | $20.00 |
| Florida And West Virginia | $15.00 |
| Maine | $10.00 |
| Alaska, New Jersey And Virginia | Not applicable |

- A **late fee** will be assessed on each Notice of Cancellation that is issued and will be included in the minimum amount due.

| State | Late Fee |
|---|---|
| All States Except Alaska, Florida, Maryland, Missouri, Nebraska, New Jersey, Rhode Island, Virginia, South Carolina And West Virginia | $20.00 |
| Maryland, Nebraska, Rhode Island And South Carolina | $10.00 |
| Alaska, Florida, Missouri, New Jersey, Virginia And West Virginia | Not applicable |

The following applies on a per-policy basis.

- A **reinstatement fee** of $25.00 will be assessed if the policy is reinstated over 30 days but under 6 months from the cancellation date. *This fee does not apply to Florida, Indiana & Maryland or to Workers Compensation policies.*

One or more of the fees or charges described above may be deemed a part of premium under applicable state law.



Dear Valued Customer:

**THIS POLICY DOES NOT PROVIDE WORKERS' COMPENSATION COVERAGE FOR JOB RELATED INJURIES TO YOUR EMPLOYEES.**

State law may require such coverage.  Be sure you are in compliance with the state law.

**FARMERS INSURANCE GROUP OF COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**



**FARMERS**
**INSURANCE**

**E2038**
**3rd Edition**

## CONDITIONAL EXCLUSION OF TERRORISM
### (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS PROPERTY COVERAGE FORM
APARTMENT OWNERS LIABILITY COVERAGE FORM
CONDOMINIUM OWNERS PROPERTY COVERAGE FORM
CONDOMINIUM OWNERS LIABILITY COVERAGE FORM
DIRECTORS AND OFFICERS LIABILITY COVERAGE FORM

### SCHEDULE

| The **Exception Covering Certain Fire Losses** (Paragraph **B.2.**) applies to property located in the following state(s): |
|---|
| California                           Oregon<br>Illinois                              Virginia<br>Iowa                                 Washington<br>Missouri                          Wisconsin<br>North Carolina |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Coverage is amended as follows:

   **1. Applicability Of The Provisions Of This Endorsement**

      **a. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

        **(1) The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form; or**

        **(2) A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

           **(a) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

           **(b) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

           **(c) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

      **b. If the provisions of this endorsement become applicable, such provisions:**

        **(1) Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or injury or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and**

**(2)** **Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**c. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**2.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**B.** The applicable **Property Coverage Form** is amended as follows:

**1.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

**a.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**b.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**c.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**d.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**e.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this Item **1.e.,** the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

### 2. Exception Covering Certain Fire Losses

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages or endorsements that apply to those coverages.

### 3. Application Of Other Exclusions

When the Exclusion Of Terrorism applies in accordance with the terms of Paragraph **1.a.** or **1.b.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form.

**C.** The applicable **Liability Coverage Form** and the **Directors and Officers Liability Coverage Form** is amended as follows:

**1.** The following definition is added and applies under this endorsement wherever the phrase any injury or damage, is enclosed in quotation marks:

"Any injury or damage" means any injury or damage covered under this Coverage Form or any applicable endorsement, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury", as may be defined under this Coverage Form or any applicable endorsement.

**2.** The following exclusion is added:

### EXCLUSION OF TERRORISM

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**a.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**b.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**c.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**d.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**e.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**f.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**(1)** Physical injury that involves a substantial risk of death; or

**(2)** Protracted and obvious physical disfigurement; or

**(3)** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraph **2.e.** or **2.f.** are exceeded.

With respect to this Exclusion, Paragraphs **2.e.** and **2.f.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form.

**D.** The following provision is added to the applicable Coverage Form:

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

Copyright ISO Properties, Inc., with its permission

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**



**FARMERS**
**INSURANCE**

**J6300**
**3rd Edition**

## DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

| SCHEDULE - PART I |
|---|
| **Terrorism Premium (Certified Acts) $**      693.00 |
| **Additional information, if any, concerning the terrorism premium:** |
| |
| **SCHEDULE - PART II** |
| **Federal share of terrorism losses __83__ % Year: 20_17_** <br> (Refer to Paragraph **B.** in this endorsement) |
| **Federal share of terrorism losses __82__ % Year: 20_18_** <br> (Refer to Paragraph **B.** in this endorsement) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**



**FARMERS**
**INSURANCE**

**J7110**
**1st Edition**

## EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
BUSINESSOWNERS LIABILITY COVERAGE FORM
APARTMENT OWNERS LIABILITY COVERAGE FORM
CONDOMINIUM LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Section **B. Exclusions**:

**Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability**

This insurance does not apply to damages, including but not limited to, "bodily injury" or "property damage" arising out of:

**1.** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**2.** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **1.** or **2.** above.

As used in this exclusion, electronic data means information, facts, recordings, images or computer programs stored as or on, created or used on, or transmitted to or from computer software, (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**B.** The following is added to Paragraph **B.1.p. Personal And Advertising Injury** Exclusion of the **Businessowners Coverage Form** and **Businessowners Liability Coverage** form and to Paragraph **B.1.q. Personal And Advertising Injury** Exclusion of the **Apartment Owners Liability Coverage Form** and **Condominium Liability Coverage Form:**

**Personal And Advertising Injury**

This insurance does not apply to damages, including but not limited to, "personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.



**FARMERS INSURANCE**

**Truck Insurance Exchange (A Reciprocal Insurer)**
Member Of The Farmers Insurance Group Of Companies®

Home Office: 6301 Owensmouth Ave., Woodland Hills, CA 91367

# POLICY DECLARATIONS - APARTMENT/DWELLING PREMIER POLICY

**Named Insured**
SONOMA SOL LLLP
VILLA DEL SOL APARTMENTS

**Mailing Address**
6231 W MCDOWELL RD
PHOENIX, AZ 85035

**Policy Number** 60625-24-73          ☐ **Auditable**

**Policy Period**
From _____ 01-09-2017 _____
To _____ 01-09-2018 _____ 12:01 A.M. Standard time at your mailing address shown above.

In return for the payment of premium and subject to all the terms of this policy, we agree with you to provide insurance as stated in this policy. We provide insurance only for those Coverages described and for which a specific limit of insurance is shown.

The following premium credits and discounts applied to the premium associated with this coverage part:
**Multiple Policy Discount - Homeowners And Personal Auto Insurance**
**Favorable Loss Experience Discount**

There may be other credits and discounts you may be able to enjoy, please contact your agent for full details.

**Your Agent**
Gary Blake
15689 N Hayden Rd 128
Scottsdale, AZ 85260
(480) 991-1255

56-2409 1-15
562409-ED1

**Policy Number:** 60625-24-73                                                           **Effective Date:** 01-09-2017

## PROPERTY, INLAND MARINE AND CRIME COVERAGES AND LIMITS

The following coverages apply to the described locations and/or building. Please refer to the Base Coverages And Extensions section for other coverages and extensions applying at the policy level.

**Option:** BV - Blanket Value (see Base Coverage & Extensions for the total limit)

**Valuation:** ACV - Actual Cash Value; AV - Agreed Value; RC - Replacement Cost;
ERC - Extended RC; FRC- Functional RC; GRC - Guaranteed RC

**Abbreviation:** ALS = Actual Loss Sustained; BI = Business Income; EE = Extra Expense

| Premises Number | Bldg. No. | Covered Premises Address | Mortgagee Name And Address |
|---|---|---|---|
| 001 | All | 6231 W Mcdowell Rd<br>Phoenix, AZ 85035 | |

| Coverage | Option | Valuation | Limit Of Insurance | Deductible/ Waiting Period |
|---|---|---|---|---|
| Building | | ERC | $20,800,000 | $5,000 |
| Business Personal Property (BPP) | | RC | $26,300 | $5,000 |
| Accounts Receivables - On-Premises | | | $5,000 | $5,000 |
| Building - Automatic Increase Amount | | | 8% | |
| Building Ordinance Or Law - 1 (Undamaged Part) | | | Included | None |
| Building Ordinance Or Law - 2 (Demolition Cost) | | | $260,000 | None |
| Building Ordinance Or Law - 3 (Increased Cost) | | | $260,000 | None |
| Business Income (BI) & Extra Expense (EE) | | | 18 Mos - ALS | 0 Hours |
| Debris Removal | | | 25% Of Loss + 10,000 | |
| Electronic Data Processing Equipment | | | $10,000 | $5,000 |
| Equipment Breakdown | | | Included | $5,000 |
| Equipment Breakdown - Ammonia Contamination | | | $25,000 | |
| Equipment Breakdown - Drying Out Coverage | | | Included | |
| Equipment Breakdown - Expediting Expenses | | | Included | |
| Equipment Breakdown - Hazardous Substances | | | $25,000 | |
| Equipment Breakdown - Water Damage | | | $25,000 | |
| Extended Business Income | | | 180 Days | |
| Exterior Building Glass | | | Included | $100 |
| Glass Deductible Buyback | | | Included | |
| Outdoor Property | | | $50,000 | $5,000 |
| Outdoor Property - Trees, Shrubs & Plants (Per Item) | | | $25,000 | $5,000 |
| Personal Effects | | | $2,500 | $5,000 |
| Specified Property | | | $60,000 | $5,000 |
| Valuable Paper And Records - On-Premises | | | $5,000 | $5,000 |

56-2409  1-15
562409-E1A

**Policy Number:**  60625-24-73

**Effective Date:** 01-09-2017

| PROPERTY, INLAND MARINE AND CRIME COVERAGES AND LIMITS CONTINUED |
|---|

The following coverages apply to the described locations and/or building. Please refer to the Base Coverages And Extensions section for other coverages and extensions applying at the policy level.

| **Option:** | BV - Blanket Value (see Base Coverage & Extensions for the total limit) |
|---|---|
| **Valuation:** | ACV - Actual Cash Value; AV - Agreed Value; RC - Replacement Cost; |
| | ERC - Extended RC; FRC- Functional RC; GRC - Guaranteed RC |
| **Abbreviation:** | ALS = Actual Loss Sustained; BI = Business Income; EE = Extra Expense |

| Premises Number | Bldg. No. | Covered Premises Address | Mortgagee Name And Address |
|---|---|---|---|
| 002 | All | 1220 E Medlock Dr<br>Phoenix, AZ 85014 | |

| Coverage | Option | Valuation | Limit Of Insurance | Deductible/ Waiting Period |
|---|---|---|---|---|
| Building | | ERC | $2,506,900 | $5,000 |
| Business Personal Property (BPP) | | RC | $26,300 | $5,000 |
| Accounts Receivables - On-Premises | | | $5,000 | $5,000 |
| Building - Automatic Increase Amount | | | 8% | |
| Building Ordinance Or Law - 1 (Undamaged Part) | | | Included | None |
| Building Ordinance Or Law - 2 (Demolition Cost) | | | $260,000 | None |
| Building Ordinance Or Law - 3 (Increased Cost) | | | $260,000 | None |
| Business Income (BI) & Extra Expense (EE) | | | 18 Mos - ALS | 0 Hours |
| Debris Removal | | | 25% Of Loss + 10,000 | |
| Electronic Data Processing Equipment | | | $10,000 | $5,000 |
| Equipment Breakdown | | | Included | $5,000 |
| Equipment Breakdown - Ammonia Contamination | | | $25,000 | |
| Equipment Breakdown - Drying Out Coverage | | | Included | |
| Equipment Breakdown - Expediting Expenses | | | Included | |
| Equipment Breakdown - Hazardous Substances | | | $25,000 | |
| Equipment Breakdown - Water Damage | | | $25,000 | |
| Extended Business Income | | | 180 Days | |
| Exterior Building Glass | | | Included | $5,000 |
| Outdoor Property | | | $50,000 | $5,000 |
| Outdoor Property - Trees, Shrubs & Plants (Per Item) | | | $25,000 | $5,000 |
| Personal Effects | | | $2,500 | $5,000 |
| Specified Property | | | $35,000 | $5,000 |
| Valuable Paper And Records - On-Premises | | | $5,000 | $5,000 |

**Policy Number:** 60625-24-73          **Effective Date:** 01-09-2017

| PROPERTY, INLAND MARINE AND CRIME COVERAGES AND LIMITS CONTINUED |
|---|

The following coverages apply to the described locations and/or building. Please refer to the Base Coverages And Extensions section for other coverages and extensions applying at the policy level.

| | |
|---|---|
| **Option:** | BV - Blanket Value (see Base Coverage & Extensions for the total limit) |
| **Valuation:** | ACV - Actual Cash Value; AV - Agreed Value; RC - Replacement Cost; |
| | ERC - Extended RC; FRC- Functional RC; GRC - Guaranteed RC |
| **Abbreviation:** | ALS = Actual Loss Sustained; BI = Business Income; EE = Extra Expense |

| Premises Number | Bldg. No. | Covered Premises Address | Mortgagee Name And Address |
|---|---|---|---|
| 003 | All | 4320 North 27th Street<br>Phoenix, AZ 85016 | |

| Coverage | Option | Valuation | Limit Of Insurance | Deductible/<br>Waiting Period |
|---|---|---|---|---|
| Building | | ERC | $1,441,400 | $5,000 |
| Business Personal Property (BPP) | | RC | $26,300 | $5,000 |
| Accounts Receivables - On-Premises | | | $5,000 | $5,000 |
| Building - Automatic Increase Amount | | | 8% | |
| Building Ordinance Or Law - 1 (Undamaged Part) | | | Included | None |
| Building Ordinance Or Law - 2 (Demolition Cost) | | | $260,000 | None |
| Building Ordinance Or Law - 3 (Increased Cost) | | | $260,000 | None |
| Business Income (BI) & Extra Expense (EE) | | | 18 Mos - ALS | 0 Hours |
| Debris Removal | | | 25% Of Loss + 10,000 | |
| Electronic Data Processing Equipment | | | $10,000 | $5,000 |
| Equipment Breakdown | | | Included | $5,000 |
| Equipment Breakdown - Ammonia Contamination | | | $25,000 | |
| Equipment Breakdown - Drying Out Coverage | | | Included | |
| Equipment Breakdown - Expediting Expenses | | | Included | |
| Equipment Breakdown - Hazardous Substances | | | $25,000 | |
| Equipment Breakdown - Water Damage | | | $25,000 | |
| Extended Business Income | | | 180 Days | |
| Exterior Building Glass | | | Included | $5,000 |
| Outdoor Property | | | $50,000 | $5,000 |
| Outdoor Property - Trees, Shrubs & Plants (Per Item) | | | $25,000 | $5,000 |
| Personal Effects | | | $2,500 | $5,000 |
| Specified Property | | | $35,000 | $5,000 |
| Valuable Paper And Records - On-Premises | | | $5,000 | $5,000 |

56-2409  1-15
562409-E1A

**Policy Number:** 60625-24-73

**Effective Date:** 01-09-2017

| PROPERTY, INLAND MARINE AND CRIME COVERAGES AND LIMITS CONTINUED |
|---|

The following coverages apply to the described locations and/or building. Please refer to the Base Coverages And Extensions section for other coverages and extensions applying at the policy level.

| | |
|---|---|
| **Option:** | BV - Blanket Value (see Base Coverage & Extensions for the total limit) |
| **Valuation:** | ACV - Actual Cash Value; AV - Agreed Value; RC - Replacement Cost; |
| | ERC - Extended RC; FRC- Functional RC; GRC - Guaranteed RC |
| **Abbreviation:** | ALS = Actual Loss Sustained; BI = Business Income; EE = Extra Expense |

| Premises Number | Bldg. No. | Covered Premises Address | Mortgagee Name And Address | | |
|---|---|---|---|---|---|
| 004 | All | 2726 East Glenrosa Ave<br>Phoenix, AZ 85016 | | | |

| Coverage | Option | Valuation | Limit Of Insurance | Deductible/ Waiting Period |
|---|---|---|---|---|
| Building | | ERC | $1,794,000 | $5,000 |
| Business Personal Property (BPP) | | RC | $26,300 | $5,000 |
| Accounts Receivables - On-Premises | | | $5,000 | $5,000 |
| Building - Automatic Increase Amount | | | 8% | |
| Building Ordinance Or Law - 1 (Undamaged Part) | | | Included | None |
| Building Ordinance Or Law - 2 (Demolition Cost) | | | $260,000 | None |
| Building Ordinance Or Law - 3 (Increased Cost) | | | $260,000 | None |
| Business Income (BI) & Extra Expense (EE) | | | 18 Mos - ALS | 0 Hours |
| Debris Removal | | | 25% Of Loss + 10,000 | |
| Electronic Data Processing Equipment | | | $10,000 | $5,000 |
| Equipment Breakdown | | | Included | $5,000 |
| Equipment Breakdown - Ammonia Contamination | | | $25,000 | |
| Equipment Breakdown - Drying Out Coverage | | | Included | |
| Equipment Breakdown - Expediting Expenses | | | Included | |
| Equipment Breakdown - Hazardous Substances | | | $25,000 | |
| Equipment Breakdown - Water Damage | | | $25,000 | |
| Extended Business Income | | | 180 Days | |
| Exterior Building Glass | | | Included | $5,000 |
| Outdoor Property | | | $50,000 | $5,000 |
| Outdoor Property - Trees, Shrubs & Plants (Per Item) | | | $25,000 | $5,000 |
| Personal Effects | | | $2,500 | $5,000 |
| Specified Property | | | $35,000 | $5,000 |
| Valuable Paper And Records - On-Premises | | | $5,000 | $5,000 |

56-2409  1-15
562409-E1A

**Policy Number:** 60625-24-73                                    **Effective Date:** 01-09-2017

## PROPERTY, INLAND MARINE AND CRIME COVERAGE AND LIMITS OF INSURANCE

The following Coverages and Extensions apply to all covered locations (premises) and/or buildings. Please refer to the individual location (premises) section for coverages and limits specific to such location (premises).

| Base Coverage And Extensions | Limit of Insurance | Deductible/ Waiting Period |
|---|---|---|
| Accounts Receivables - Off-Premises | $2,500 | $5,000 |
| Back Up Of Sewers Or Drains | $100,000 | $5,000 |
| Business Income & Extra Expense - Civil Authority | 3 Weeks | 72 Hours - BI |
| Crime Conviction Reward | $5,000 | None |
| Employee Dishonesty | $250,000 | $500 |
| Fire Department Service Charge | $25,000 | None |
| Fire Extinguisher Systems Recharge Expense | $5,000 | None |
| Forgery And Alteration | $2,500 | $5,000 |
| Limited Biohazardous Substance Coverage - Per Occurrence | $10,000 | $5,000 |
| Limited Biohazardous Substance Coverage - Aggregate | $20,000 | $5,000 |
| Limited Cov. - Fungi Wet Rot Dry Rot & Bacteria - Aggregate | $15,000 | $5,000 |
| Master Key | $10,000 | None |
| Master Key - Per Lock | $100 | None |
| Money And Securities - Inside Premises | $10,000 | $500 |
| Money And Securities - Outside Premises | $10,000 | $500 |
| Money Orders And Counterfeit Paper Currency | $1,000 | $5,000 |
| Newly Acquired Or Constructed Property | $250,000 | $5,000 |
| Outdoor Signs | $50,000 | $500 |
| Outdoor Signs - Per Sign | $25,000 | $500 |
| Personal Property At Newly Acquired Premises | $100,000 | $5,000 |
| Personal Property Off Premises | $5,000 | $5,000 |
| Premises Boundary | 100 Feet | |
| Preservation Of Property | 30 Days | |
| Valuable Paper And Records - Off-Premises | $2,500 | $5,000 |

**Policy Number:**   60625-24-73                                                                                    **Effective Date:** 01-09-2017

| LIABILITY AND MEDICAL EXPENSES COVERAGE AND LIMITS OF INSURANCE |
|---|

Each paid claim for the following coverage reduces the amount of insurance we provide during the applicable policy period. Please refer to the policy.

**Premium Basis:**   (A) Area; (C) Total Cost; (P) Payroll; (S) Sales/Receipts; (U) Each Unit
                     (M) Public Area Square Feet
                     (O) Other:

### Covered Premises And Operations

| Address | Classification /Exposure | Class Code | Prem. Basis | Annual Exposure | Rate | Advance Premium |
|---|---|---|---|---|---|---|
| 6231 W Mcdowell Rd<br>Phoenix, AZ 85035 | Apartment/Dwelling<br>Swimming Pool | 6513<br>00097 | Incl<br>U | Included<br>2 | Included<br>Included | Included<br>Included |
| 1220 E Medlock Dr<br>Phoenix, AZ 85014 | Apartment/Dwelling<br>Swimming Pool | 6513<br>00097 | Incl<br>U | Included<br>1 | Included<br>Included | Included<br>Included |
| 4320 North 27th Street<br>Phoenix, AZ 85016 | Apartment/Dwelling<br>Swimming Pool | 6513<br>00097 | Incl<br>U | Included<br>1 | Included<br>Included | Included<br>Included |
| 2726 East Glenrosa Ave<br>Phoenix, AZ 85016 | Apartment/Dwelling<br>Swimming Pool | 6513<br>00097 | Incl<br>U | Included<br>1 | Included<br>Included | Included<br>Included |

56-2409  1-15
562409-E1C

**Policy Number:**  60625-24-73

**Effective Date:**  01-09-2017

| LIABILITY AND MEDICAL EXPENSES COVERAGE AND LIMITS OF INSURANCE CONTINUED | |
|---|---|
| **Coverage** | **Amount /Date** |
| General Aggregate (Other Than Products & Completed Operations) | $2,000,000 |
| Products And Completed Operations Aggregate | $1,000,000 |
| Personal And Advertising Injury | Included |
| Each Occurrence | $1,000,000 |
| Tenants Liability (Each Occurrence) | $250,000 |
| Medical Expense (Each Person) | $5,000 |
| Hired Auto Liability | $1,000,000 |
| Non-Owned Auto Liability | $1,000,000 |

**Policy Number:** 60625-24-73

**Effective Date:** 01-09-2017

**Policy Forms And Endorsements Attached At Inception**

| Number | Title |
|--------|-------|
| 25-2110 | Work Comp Exclusion |
| 25-2614ED3 | Investigative Practices |
| 25-5638ED2 | Notice Re Chgs To Policy-Bus Inc Covg |
| 56-5166ED5 | Additional Conditions |
| E0104-ED1 | Business Liab Cov-Tenants Liab |
| E0120-ED3 | Backup Of Sewer Or Drain Covg |
| E0122-ED3 | Period Of Restoration Redefined |
| E0125-ED1 | Lead Poisoning & Contamination Excl |
| E0147-ED1 | War Liability Exclusion |
| E2038-ED3 | Conditional Exclusion Of Terrorism |
| E3015-ED2 | Calculation Of Premium |
| E3025-ED3 | Apartment Common Conditions |
| E3037-ED1 | No Covg-Certain Computer Related Losses |
| E3331-ED3 | Limit Of Covg To Desig Prem Or Proj |
| E3335-ED4 | Apartment Liability Covg Form |
| E3336-ED2 | Hired & Non-Owned Auto |
| E3424-ED3 | Apartment Property Covg Form |
| E4009-ED4 | Mold & Microorganism Exclusion |
| E6288-ED3 | Excl-Building Conversion |
| E6289-ED1 | Business Income & Extra Expense-18 Mos |
| J6300-ED3 | Discl Of Prem-Cert Acts Of Terror |
| J6316-ED2 | Excl Of Loss Due To Virus |
| J6347-ED1 | Excl-Violation Of Statutes |
| J6353-ED1 | Change Of Limits Of Insurance |
| J6360-ED1 | Extended Business Income Modification |
| J6612-ED2 | Equipment Breakdown Coverage End |
| J6739-ED1 | Two Or More Coverages Form |
| J6829-ED1 | Ltd Covg For Fungi, Wet/Dry Rot |
| J6834-ED1 | Apartment Premier Package End |
| J6849-ED2 | Deductible Provisions |
| J7110-ED1 | Exclusion Confidential Info |
| J7114-ED1 | Asbestos Exclusion |
| J7122-ED1 | Loss Pay Cond-Proft Ovrhd Inc Fees |
| J7131-ED1 | Dishonesty Excl-Tenant Vandal Excp |
| J7133-ED1 | Limited Biohazardous Substance Cov |
| S8840-ED5 | Arizona Changes |
| S8852-ED2 | Limited Terrorism Exclusion |

56-2409  1-15
562409-E1E

**E3424**
**3rd Edition**

# APARTMENT OWNERS PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.

Refer to Section **H** - PROPERTY DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to COVERED PROPERTY at the premises described in the Declarations caused by or resulting from any COVERED CAUSE OF LOSS.

### 1. COVERED PROPERTY

COVERED PROPERTY, as used in this policy, means the type of property as described in this section, **A.1.**, and limited in **A.2.**, PROPERTY NOT COVERED, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.** Buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;
**(2)** Fixtures, including outdoor fixtures;
**(3)** Permanently installed:

**(a)** Machinery; and
**(b)** Equipment;

**(4)** Your personal property in apartments or rooms furnished by you as landlord;
**(5)** Personal property owned by you that is used to maintain or service the buildings, structures or the premises, including:

**(a)** Fire extinguishing equipment;
**(b)** Outdoor furniture;
**(c)** Floor coverings; and
**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;
**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

**(1)** Property you own that is used in your business;
**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition **E.6.d.(3)(b);**
**(3)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **A.1.b.(2);**
**(4)** Electronic Data Processing Equipment (Hardware), including:

---

(a) Programmable electronic equipment that is used to store, retrieve and process data; and
(b) Associated peripheral equipment that provides communication including input and output functions such as printing, or auxiliary functions such as data transmission; except as described in **(5)** below.

**(5)** Electronic Media and Records (including Software), including:

(a) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;
(b) Data stored on such media; and
(c) Programming records used for electronic data processing or electronically controlled equipment.

## 2. PROPERTY NOT COVERED

COVERED PROPERTY does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;
**b.** "Money" or "securities" except as provided in the:

**(1)** Money and Securities Optional Coverage; or
**(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;
**d.** Land (including land on which the property is located), water, growing crops or lawns;
**e.** Fences, walls, walks, pools, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

**(1)** Outdoor Property Coverage Extension; or
**(2)** Outdoor Signs Optional Coverage; or
**(3)** Specified Property Optional Coverage

**f.** Watercraft (including motors, equipment and accessories) while afloat;
**g.** Property held as samples, held for rental or sale or that you rent to others;
**h.** Property in storage away from the premises shown in the Declarations except as provided in the Coverage Extensions;
**i.** Electronic data processing equipment which is permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration; or
**j.** Accounts, bills, evidences of debt and valuable papers and records. However, such property is COVERED PROPERTY in its "converted data" form.

## 3. COVERED CAUSES OF LOSS

Risks Of Direct Physical Loss unless the loss is:

**a.** Excluded in Section **B.**, EXCLUSIONS; or
**b.** Limited in Paragraph **A.4.**, LIMITATIONS; that follow.

## 4. LIMITATIONS

**a.** We will not pay for loss of or damage to:

**(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.
**(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.
**(3)** Property that is missing, but there is no physical evidence to show what happened to it, such as

shortage disclosed on taking inventory. This limitation does not apply to the Optional Coverage for Money and Securities.

**(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**b.** With respect to glass (other than glass building blocks) that is part of the interior of a building or structure, or part of an outdoor sign, we will not pay more than $500 for the total of all loss or damage in any one occurrence. Subject to the $500 limit on all loss or damage, we will not pay more than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.

This Limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

**c.** We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

**(1)** Glass that is part of the interior of a building or structure;
**(2)** Containers of property held for sale; or
**(3)** Photographic or scientific instrument lenses.

**d.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

**(1)** $2,500 for furs, fur garments and garments trimmed with fur.
**(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.
**(3)** $2,500 for patterns, dies, molds and forms.

## 5. ADDITIONAL COVERAGES

### a. Debris Removal

**(1)** We will pay your expense to remove debris of COVERED PROPERTY caused by or resulting from a COVERED CAUSE OF LOSS that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(a)** The date of direct physical loss or damage; or
**(b)** The end of the policy period.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical loss of or damage to COVERED PROPERTY; plus
**(b)** The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in Paragraph **(4)** below.

**(3)** This Additional Coverage does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or
**(b)** Remove, restore or replace polluted land or water.

**(4)** If:

**(a)** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or
**(b)** The debris removal expense exceeds the amount payable under the 25% Debris Removal Coverage limitation in Paragraph **(2)** above;

we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

**b. Preservation Of Property**

If it is necessary to move COVERED PROPERTY from the described premises to preserve it from loss or damage by a COVERED CAUSE OF LOSS, we will pay for any direct physical loss of or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and
(2) Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect COVERED PROPERTY from a COVERED CAUSE OF LOSS, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or
(2) Required by local ordinance.

**d. Collapse**

(1) With respect to buildings:

   (a) Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;
   (b) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;
   (c) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;
   (d) A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(2) We will pay for direct physical loss or damage to COVERED PROPERTY, caused by collapse of a building or any part of building that is insured under this policy, if the collapse is caused by one or more of the following:

   (a) The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;
   (b) Weight of people or personal property;
   (c) Weight of rain that collects on a roof;
   (d) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs (a) through (c), we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation contributes to the collapse.

The criteria set forth in Paragraphs (1)(a) through (1)(d) do not limit the coverage otherwise provided under this Additional Coverage for the causes of loss listed in Paragraphs (2)(a), (2)(c), and (2)(d).

(3) With respect to the following property:

   (a) Awnings;
   (b) Gutters and downspouts;
   (c) Yard fixtures;
   (d) Outdoor swimming pools;
   (e) Piers, wharves and docks;
   (f) Beach or diving platforms or appurtenances;
   (g) Retaining walls; and
   (h) Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in Paragraphs **(2)(b)** through **(2)(d),** we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is COVERED PROPERTY under this policy.

**(4)** If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to COVERED PROPERTY caused by such collapse of personal property only  if:

   **(a)** The collapse was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional  Coverage;
   **(b)** The personal property which collapses is inside a building; and
   **(c)** The property which collapses is not of a kind listed in Paragraph **(3)** above, regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph **(4)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

   Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(5)** This Additional Coverage, Collapse, will not increase the Limits Of Insurance provided in this policy.

**e. Business Income**

   **(1) Business Income**

   We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a COVERED CAUSE OF LOSS. This coverage is subject to the Limits of Insurance shown in the Declarations for Business Income.

   With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

   **(a)** The portion of the building which you rent, lease or occupy; and
   **(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

   We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or  damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage.

   Business Income means the:

   **(a)** Net Income (Net Profit or Loss before income taxes)  that would have been earned or incurred if no physical  loss or damage had occurred, but not including any Net Income that would likely have been earned as a result  of an increase in the volume of business due to favorable business conditions caused by the impact of the COVERED CAUSE OF LOSS on customers or on other businesses; and
   **(b)** Continuing normal operating expenses incurred, including payroll.

   Ordinary payroll expenses mean payroll expenses for all your  employees except:

   **(a)** Officers;
   **(b)** Executives;
   **(c)** Department Managers; and
   **(d)** Employees under contract.

Ordinary payroll expenses include:

**(a)** Payroll;
**(b)** Employee benefits, if directly related to payroll;
**(c)** FICA payments you pay;
**(d)** Union dues you pay; and
**(e)** Workers' compensation premiums.

**(2) Extended Business Income**

If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and
**(b)** Ends on the earlier of:
   **(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or
   **(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the COVERED CAUSE OF LOSS in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any COVERED CAUSE OF LOSS.

This **Additional Coverage** is subject to the Limits of Insurance shown for **Business Income** in the Declarations.

**f. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a COVERED CAUSE OF LOSS. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located. With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and
**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

   **(i)** At the described premises; or
   **(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".
**(c)** To:

   **(i)** Repair or replace any property; or
   **(ii)** Research, replace or restore the lost information on damaged "valuable papers and records" to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **e.** Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage.

This **Additional Coverage** is subject to the Limit of Insurance shown for **Extra Expense** shown in the Declarations

### g. Pollutant Clean Up And Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a COVERED CAUSE OF LOSS that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)** The date of direct physical loss or damage; or
**(2)** The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of COVERED CAUSE OF LOSS occurring during each separate 12 month period of this policy.

### h. Civil Authority

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any COVERED CAUSE OF LOSS.

The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for necessary Extra Expense will begin immediately after the time of that action and ends:

**(1)** 3 consecutive weeks after the time of that action; or
**(2)** When your Business Income coverage ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage.

The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

### i. Money Orders And Counterfeit Paper Currency

We will pay for loss due to the good faith acceptance of:

**(1)** Any U.S. or Canadian post office, express company, or national or state (or Canadian) chartered bank money order that is not paid upon presentation to the issuer; or
**(2)** Counterfeit United States or Canadian paper currency; in exchange for merchandise, "money" or services or as part of a normal business transaction.

The most we will pay for any loss under this Additional Coverage is $1,000.

### j. Forgery And Alteration

**(1)** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.
**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal

expenses that you incur in that defense.

(3) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500.

### k. Ordinance Or Law Coverage

(1) Coverage 1 - Coverage For Loss to Undamaged Portion of the Building or Structure

If a COVERED CAUSE OF LOSS occurs to covered Building or Structure property, we will pay under Coverage 1 for the loss in value of the undamaged portion of the building or structure as a consequence of enforcement of any ordinance or law that:

(a) Requires the demolition of parts of the same property not damaged by a COVERED CAUSE OF LOSS;

(b) Regulates the construction or repair of buildings or structures, or establishes zoning or land use requirements at the described premises; and

(c) Is in force at the time of loss.

However:

We will not pay for the Increased Cost Of Construction:

(a) Until the property is actually repaired or replaced, at the same or another premises; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years.

We may extend this period in writing during the two years.

If the building or structure is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost Of Construction is the increased cost of construction at the same premises.

If the ordinance or law required relocation to another premises, the most we will pay for Increased Cost Of Construction is the increased cost of construction at the new premises.

Coverage 1 is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building or structure property.  Coverage 1 does not increase the Limit of Insurance.

(2) Coverage 2 - Demolition Cost Coverage

If a COVERED CAUSE OF LOSS occurs to covered Building or Structure property, we will pay the cost to demolish and remove debris of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.

Paragraph **E.6.d.** of the Property Loss Conditions does not apply to Demolition Cost Coverage.

(3) Coverage 3 Increased Cost Of Construction Coverage

If a COVERED CAUSE OF LOSS occurs to the covered Building or Structure property, we will pay for the increased cost to:

(a) Repair or reconstruct damaged portions of that Building or Structure property; and/or

(b) Reconstruct or remodel undamaged portions of that Building or Structure property, whether or not demolition is required, when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

However:

(a) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(b) We will not pay for the increased cost of construction if the building or structure is not

repaired, reconstructed or remodeled.

Paragraph **E.6.d.** of the Property Loss Conditions does not apply to the Increased Cost of Construction Coverage.

**(4)** This Additional Coverage applies only to building or structure property insured on a replacement cost basis.

**(5)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building or structure was undamaged; and

**(b)** You failed to comply with.

**(6)** Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(7)** The most we will pay under this Additional Coverage, for each described building or structure insured under this Coverage Form, is the Ordinance or Law Coverage Limit of Insurance shown in the Declarations.

**(8)** The costs addressed in the Loss Payment Property Loss Condition in this Coverage Form do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **l.(7)** of this Additional Coverage, is not subject to such limitation.

**l. Exterior Building Glass**

**(1)** We will pay for direct physical loss of or damage to glass, including lettering or ornamentation, that is part of the exterior of a covered building or structure at the described premises. The glass must be owned by you, or owned by others but in your care, custody or control. We will also pay for necessary:

**(a)** Expenses incurred to put up temporary plates or board up openings;

**(b)** Repair or replacement of encasing frames; and

**(c)** Expenses incurred to remove or replace obstructions.

**(2)** Paragraph **A.3., COVERED CAUSES OF LOSS** and Section **B., EXCLUSIONS** do not apply to this Additional Coverage, except for:

**(a)** Paragraph **B.1.a.,** Earth Movement;

**(b)** Paragraph **B.1.b.,** Governmental Action;

**(c)** Paragraph **B.1.c.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** War And Military Action; and

**(e)** Paragraph **B.1.f.,** Water.

**(3)** We will not pay for loss or damage caused by or resulting from:

**(a)** Wear and tear;

**(b)** Hidden or latent defect;

**(c)** Corrosion; or

**(d)** Rust.

**(4)** The most we pay under this Additional Coverage is the Building Limit of Insurance shown in the Declarations.

However, if you are a tenant and no Limit of Insurance is shown in the Declarations for building property, the most we will pay under this Additional Coverage is the Tenant's Exterior Building Glass Limit of Insurance shown in the Declarations.

**m. Crime Conviction Reward**

We will pay an crime conviction reward to a person or persons (not to include the Named Insured or

any person responsible in any way for the subject crime) providing information which leads to a conviction in connection with a crime loss or damage covered by this policy. The amount of the reward will be equal to the amount of the covered crime loss, however, in no event will the amount of the reward exceed $5,000 for any one crime occurrence.

This limit applies per crime occurrence regardless of the number of persons providing information.

No deductible applies to this Additional Coverage.

### n. Master Key Coverage

We will pay up to the limits shown in the Declarations for the necessary replacement of locks and keys when a key is lost or stolen.

No deductible applies to this Additional Coverage.

### o. Fire Extinguisher Recharge Coverage

We will pay up to $2,500 per occurrence for the necessary costs to recharge or replace (whichever is less) fire extinguishers owned by the insured that are discharged as a result of extinguishing a covered fire which occurs at a location shown in the Declarations.

No deductible applies to this Additional Coverage.

## 6. COVERAGE EXTENSIONS

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, unless a higher Limit of Insurance is shown in the Declarations.

### a. Newly Acquired Or Constructed Property

(1) You may extend the insurance that applies to Building(s) to apply to:

(a) Your new buildings while being built on the described premises; and
(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declaration;
(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is the Limit of Insurance shown in the Declarations for **Newly Acquired Or Constructed Property.**

(2) Coverage under this Extension for each newly acquired or constructed building will end upon the first to occur of the following:

(a) This policy expires or is terminated.
(b) The thirtieth day after you acquire or begin to construct the property; or
(c) You request that the subject building be covered under the policy.

We will charge you additional premium from the date construction begins or you acquire the property.

### Deductible

The deductible applicable to and shown in the Declarations for Building(s) applies to each loss under this Extension.

**b. Personal Property At Newly Acquired Premises**

    **(1)** You may extend the insurance that applies to Business Personal Property to apply to that property at any premises you acquire.

    The most we will pay for loss or damage under this Extension is the Limit of Insurance shown in the Declarations as **Personal Property At Newly Acquired Premises**.

    **(2)** Insurance under this Extension for each newly acquired premises will end when any of the following first occurs:

        **(a)** This policy expires;
        **(b)** 30 days expire after you acquire or begin construction at the new premises; or
        **(c)** You report values to us.

    We will charge you additional premium for values reported from the date you acquire the premises.

**c. Personal Property Off Premises**

    You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or temporarily at a premises you do not own, lease or operate.

    This Coverage Extension includes duplicate or back-up electronic media and records that are stored at a separate location which is at least 100 feet from the premises described in the Declarations.

    The most we will pay for loss or damage under this Extension is  $5,000.

**d. Outdoor Property**

    You may extend the insurance provided by this policy to apply to your radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

    **(1)** Fire;
    **(2)** Lightning;
    **(3)** Explosion;
    **(4)** Riot or Civil Commotion; or
    **(5)** Aircraft.

    The most we will pay for loss or damage under this Extension is the Limit of Insurance shown in the Declarations for Outdoor Property, but not more than $500 for any one tree, shrub or plant.

**e. Personal Effects**

    You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or your employees. This extension does not apply to:

    **(1)** Tools or equipment used in your business; or
    **(2)** Loss or damage by theft.

    The most we will pay for loss or damage under this Extension is  $2,500 at each described premises.

**f. "Valuable Papers And Records"**

    **(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a COVERED CAUSE OF LOSS. This Coverage Extension includes the cost to research lost information on "valuable papers and records" for

which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale;

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $5,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $2,500.

**(4)** Section **B. EXCLUSIONS** of this Coverage Form does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.b.**, Governmental Action;

**(b)** Paragraph **B.1.c.**, Nuclear Hazard;

**(c)** Paragraph **B.1.e.**, War And Military Action;

**(d)** Paragraph **B.2.f.**, Dishonesty;

**(e)** Paragraph **B.2.g.**, False Pretense;

**(f)** Paragraph **B.3.**; and

**(g)** The Accounts Receivable and "Valuable Papers And Records" Exclusions.

**g. Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable.

We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable; that result from direct physical loss or damage by any COVERED CAUSE OF LOSS to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $5,000, unless a higher Limit of Insurance for Accounts Receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $2,500.

**(3)** Section **B. EXCLUSIONS** of this Coverage Form does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.b.**, Governmental Action;

**(b)** Paragraph **B.1.c.**, Nuclear Hazard;

**(c)** Paragraph **B.1.e.**, War And Military Action;

**(d)** Paragraph **B.2.f.**, Dishonesty;

**(e)** Paragraph **B.2.g.**, False Pretense;

**(f)** Paragraph **B.3.**; and

**(g)** The Accounts Receivable and "Valuable Papers And Records" Exclusions.

**h.** Mechanical Breakdown Of Electronic Data Processing Equipment

We will pay for loss or damage to COVERED PROPERTY due to mechanical breakdown if such loss or damage exceeds in any one  occurrence the applicable deductible shown in the Declarations.

We will then pay the amount of loss or damage in excess of the deductible up to the applicable Limit

of Insurance for the COVERED PROPERTY. This Coverage Extension is included within the Limit of Insurance applying to Electronic Data Processing Equipment at the described premises. The Electrical Apparatus Exclusion **B.1.d, B.2.a, B.2.c., B.2.d., B.2.i., B.2.k.(3),(4)** and **(5)** and **B.3.b.** does not apply to this Coverage Extension.

**i.** Artificially Generated Electrical Current

We will pay for loss or damage to Electronic Data Processing Equipment due to artificially generated electrical current if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or
**(2)** Interruption of electronic power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

If such loss or damage as specified above, exceeds in any one occurrence the applicable deductible shown in the Declarations, we will then pay the amount of loss or damage in excess of the deductible up to the applicable Limit of Insurance for the Equipment.

This Coverage Extension is included within the Limit of Insurance applying to Electronic Data Processing Equipment at the described Location.

The Electrical Apparatus Exclusion **B.1.d, B.2.a, B.2.c., B.2.d., B.2.i., B.2.k.(3),(4)** and **(5)** and **B.3.b.** does not apply to this Coverage Extension.

## B. EXCLUSIONS

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Earth Movement

**(1)** Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.
**(2)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;
**(b)** Ash, dust, or particulate matter; or
**(c)** Lava flow.

All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to COVERED PROPERTY.

### b. Governmental Action

Seizure or destruction of property by order of governmental authority.
But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

### c. Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**d. Power Failure**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if failure of power or other utility service results in a COVERED CAUSE OF LOSS, we will pay for the loss or damage caused by that COVERED CAUSE OF LOSS.

**e. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**f. Water, Mudslide Or Mudflow**

**(1)** We will not pay for loss or damage caused directly or indirectly by any of the following:

**(a)** Water, in any form; or
**(b)** Mudslide or mudflow

Such loss or damage is excluded (including but not limited to rust, wet or dry rot or fungi) regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**(2)** However, we will pay for loss or damage, not otherwise excluded, but not for any other resulting damage, caused by:

**(a)** Sudden and accidental discharge or leakage of water or steam as a direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

We will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or steam escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(i)** Results in discharge of any substance from an automatic fire protection system; or
**(ii)** Is directly caused by freezing.

**(b)** Water damage to the interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, if:

**(i)** The building or structure first sustains damage by a COVERED CAUSE OF LOSS to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or
**(ii)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**(c)** Water, other liquids, powder, molten material leaking or flowing from plumbing, heating, air conditioning or other equipment caused by or resulting from freezing, only if:

**(i)** You have taken all necessary measures to maintain heat in the building or structure; or
**(ii)** You drain the equipment and shut off the supply if the heat is not maintained.

**(d)** Hail damage to the exterior of the building or structure.
**(e)** Water when used to suppress fire.

With respect to **2.(a)**, **(b) and (c)**, we will not pay for loss or damage that occurs over a period of 14 days or more.

But if loss or damage causes fire or explosion, we will pay for the loss or damage caused by the fire or explosion.

### g. Asbestos

**(1)** Loss or damage arising out of, resulting from, caused by, contributed to or aggravated by asbestos or exposure to asbestos;

**(2)** Any loss, cost, expense, request, demand, order, claim or suit to test for, monitor, clean up, remove, abate, mitigate, contain, treat, detoxify, neutralize, dispose of or in any way respond to or assess the effects of asbestos or exposure to asbestos.

**(3)** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

**(4)** Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

### a. Electrical Apparatus

Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires. But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

### b. Consequential Losses

Delay, loss of use or loss of market.

### c. Smoke, Vapor, Gas

Smoke, vapor or gas from agricultural smudging or industrial operations.

### d. Steam Apparatus

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion.

We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

### e. Dishonesty

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others;

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

### f. False Pretense

Voluntary parting with any property by you or anyone else to whom you have entrusted the property

if induced to do so by any fraudulent scheme, trick, device or false pretense.

### g. Exposed Property

Rain, snow, ice or sleet to personal property in the open.

### h. Collapse

Collapse, except as provided in the Additional Coverage for Collapse. But if collapse results in a COVERED CAUSE OF LOSS, we will pay for the loss or damage caused by that COVERED CAUSE OF LOSS.

### i. Pollution

We will not pay for loss or damage caused by or resulting from or contributed to:

The discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss";

### j. Other Types Of Loss

(1) Wear and tear;
(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;
(3) Smog;
(4) Settling, cracking, shrinking or expansion;
(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;
(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force; or
(7) The following causes of loss to personal property:

  (a) Dampness or dryness of atmosphere or changes in or extremes of temperature, unless such conditions result from physical damage caused by a COVERED CAUSE OF LOSS to an air conditioning unit or system, including equipment and parts, which is part of, or used with the electronic data processing equipment.
  (b) Marring or scratching.

But if an excluded cause of loss that is listed in **B.2.j.(1)** through **B.2.j.(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**3.** We will not pay for loss or damage caused by or resulting from any of the following **B.3.a.** through **B.3.c.** But if an excluded cause of loss that is listed in **B.3.a.** through **B.3.c.** results in a COVERED CAUSE OF LOSS, we will pay for the loss or damage caused by that COVERED CAUSE OF LOSS.

### a. Weather Conditions

Weather Conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

### b. Acts Or Decisions

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

### c. Negligent Work

Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

    **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)** Materials used in repair, construction, renovation or remodeling; or

    **(4)** Maintenance;

of part or all of any property on or off the described premises.

## 4. Business Income And Extra Expense Exclusions

We will not pay for:

**a.** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

    **(1)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

    **(2)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**b.** Any other consequential loss.

## 5. Accounts Receivable And "Valuable Papers And Records" Exclusions

The following additional exclusions apply to the Accounts Receivable and "Valuable Papers And Records" Coverage Extensions:

**a.** We will not pay for loss or damage caused by or resulting from electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

    **(1)** Programming errors or faulty machine instructions;

    **(2)** Faulty installation or maintenance of data processing equipment or component parts;

But we will pay for direct loss or damage caused by lightning.

**b.** Applicable to "Valuable Papers and Records" only:

We will not pay for loss or damage caused by or resulting from any of the following:

    **(1)** Errors or omissions in processing or copying.  But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion.

    **(2)** Wear and tear, gradual deterioration or latent defect.

**c.** Applicable to Accounts Receivable only:

We will not pay for:

    **(1)** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

    This exclusion applies only to the extent of the wrongful giving, taking or withholding.

    **(2)** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

    **(3)** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

## 6. Electronic Data Processing Equipment And Media

We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Human errors or omissions in processing, recording or storing information on electronic media and records and electronic data processing equipment.

But we will pay for direct loss or damage caused by resulting fire or explosion.

**b.** Electrical or magnetic injury, disturbance or erasure of electronic recordings, except as provided for under Coverage Extensions.

But we will pay for direct loss or damage caused by lightning.

**c.** Failure, breakdown or malfunction of electronic media and records and electronic data processing equipment, including parts, while the media is being run through the equipment.

But we will pay for direct loss or damage caused by resulting fire or explosion.

**d.** Installation, testing, repair or other similar service performed upon the electronic data processing media and records or electronic data processing equipment, including parts.

## C. LIMITS OF INSURANCE

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.
**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.
**3.** The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.
**4.** Building Limit - Automatic Increase

**a.** The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.
**b.** The amount of increase will be:

**(1)** The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times
**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times
**(3)** The number of days since the beginning of the current policy year of the effective date of the most recent policy change amending the Building limit, divided by 365.

Example:

If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.
The amount of increase is $100,000 x .08 x 146 Divided By 365 = $3,200.

## D. DEDUCTIBLES

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.
**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages and the Additional Coverage - Exterior Building Glass in any one occurrence is the Optional Coverage/Exterior Building Glass Deductible shown in the Declarations:

**a.** Money and Securities;
**b.** Employee Dishonesty;
**c.** Interior Glass; and
**d.** Outdoor Signs.

But this Optional Coverage/Exterior Building Glass Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

**3.** No deductible applies to the following Additional Coverages:

    **a.** Fire Department Service Charge;
    **b.** Business Income;
    **c.** Extra Expense; and
    **d.** Civil Authority.

## E. PROPERTY LOSS CONDITIONS

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and
**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3. Duties In The Event Of Loss Or Damage

    **a.** You must see that the following are done in the event of loss or damage to COVERED PROPERTY:

        **(1)** Notify the police if a law may have been broken.
        **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.
        **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.
        **(4)** Take all reasonable steps to protect the COVERED PROPERTY from further damage, and keep a record of your expenses necessary to protect the COVERED PROPERTY, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a COVERED CAUSE OF LOSS. Also, if feasible, set the damaged property aside and in the best possible order for examination.
        **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.
        **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.
        **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.
        **(8)** Cooperate with us in the investigation or settlement of the claim.
        **(9)** Resume all or part of your "operations" as quickly as possible.

    **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

### 4. Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and
**b.** The action is brought within 2 years after the date on which the direct physical loss or damage

occurred.

### 5. Limitation Electronic Media And Records

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media And Records after the longer of:

a. 60 consecutive days from the date of direct physical loss or damage; or
b. The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media And Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;
(2) Data stored on such media; or
(3) Programming records used for electronic data processing or electronically controlled equipment.

Example No. 1:

A COVERED CAUSE OF LOSS damages a computer on June 1. It takes until September 1 to replace the computer, and until October1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1   September 1. Loss during the period September 2 - October 1 is not covered.

Example No. 2:

A COVERED CAUSE OF LOSS results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30   October 15 is not covered.

### 6. Loss Payment

In the event of loss or damage covered by this policy:

a. At our option, we will either:

(1) Pay the value of lost or damaged property;
(2) Pay the cost of repairing or replacing the lost or damaged property;
(3) Take all or any part of the property at an agreed or appraised value; or
(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to d.(1)(e) below.

b. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
c. We will not pay you more than your financial interest in the COVERED PROPERTY.
d. Except as provided in (2) through (8) below, we will determine the value of COVERED PROPERTY as follows:

(1) At replacement cost without deduction for depreciation, subject to the following:

(a) If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

(i)  The Limit of Insurance under this policy that applies to the lost or damaged property;
(ii) The cost to replace, on the same premises, the lost or damaged property with other property:

i. Of comparable material and quality; and
ii. Used for the same purpose; or

      **(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

   **(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

      **(i)** The actual cash value of the lost or damaged property; or

      **(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

   **(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

   **(d)** We will not pay on a replacement cost basis for any loss or damage:

      **(i)** Until the lost or damaged property is actually repaired or replaced; and

      **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

   **(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the "Actual Cash Value - Buildings" option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

   **(a)** Used or second-hand merchandise held in storage or for sale;

   **(b)** Property of others, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

   **(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

   **(d)** Manuscripts;

   **(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** "Valuable papers and records", including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

   **(a)** Blank materials for reproducing the records; and

   **(b)** Labor to transcribe or copy the records.

This condition does not apply to "valuable papers and records" and electronic media and records that are actually replaced or restored.

**(6)** Applicable only to the Optional Coverages:

   **(a)** "Money" at its face value; and

   **(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(7)** Applicable only to Accounts Receivable:

(a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

(i) We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

(ii) We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

(b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(i) The amount of the accounts for which there is no loss or damage;

(ii) The amount of the accounts that you are able to re-establish or collect;

(iii) An amount to allow for probable bad debts that you are normally unable to collect; and

(iv) All unearned interest and service charges.

e. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the COVERED PROPERTY.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

## 7. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## 8. Resumption Of Operations

We will reduce the amount of your:

a. Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

b. Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

## 9. VACANCY

### a. Description Of Terms

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in COVERED PROPERTY, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:

(i) Is not rented; or

(ii) Is not used to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

    **(a)** Vandalism;
    **(b)** Sprinkler leakage, unless you have protected the system against freezing;
    **(c)** Building glass breakage;
    **(d)** Water damage;
    **(e)** Theft; or
    **(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

## F. PROPERTY GENERAL CONDITIONS

### 1. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance. The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### 2. Mortgageholders

**a.** The term "mortgageholder" includes trustee.
**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.
**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.
**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

    **(1)** Pays any premium due under this policy at our request if you have failed to do so;
    **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
    **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

    All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

    **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and
    **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.
    At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

### 3. No Benefit To Bailee

No person or organization, other than you, having custody of COVERED PROPERTY will benefit from this insurance.

### 4. Policy Period, Coverage Territory

Under this form:

**a.** We cover loss or damage commencing:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

## G. OPTIONAL COVERAGES

If shown as applicable in the Declarations, the following Optional Coverages also apply.  These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

### 1. SPECIFIED PROPERTY

**a.** We will pay for direct physical loss of or damage to fences, walls, walks, driveways and pools at the described location.

**b.** The most we will pay for this Optional Coverage is the Limit of Insurance shown in the Declarations for Specified Property.

### 2. OUTDOOR SIGNS

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

**(1)** Owned by you; or

**(2)** Owned by others but in your care, custody or control.

**b.** Paragraph **A.3., COVERED CAUSES OF LOSS,** and Section **B., EXCLUSIONS**, do not apply to this Optional Coverage, except for:

**(1)** Paragraph **B.1.b.,** Governmental Action;

**(2)** Paragraph **B.1.c.,** Nuclear Hazard; and

**(3)** Paragraph **B.1.e.,** War And Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

**(3)** Rust;

**(4)** Corrosion; or

**(5)** Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

**e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

## 3. INTERIOR GLASS

**a.** We will pay for direct physical loss of or damage to items of glass that are permanently affixed to the interior walls, floors or ceilings of a covered building or structure at the described premises, provided each item is:

**(1)** Described in the Declarations as covered under this Optional Coverage; and

**(2)** Located in the basement or ground floor level of the building or structure, unless the Declarations show that this Optional Coverage is applicable to interior glass at all floors; and

**(3)** Owned by you, or owned by others but in your care, custody or control.

**b.** We will also pay for necessary:

**(1)** Expenses incurred to put up temporary plates or board up openings;

**(2)** Repair or replacement of encasing frames; and

**(3)** Expenses incurred to remove or replace obstructions.

**c.** Paragraph **A.3., COVERED CAUSES OF LOSS**, and Section **B., EXCLUSIONS,** do not apply to this Optional Coverage, except for:

**(1)** Paragraph **B.1.b.**, Governmental Action;

**(2)** Paragraph **B.1.c.**, Nuclear Hazard; and

**(3)** Paragraph **B.1.e.**, War And Military Action.

**d.** We will not pay for loss or damage caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

**(3)** Corrosion; or

**(4)** Rust.

**e.** This Optional Coverage supersedes all limitations in this policy that apply to interior glass.

## 4. MONEY AND SECURITIES

**a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

**(1)** Theft, meaning any act of stealing;

**(2)** Disappearance; or

**(3)** Destruction.

**b.** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

**(1)** Resulting from accounting or arithmetical errors or omissions;

**(2)** Due to the giving or surrendering of property in any exchange or purchase; or

**(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**c.** The most we will pay for loss in any one occurrence is:

**(1)** The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

**(a)** In or on the described premises; or

**(b)** Within a bank or savings institution; and

   **(2)** The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**d.** All loss:

   **(1)** Caused by one or more persons; or
   **(2)** Involving a single act or series of related acts;

   is considered one occurrence.

**e.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

## 5. EMPLOYEE DISHONESTY

**a.** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

   **(1)** Cause you to sustain loss or damage; and also
   **(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

      **(a)** Any employee; or
      **(b)** Any other person or organization.

**b.** We will not pay for loss or damage:

   **(1)** Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.
   **(2)** The only proof of which as to its existence or amount is:

      **(a)** An inventory computation; or
      **(b)** A profit and loss computation.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

   **(1)** Caused by one or more persons; or
   **(2)** Involving a single act or series of related acts;

   is considered one occurrence.

**e.** We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance accumulates from year to year or period to period.

**f.** This Optional Coverage does not apply to any employee immediately upon discovery by:

   **(1)** You; or
   **(2)** Any of your partners, officers or directors not in collusion with the employee;

   of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

(1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under Paragraph h. above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

(1) This Optional Coverage as of its effective date; or

(2) The prior insurance had it remained in effect.

j. With respect to coverage provided under this Optional Coverage, "employee" means any natural person who receives compensation for working in your regular service in the ordinary course of your business.

"Employee" also includes your directors, officers, whether compensated or not.

"Employee" does not include any broker, consignee, contractor (such as property management company) or other agent or representative of the same general character.

## H. PROPERTY DEFINITIONS

1. "Money" means:

    a. Currency, coins and bank notes in current use and having a face value; and
    b. Travelers checks, register checks and money orders held for sale to the public.

2. "Operations" means your business activities occurring at the described premises.

3. "Period of restoration" means the period of time that:

    a. Begins:

        (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or
        (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

        caused by or resulting from any COVERED CAUSE OF LOSS at the described premises; and

    b. Ends on the earlier of:

        (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or
        (2) The date when business is resumed at a new permanent location.

    "Period of Restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    (a) Regulates the construction, use or repair, or requires the tearing down of any property; or
    (b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

    The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and
    b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by

you; but does not include "money."

**6.** "Specified Causes of Loss" means the following:

Fire; lightning; explosion, windstorm; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet.

**a.** "Sinkhole collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or
**(2)** Sinking or collapse of land into manmade underground cavities.

**b.** Falling objects does not include loss of or damage to:

**(1)** Personal property in the open; or
**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**7.** "Valuable papers and records" means inscribed, printed, or written:

**a.** Documents;
**b.** Manuscripts; and
**c.** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean:

**d.** "Money" or "Securities";
**e.** Converted Data;
**f.** Programs or instructions used in your data processing operations, including the materials on which the data is recorded.

**8.** "Converted data" means information that is stored on electronic media, that is capable of being communicated, processed or interpreted by electronic data processing equipment.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS**
INSURANCE

**J6353**
1st Edition

# CHANGE TO LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM
APARTMENT OWNERS LIABILITY COVERAGE FORM
CONDOMINIUM LIABILITY COVERAGE FORM

The following provision replaces D.1.

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;
   b. Claims made or "suits" brought;
   c. Persons or organizations making "claims" or bringing "suits"; or
   d. Policies involved.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

POLICY NUMBER: 60625-24-73

**E0104**
**1st Edition**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BUSINESS LIABILITY COVERAGE
# TENANTS LIABILITY

This endorsement modifies insurance provided under the following:

APARTMENTOWNERS LIABILITY COVERAGE FORM
CONDOMINIUM LIABILITY COVERAGE FORM

**SCHEDULE\***

**Premises:**

**Tenants Liability Limit Of Insurance (Per Occurrence):**

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

With respect to the coverage provided under this endorsement, the applicable Liability Coverage Form is amended as follows:

**A.** Under **B.1. Exclusions   Applicable To Business Liability Coverage,** the paragraph following **q.(15)** of the applicable Liability Coverage Form is deleted and replaced by the following:

With respect to the premises shown in the Schedule of this endorsement which are rented to you or temporarily occupied by you with the permission of the owner, Exclusions **c., d., e., h., i., l., m., n., o.** and **p.** do not apply to "property damage".

**B.** Paragraph **D.2. Liability And Medical Expenses Limits Of Insurance** is deleted and replaced by the following:

The most we will pay under this endorsement for the sum of all damages because of all "property damage" arising out of any one "occurrence" to premises rented to you or temporarily occupied by you with the permission of the owner is the Tenants Liability Limit of Insurance shown in the Schedule.

**C.** With respect to the premises shown in the Schedule of this endorsement, Paragraph **D.3.** and Paragraph **D.4.b.** are deleted.

**91-0104, 1st Edition 09/03**    Includes Copyright material, Insurance Services Office, Inc., with its permission.

**Page 1 of 1**

**E0125**
**1st Edition**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LEAD POISONING AND CONTAMINATION EXCLUSION

This endorsement modifies insurance provided under the following:

**APARTMENT OWNERS POLICY**
**CONDOMINIUM POLICY**

When this endorsement is attached to your policy, the following provisions apply to the applicable **Property** and **Liability Coverage Forms** of your policy.

1.  This insurance does not apply to any "bodily injury", "property damage" or "personal and advertising injury" or property loss or damage arising out of, resulting from, caused by or contributed by lead, or any hazardous properties of lead, including, but not limited to, lead poisoning and lead contamination and the threat or fear of lead poisoning or lead contamination.

    Lead poisoning includes, but not limited to, actual "bodily injury", "property damage" or "personal and advertising injury" resulting from exposure to, ingestion, of any nature, cause or duration to or of lead, or objects or substances comprised of or containing lead.

    Lead contamination includes, but not limited to, the presence of lead in paint, soil, plants, animals, water, pipes, buildings or structures.

For purposes of this exclusion, the definition of "bodily injury" and "personal and advertising injury" is amended to include mental injury, anguish, distress or fear of lead poisoning or lead contamination.

For purposes of this exclusion, the definitions of "property damage" and property loss or damage are amended to include actual or threatened loss of property value, loss of equity, loss of use, loss of rents or other economic injury caused by lead poisoning or lead contamination.

2.  We will not for any loss, cost or expense arising out of, resulting from, caused by or contributed to by:
    a.  The testing or monitoring for, abatement, mitigation, neutralization, removal or disposal of lead, lead compounds or materials containing lead;
    b.  The testing or monitoring for or treatment of lead poisoning or lead contamination in humans or animals;
    c.  Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with lead poisoning or lead contamination;
    d.  Any obligation to share damages with or repay someone else who must pay damages in connection with lead poisoning or lead contamination.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS**
INSURANCE

**E0122**
**3rd Edition**

## PERIOD OF RESTORATION REDEFINED

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS PROPERTY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Apartment Owners Property Coverage Form apply unless modified by the endorsement.

Paragraph **H. PROPERTY DEFINITIONS - 3.a.** "Period of restoration", is deleted and replaced with the following:

**a.** Begins immediately after the time of direct physical loss or damage for Business Income Coverage or Extra Expense Coverage caused by or resulting from any COVERED CAUSE OF LOSS at the described premises; and

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS**
INSURANCE

**E6289**
1st Edition

Policy Number: ___60625-24-73___          Effective Date: ___01/09/17___

## BUSINESS INCOME AND EXTRA EXPENSE - 18 MONTHS

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS PROPERTY COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The provisions of the applicable Coverage Form apply unless modified by this endorsement.

A. The Businessowners Special Property Coverage Form  BP 00 02, or Section I - Property of the Businessowners Coverage Form  BP 00 03 is amended as follows:

   1. Item A.5.f.(1) **Business Income** is amended as follows:

      The maximum  period  for  which  we will pay for loss of Business Income that you sustain during the "period of restoration" is  18 consecutive months after the date of direct physical loss or    damage.

   2. Item A.5.g.(2) **Extra Expense**, is amended as follows:

      We will only pay for Extra Expense that occurs within 18 consecutive  months after the date of direct physical loss or damage.

B. The Apartment Owners Property Coverage Form   E3424 is amended as follows:

   1. Item A.5.e.(1) **Business Income** is amended as follows:

      The maximum  period  for  which  we will pay for loss of Business Income that you sustain during the "period of restoration" is  18 consecutive  months after the date of direct physical loss or    damage.

   2. Item A.5.f.(2) **Extra Expense**, is amended as follows:

      We will only pay for Extra Expense that occurs within 18 consecutive  months after the date of direct physical loss or damage.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all other terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS**
INSURANCE

E**0120**
3rd Edition

## BACK UP OF SEWERS AND OVERFLOW OF DRAINS
## COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS PROPERTY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following item is added to **A.5. Additional Coverages** of the Apartment Owners Property Coverage Form.

**p. Back Up of Sewers or Drains**

(1) We will pay up to the Limit of Insurance Per Occurrence shown on the Declarations for Back Up of Sewers and Overflow of Drains for loss or damage to Covered Property caused by water that:

(a) backs up from a sewer or drain away from your premises; or

(b) overflows from an appliance, drain or plumbing fixture on the premises but only if the overflow is sudden and accidental, where you have exercised proper care and maintenance, and it is not the result of a continuous or repeated seepage or leakage that occurred over time; or

(c) enters into and overflows from a sump pump or sump pump well or any other system designed to remove subsurface water from a foundation area.

One or more incidents occurring within a 72 hour period is considered one occurrence.

(2) Subject to the applicable Limit of Insurance shown on the Declaration for Back Up of Sewers and Overflow of Drains and other provisions of this endorsement, paragraph **1.f.** (1)(a) in **B. EXCLUSIONS** is deleted.

(3) The deductible applicable to and shown on the Declarations for Building and/or Business Personal Property applies to each loss under this endorsement.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS**
INSURANCE

E**3335**
4th Edition

## APARTMENT OWNERS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **C - WHO IS AN INSURED**.

Other words and phrases that appear in quotation marks have special meaning.

Refer to Section **F - LIABILITY AND MEDICAL EXPENSES DEFINITIONS**.

### A. COVERAGES

#### 1. BUSINESS LIABILITY

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    (1) The amount we will pay for damages is limited as described in Section **D - LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**; and

    (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Coverage Extension - Supplementary Payments**.

**b.** This insurance applies:

    (1) To "bodily injury" and "property damage" only if:

        (a) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

        (b) The "bodily injury" or "property damage" occurs during the policy period.

        (c) Prior to the policy period, no insured listed under Paragraph **C.1.** WHO IS AN INSURED and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" know, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

    (2) To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" includes damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f.** Coverage Extension - Supplementary Payments:

In addition to the Limit of Insurance we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   **(1)** All expenses we incur.

   **(2)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

   **(3)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

   **(4)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   **(5)** All costs taxed against the insured in the "suit".

   **(6)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   **(7)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

   **(1)** Agrees in writing to:

      **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

      **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** of EXCLUSIONS, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above are no longer met.

## 2. MEDICAL EXPENSES (INCLUDES RESTRICTIONS OR ABRIDGMENTS)

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations; provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the Limit of Insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

## B. EXCLUSIONS

### 1. Applicable To Business Liability Coverage

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

    (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

    (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employers' Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

    (a) Employment by the insured; or

    (b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

    (a) Whether the insured may be liable as an employer or in any other capacity; and

    (b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

    (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations.

        (i) If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

        (ii) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

        Subparagraph (d)(i) does not apply to "bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a

vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor.

Subparagraphs (a) and (d)(i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(2) Any loss, cost or expense arising out of any:

    (a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

    (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

**g. Asbestos**

(1) "Bodily injury", "property damage" or "personal and advertising injury", arising out of, resulting from, caused by or contributed to asbestos or exposure to asbestos;

(2) Any loss, cost or expenses arising out of any request, demand, order, claim, "suit" or statutory or regulatory requirement that any insured or others test for, monitor, abate, remove, clean up, contain, treat or neutralize, or in any way respond to, or assess the effects of asbestos;

(3) Any supervision, instruction, recommendation, warning or advise given or which should have been given in connection with 1. or 2. above;

(4) Any obligation to share with or repay someone else who must pay damages because of such injury or damage.

For the purposes of this exclusion, "bodily injury" includes mental injury, anguish, distress or fear of any injury, illness or disease caused by, or believed to be caused by, or related to asbestos or exposure to asbestos.

**h. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

    (a) Less than 26 feet long; and

    (b) Not being used to carry persons or property for a charge.

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the following equipment:

    (a) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    (b) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**i. Mobile equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**j. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**k. Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" due to rendering or failure to render any professional service.

This includes but is not limited to:

(1) Legal, accounting or advertising services;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection or engineering services;

(4) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(5) Any health or therapeutic service treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purposed of appearance or skin enhancement, hair removal or replacement or personal grooming;

(7) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Body piercing services; and

(9) Services in the practice of pharmacy; but this exclusion does not apply to an insured whose operations include those of a retail druggist or drugstore.

**l. Damage To Property**

"Property damage" to:

(1) Property you own, rent or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products - completed operations hazard".

**m. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**n. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products - completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**o. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**p. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**q. Personal And Advertising Injury**

"Personal and advertising injury":

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) Arising out of criminal act committed by or at the direction of any insured;

(5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

(6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

(7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

(8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

(9) Committed by an insured whose business is:

    (a) Advertising, broadcasting, publishing or telecasting;

    (b) Designing or determining content of web-sites for others; or

    (c) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14. a., b.** and **c.** of "personal and advertising injury" under **F. LIABILITY AND MEDICAL EXPENSES DEFINITIONS.**

For purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

(10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(11) Any loss, cost or expense arising out of any:

    (a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

(12) "Bodily injury" arising out of "personal and advertising injury".

(13) Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control.

(14) Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

    However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

(15) Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any similar tactics to mislead another's potential customers.

Exclusions c., d., e., f., g., h., i., k., l., m., n. and o. do not apply to damage by fire or explosion to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Limit of Insurance applies to this coverage as described in Section D., Limits of Insurance.

**r. Employment Related Practices**

"Bodily injury" or "personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person.

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b) or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of injury.

## 2. Applicable To Medical Expenses Coverage

We will not pay expenses for "bodily injury":

**a.** To any insured.

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while taking part in athletics.

**f.** Included with the "products - completed operations hazard".

g. Excluded under Business Liability Coverage.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage - Nuclear Energy Liability Exclusion**

This insurance does not apply:

a. Under Business Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association Of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

(a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

(b) The insured is or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

(c) Under Business Liability Coverage, to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

b. Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

c. Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

(1) The "nuclear material":

(a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

(b) Has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

As used in this exclusion:

"Byproduct material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for:

(1) Separating the isotopes of uranium or plutonium;

(2) Processing or utilizing "spent fuel"; or

(3) Handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear material" means "source material", "special nuclear material" or "byproduct material".

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

"Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereto;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor.

"Waste material" means any waste material:

(a) Containing "byproduct material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

(b) Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs (a) and (b) of the definition of "nuclear facility".

## C. WHO IS AN INSURED (INCLUDES RESTRICTIONS OR ABRIDGMENTS)

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

   a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

   However, none of these "employees" is an insured for:

   (1) "Bodily injury" or "personal and advertising injury":

      (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

 Includes Copyright Material Insurance Services Office, Inc., with its permission.

    (b) To the spouse, child, parent, brother or sister of the co-"employee" as a consequence of Paragraph (1)(a) above;

    (c) For which there is any obligation to share damages with or repay someone else who must pay damages of the injury described in Paragraphs (1)(a) or (1)(b); or

    (d) Arising out of his or her providing or failing to provide professional health care services. However, if you have "employees' who are pharmacists in your retail druggist or drugstore operation, they are insured with respect to their providing or failing to provide professional health care services; or

  (2) "Property damage" to property:

    (a) Owned, occupied or used by;

    (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

  (1) With respect to liability arising out of the maintenance or use of that property; and

  (2) Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal and advertising injury" sustained by any one person or organization;

is the Liability And Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire or explosion is the Fire Legal Liability limit shown in the Declarations.

**4. Aggregate Limits**

The most we will pay for:

**a.** Injury or damage under the "products - completed operations hazard" arising from all "occurrences" during the policy period is the Liability And Medical Expenses Limit; and

**b.** All other injury or damage, including medical expenses, arising from all "occurrences" during the policy period is twice the Liability And Medical Expenses Limit. This limitation does not apply to "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of fire or explosion.

The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## E. LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

  (1) How, when and where the "occurrence" or offense took place;

  (2) The names and addresses of any injured persons and witnesses; and

  (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

  (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

  (2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

  (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

  (2) Authorize us to obtain records and other information;

  (3) Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

  (4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Financial Responsibility Laws**

**a.** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

    b. With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

**4. Legal Action Against Us**

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the First Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

## F. LIABILITY AND MEDICAL EXPENSES DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

    a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

    a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

    b. International waters or air-space, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

    c. All parts of the world if:

        (1) The injury or damage arises out of:

            (a) Goods or products made or sold by you in the territory described in a. above; or

            (b) The activities or a person whose home is in the territory described in a. above, but is away for a short time on your business; and

        (2) The insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in a. above or in a settlement we agree to.

        (3) "Personal and advertising injury" offences that take place through the Internet or similar electronic means of communication;

        provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

      if such property can be restored to use by:

      (1) The repair, replacement, adjustment or removal of "your product" or " your work"; or

      (2) Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

      Paragraph f. does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

         (b) Giving direction or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection or engineering services.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, on which are permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c., or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning.

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products - completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

     (1) Products that are still in your physical possession; or

     (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

       (a) When all of the work called for in your contract has been completed.

       (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

       (c) When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

     Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

     The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

   b. Does not include "bodily injury" or "property damage" arising out of:

     (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

     (2) The existence of tools, uninstalled equipment or abandoned or unused materials.

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Your product" means:

   a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

     (1) You;

     (2) Others trading under your name; or

     (3) A person or organization whose business or assets you have acquired; and

   b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   "Your product" includes:

   a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21. "Your work" means:

    a. Work or operations performed by you or on your behalf; and

    b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

    a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    b. The providing of or failure to provide warnings or instructions.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**E4009**
**4th Edition**

This endorsement changes the policy. Please Read it carefully.

# MOLD AND MICROORGANISM EXCLUSION

This endorsement modifies insurance provided under the following

BUSINESSOWNERS COVERAGE FORM
BUSINESSOWNERS LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
APARTMENT OWNERS LIABILITY COVERAGE FORM
CONDOMINIUM LIABILITY COVERAGE FORM
DIRECTORS AND OFFICERS LIABILITY COVERAGE FROM

The following provisions apply to your policy.

**A**. Definition:

   **1.** "Mold" means any type or form of fungus including but not limited to mildew, mycotoxins, spores, scents or by-products produced or released by "mold".

   **2.** "Microorganism" means any organism (animal or plant) of microscopic size, including but not limited to any type or form of bacteria, bacterium, germ, intestinal flora, microbe, pathogen or virus or any part or by-product of any of the above.

**B**. This insurance does not apply to any:

   **1.** "Bodily injury" Property Damage" or "personal and advertising injury" which arising out of, resulting from, caused or contributed to, whether directly or indirectly by "mold" or "microorganism" and would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of or presence of any "mold" or "microorganism";

   **2.** Any loss, cost or expense arising out the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effect of "mold" or "microorganism", by any insured or by any other person or entity;

   **3.** Any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with 1or 2 above; and

   **4.** Any obligation to share with or repay someone else who must pay damages because of such injury or damage.

However this exclusion does not apply to any "mold" or "microorganism" that are on, or are contained in, a good or product intended for consumption.

The above applies regardless of any other cause that contributed concurrently or in any sequence to the injury or damage.

E3336
2nd Edition

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS POLICY
CONDOMINIUM POLICY

**SCHEDULE**

| Coverage | Additional Premium |
|---|---|
| **Hired Auto Liability** | |
| **Non-Owned Auto Liability** | |

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

    **1. Hired Auto Liability**

    The insurance provided under Paragraph **A.1. Business Liability** in the applicable Liability Coverage Form, applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

    **2. Non-Owned Auto Liability**

    The insurance provided under Paragraph **A.1. Business Liability** in Section II   Liability, applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

    **1.** The exclusions, under the Paragraph **B.1. Applicable To Business Liability Coverages** in the applicable **Liability Coverage Form,** other than Exclusions **a., b., d., f.** and **i.** and the Nuclear Energy Liability Exclusion, are deleted and replaced by the following:

        **a.** "Bodily injury" to:

            **(1)** An "employee" of the insured arising out of and in the course of:

                **(a)** Employment by the insured; or

                **(b)** Performing duties related to the conduct of the insured's business; or

            **(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

            This exclusion applies:

            **(a)** Whether the insured may be liable as an employer or in any other capacity; and

            **(b)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

            This exclusion does not apply to:

            **(i)** Liability assumed by the insured under an "insured contract"; or

**(ii)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

**b.** "Property damage" to:

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured,

**2.** Paragraph **C. Who Is An Insured in the applicable Liability, Coverage Form** is replaced by the following:

Each of the following is an insured under this endorsement to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

None of the following is an insured:

**(1)** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**(2)** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**(3)** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**(4)** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

**(5)** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** The following additional definitions apply:

**1.** **"Auto Business"** means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** **"Hired Auto"** means any "auto" you lease, hire or borrow. This does not include any "auto" you lease, hire or borrow from any of your "employees" or members of their households, or from any partner or "executive officer" of yours.

**3.** **"Non-Owned Auto"** means any "auto" you do not own, lease, hire or borrow which is used in connection with your business. However, if you are a partnership, a "non-owned auto" does not include any "auto" owned by any partner.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS**
INSURANCE

**E3331**
3rd Edition

## LIMITATION OF COVERAGE TO DESIGNATED PREMISES

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS LIABILITY COVERAGE FORM
CONDOMINIUM LIABILITY COVERAGE FORM

### SCHEDULE*

**A. Premises:**

*Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to the **applicable** Liability Coverage Form.

This insurance applies only to "bodily injury", "property damage", or "personal and advertising injury" and medical expenses arising out of the ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**



**FARMERS**
**INSURANCE**

**J6316**
**2nd Edition**

## EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the:

APARTMENT OWNERS PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
CONDOMINIUM PROPERTY COVERAGE FORM

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under Section **A. Coverage** in all forms and endorsements that comprise this policy, except as provided in Paragraph **C.** This includes but is not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**C.** However, the exclusion in Paragraph **B.** does not apply to the following:

   **1.** Loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage may be addressed in a separate exclusion in this policy;

   **2.** Coverage otherwise provided under Food Borne Illness Business Interruption Coverage **E3032** (if that endorsement is attached to this policy);

   **3.** Coverage otherwise provided under the Restaurant Food Contamination Shutdown Coverage **E3419** (if that endorsement is attached to this policy); or

   **4.** Coverage otherwise provided under the Limited Biohazardous Substance Coverage **J7133** (if that endorsement is attached to this policy).

**D.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**E.** If the following provisions are part of this policy, they are hereby amended to remove reference to bacteria:

   **1.** Exclusion of "Fungi", Wet Rot, Dry Rot And Bacteria; and

   **2.** Additional Coverage - Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**F.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS** INSURANCE

**J6829**
**1st Edition**

## LIMITED COVERAGE FOR FUNGI, WET ROT, DRY ROT AND BACTERIA

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS PROPERTY COVERAGE FORM
CONDOMINIUM PROPERTY COVERAGE FORM

**A.** The following is added under **B.1. EXCLUSIONS** in the applicable PROPERTY COVERAGE FORM:

    **h. "Fungi", Wet Rot, Dry Rot And Bacteria**

    Presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria.

    But if "fungi", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

    This exclusion does not apply:

    (1) When "fungi", wet or dry rot or bacteria results from fire or lightning; or

    (2) To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

**B.** Item **B.1.f. Water, Mudslide or Mudflow** under **B.1. EXCLUSIONS** in the applicable PROPERTY COVERAGE FORM is amended as follows:

    **a.** The following item is added to paragraph **B.1.f.(2):**

    (f) "Fungi", wet or dry rot or bacteria that results from fire or lightning.

    **b.** The following is added as paragraph **B.1.f.(3):**

    This exclusion does not apply to the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria, if any, with respect to loss or damage by a cause of loss other than fire or lightning.

**C.** Paragraph **B.2.j.(2)** under **B.2. EXCLUSIONS** in the applicable PROPERTY COVERAGE FORM is replaced by the following:

    (2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

**D.** The following is added under **B.2.j.** in the applicable PROPERTY COVERAGE FORM:

    (8) Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**E.** Paragraph **A.5.k.(6)** of the Additional **Ordinance Or Law Coverage** in the APARTMENT OWNERS PROPERTY COVERAGE FORM and paragraph **A.5.i.(6)** of the Additional **Ordinance Or Law Coverage** in the CONDOMINIUM PROPERTY COVERAGE FORM is replaced by the following:

    (6) Under this Additional Coverage, we will not pay for:

    (a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or

93-6829 1ST EDITION  3-10
J6829-EDI
    Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.
    J6829101  Page 1 of 3

    (b) Any costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

F. The following is added as item **n.** in the CONDOMINIUM PROPERTY COVERAGE FORM and item **p.** in the APARTMENT OWNERS PROPERTY COVERAGE FORM under Section **A.5.** **Additional Coverages:**

**Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria**

If "fungi", wet or dry rot or bacteria results from a "specified cause of loss" (other than fire or lightning) that occurs during the policy period, and if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

(1) We will pay for loss or damage by "fungi", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    (a) Direct physical loss or damage to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;

    (b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot or bacteria; and

    (c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided it is reasonable to believe that "fungi", wet or dry rot or bacteria are present.

(2) The most we will pay under this Limited Coverage for the sum of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in each 12 month period (beginning with the effective date of this policy), is $15,000. The $15,000 aggregate limit is subject to and not in addition to the applicable Limit of Insurance on the affected property and is applied regardless of the number of premises involved in such occurrence(s).

(3) We will not pay more than the total of $15,000 under this Limited Coverage even if the "fungi", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

(4) Payments under this Limited Coverage are subject to and not in addition to the applicable Limit of Insurance on any Covered Property.

(5) If there is covered loss or damage to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

(6) The terms of this Limited Coverage do not increase or reduce the coverage provided under the Additional Coverages 5.d. **Collapse** or 5.e. **Water Damage, Other Liquids, Powder or Molten Material Damage.**

(7) This Limited Coverage applies if a Limit of Insurance is shown in the Declarations for Building or Personal Property.

(8) The following applies only if Business Income and Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage.

    (a) If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, we will pay for the actual loss of business income and extra expense you sustain. However, we will only pay for loss of business income and extra expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet or dry rot or bacteria, but remediation of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for the actual loss of business income and extra expense you sustain during the delay (regardless of when such a delay occurs during the "period of restoration") but such coverage is limited to 30 days. The days need not be consecutive.

(9) The following applies to Association Fees and Extra Expense coverage:

(a) If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself render a unit uninhabitable, but such unit is uninhabitable due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, then our payment under the Association Fees and Extra Expense coverage is limited to the amount of lost fees and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If loss or damage other than "fungi" wet or dry rot or bacteria renders a unit uninhabitable, but remediation of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss of Association Fees and/or Extra Expense you sustain during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

G. Section H. **PROPERTY DEFINITIONS** of the applicable PROPERTY COVERAGE FORM is revised as follows:

1. The following definition is added:

9. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. The first two paragraphs of Item  6. **"Specified Causes of Loss"** are replaced by the following:

6. **"Specified Causes of Loss"** means the following:

Fire; lightning; explosion; windstorm; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; water damage; weight of snow, ice or sleet.

3. The following subparagraph is added to item  6. **"Specified Causes of Loss"**:

c. **Water damage** means sudden and accidental discharge or leakage of water or steam as a direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS** INSURANCE

**J6360**
**1st Edition**

## EXTENDED BUSINESS INCOME - MODIFICATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
APARTMENT OWNERS PROPERTY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. In the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM, Additional Coverage A.5.f.(2) Extended Business Income is amended as follows:

    1. Sub-paragraph (b)(ii) is deleted in its entirety and replaced by the following:

      (ii) 30 consecutive days after the date determined in   (2)(a) above; or

    2. The following sub-paragraph,  (b)(iii) is added:

      (iii) up to 180 consecutive days after the date determined in (2)(a) above if required by your mortgage holder.

B. In the APARTMENT OWNERS PROPERTY COVERAGE FORM, Additional Coverage A.5.e.(2)Extended Business Income is amended as follows:

    1. Sub-paragraph (b)(ii) is deleted in its entirety and replaced by the following:

      (ii) 30 consecutive days after the date determined in   (2)(a) above; or

    2. The following sub-paragraph,  (b)(iii) is added:

      (iii) up to 180 consecutive days after the date determined in (2)(a) above if required by your mortgage holder.

C. Other than the time provision revised above, all conditions and provisions of the applicable Property Coverage Form pertaining to Extended Business Income remain unchanged.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**



**FARMERS**
**INSURANCE**

ᴊ**6849**
**2nd Edition**

### DEDUCTIBLE PROVISIONS

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS PROPERTY COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
CONDOMINIUM PROPERTY COVERAGE FORM

The Deductible provisions in the applicable coverage form are amended as follows.

Section **D. Deductibles** in the applicable Property Coverage Form, and Paragraph **D. Deductibles** in **SECTION I – PROPERTY** of the Businessowners Coverage Form is deleted and replaced by the following:

### D. DEDUCTIBLES

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. If more than one Deductible applies in any one occurrence we will apply each Deductible separately per location. But the total of all Deductible amounts applied in that occurrence will not exceed the highest applicable Deductible per location.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS**
INSURANCE

**J6834**
1st Edition

## APARTMENT OWNERS PREMIER PACKAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS PROPERTY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. The following is added as paragraph c. under **A.1. COVERED PROPERTY:**

    c. Specified Property owned by you, consisting of the following:

       (1) Driveways;

       (2) Fences;

       (3) Pools and spas;

       (4) Walkways; and

       (5) Walls.

    However, Specified Property does not include personal property located inside a building or structure.

B. Section **A.2. PROPERTY NOT COVERED** is amended as follows:

    Paragraph 2.e. is deleted and replaced by the following:

    e. Fences, walls, walks, driveways and pools, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except provided in:

       (1) Paragraph **A.1.c.** Specified Property;

       (2) Paragraph **A.6.d.** Outdoor Property; or

       (3) Paragraph **G.2. OUTDOOR SIGNS.**

C. Section **A.5. ADDITIONAL COVERAGES** is amended as follows:

    1. Paragraph **5.c. Fire Department Service Charge** is deleted and replaced by the following:

       c. **Fire Department Service Charge**

       When the fire department is called to save or protect COVERED PROPERTY from a COVERED CAUSE OF LOSS, we will pay up to $25,000, for your liability for fire department service charges:

         (1) Assumed by contract or agreement prior to loss; or

         (2) Required by local ordinance.

93-6834 1ST EDITION 10-10
J6834-ED1

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.

J6834101 PAGE 1 OF 5

2. Paragraph **5.g. Pollutant Clean Up and Removal** is deleted and replaced by the following:

**g. Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a COVERED CAUSE OF LOSS that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(1) The date of direct physical loss or damage; or

(2) The end of the policy period.

The most we will pay for each location under this Additional Coverage is $50,000 for the sum of all such expenses arising out of COVERED CAUSES OF LOSS occurring during each separate 12 month period of this policy.

3. Paragraph **5.k. Ordinance Or Law Coverage** is deleted and replaced by the following:

**k. Ordinance Or Law Coverage**

(1) **Coverage 1** - Coverage for Loss to the Undamaged Portion of the Building or Structure

If a COVERED CAUSE OF LOSS occurs to covered building or structure property, we will pay under **Coverage 1** for the loss in value of the undamaged portion of the building or structure as a consequence of the enforcement of any ordinance or law that:

(a) Requires the demolition of parts of the same property not damaged by a COVERED CAUSE OF LOSS;

(b) Regulates the construction or repair of buildings or structures, or establishes zoning or land use requirements at the described premises; and

(c) Is in force at the time of loss.

However:

We will not pay for the Increased Cost of Construction:

(a) Until the property is actually repaired or replaced, at the same or another premises; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years.

We may extend this period in writing during the two years.

If the building or structure is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

If the ordinance or law requires relocation to another premises, the most we will pay for Increased Cost of Construction is the increased cost of construction at the new premises.

**Coverage 1** is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building or structure property.   **Coverage 1** does not increase the Limit of Insurance.

(2) **Coverage 2 - Demolition Cost Coverage**

If a COVERED CAUSE OF LOSS occurs to covered building or structure property, we will pay the cost to demolish and remove debris of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.

(3) **Coverage 3 - Increased Cost of Construction Coverage**

If a COVERED CAUSE OF LOSS occurs to the covered building or structure property, we will pay for the increased cost to:

(a) Repair or reconstruct damaged portions of that building or structure property; and/or

(b) Reconstruct or remodel undamaged portions of that building or structure property, whether or not demolition is required;

when the increased cost is a consequence of the enforcement of a building, zoning or land use ordinance or law.

However:

(a) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by a zoning or land use ordinance or law.

(b) We will not pay for the increased cost of construction if the building or structure is not repaired, reconstructed or remodeled.

(4) This Additional Coverage applies only to building or structure property insured on a replacement cost basis.

(5) Paragraph E.6.d. of the Property Loss Conditions does not apply to the Demolition Cost Coverage or the Increased Cost of Construction Coverage.

(6) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building or structure was undamaged; and

(b) You failed to comply with.

(7) Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(8) The most we will pay under this Additional Coverage, for all covered loss arising out of the same occurrence is $250,000 for Coverage 2 and Coverage 3 unless a higher limit is shown on the Declarations for Ordinance or Law Coverage. These Additional Coverage limits apply in addition to the Building Limit of Insurance.

(9) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(10) The costs addressed in the Loss Payment Property Loss Condition in this Coverage Form do not include the increased cost attributable to the enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in I.(7) of this Additional Coverage, is not subject to such limitation.

4. Paragraph **5.o. Fire Extinguisher Recharge** is deleted and replaced by the following:

o. **Fire Extinguisher Recharge**

We will pay up to $5,000 per occurrence for the necessary costs to recharge or replace (whichever is less) fire extinguishers or fire suppression systems owned by the insured that are accidentally discharged or discharged as a result of extinguishing a covered fire which occurs at a location shown in the Declarations.

5. The following Additional Coverage item is added:

p. **Extended Building Replacement Cost**

(1) We will pay up to 150% of the Limits of Insurance shown on the Declarations to repair or replace covered buildings damaged by a covered loss, if:

(a) Buildings, including garages and carports, are insured at policy inception to 100% of their replacement cost; and

(b) You accept each annual adjustment in building coverage limits to maintain proper insurance to value, and pay the corresponding premium when due, if this policy is a renewal of a prior policy; and

(c) You notify us within 90 days of the start of any physical changes which increase the value of the insured buildings by $25,000 or more, and pay any additional premium due. This includes any new structures covered under this Additional Coverage and any additions to or remodeling of the buildings.

(2) This Additional Coverage does not apply to:

(a) Specified Property, Outdoor Signs or any other appurtenant structures. However, this exclusion does not apply to garages or carports.

(b) Any property listed in **A.2. PROPERTY NOT COVERED** of the APARTMENT OWNERS PROPERTY COVERAGE FORM, regardless of any endorsement or declaration page entry which extends coverage to such property.

(c) Building upgrades as required by the enforcement of any ordinance or law regulating the use, construction, repair or demolition of the building, including debris removal.

(d) Damage caused by earthquake, even if earthquake is otherwise covered under this policy.

(3) Loss settlement under this Additional Coverage will not exceed the least of the following amounts:

(a) The replacement cost of the damaged part of the building for equivalent construction and use on the same premises.

(b) The amount necessarily spent to repair or replace such property intended for the same occupancy and use.

(c) The lesser of Actual Cash Value or the Building limit shown on the Declarations if the buildings are not repaired or replaced.

(d) 150% of the Building limit shown on the Declarations.

D. Section A.6. COVERAGE EXTENSIONS is amended as follows:

Paragraph 6.d. Outdoor Property is deleted and replaced by the following:

d. Outdoor Property

You may extend the insurance provided by this policy to apply to your radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Wind;

(5) Hail;

(6) Riot or Civil Commotion; or

(7) Aircraft.

The most we will pay for loss or damage under this Extension is the Limit of Insurance shown in the Declarations for Outdoor Property, but not more that $25,000 for any one tree, shrub or plant.

This Coverage Extension for Outdoor Property applies as described above, regardless of any other condition described elsewhere in this policy that:

(1) Exclude coverage for damage caused by or resulting from Wind or Hail; or

(2) Provide a specific deductible for loss or damage caused by or resulting from Wind or Hail.

E. Section G. OPTIONAL COVERAGES is amended as follows:

1. Paragraph 1. SPECIFIED PROPERTY is deleted.

2. Paragraph 2.d. OUTDOOR SIGNS is deleted and replaced by the following:

d. The most we will pay for loss or damage to Outdoor Signs in any one occurrence is $50,000, unless a higher limit is shown in the Declarations, but not more than $25,000 per sign.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**



**FARMERS**
**INSURANCE**

**J6612**
**2nd Edition**

## EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
APARTMENT OWNERS PROPERTY COVERAGE FORM
CONDOMINIUM PROPERTY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by this endorsement.

When this endorsement is made part of a BUSINESSOWNERS POLICY, the optional coverage for Mechanical Breakdown in the Businessowners Special Property Coverage Form and the Businessowners Coverage Form is deleted in its entirety.

The following is added to **5. Additional Coverages** under Section **A. Coverage** in the applicable Property Coverage Form:

**Equipment Breakdown Coverage**

We will pay for direct damage to Covered Property caused by or resulting from Breakdown to Covered Equipment owned by you, or in your care, custody or control, and for which you are legally liable and located at the described premises. The provisions of:

1. Paragraphs **f. Business Income** and **g. Extra Expense** under Section **A.5. Additional Coverages** in the Businessowners Special Property Coverage Form and **Section I - Property** of the Businessowners Coverage Form;

2. Paragraphs **e. Business Income** and **f. Extra Expense** under Section **A.5. Additional Coverages** in the Apartment Owners Property Coverage Form; and

3. Paragraph **e. Association Fees and Extra Expense** in the Condominium Owners Property Coverage Form

apply as a consequence of covered direct damage to Covered Property if Business Income and Extra Expense or Association Fees and Extra Expense are covered in this policy.

**1. Covered Equipment**

   **a.** Covered Equipment means and includes any of the following:

      **(1)** Equipment built to operate under internal pressure or vacuum other than weight of contents; and

      **(2)** Electrical or mechanical equipment that is used in the generation, transmission or utilization of energy.

   **b.** Covered Equipment does not mean or include any of the following:

      **(1)** Part of pressure or vacuum equipment that is not under internal pressure of its contents or internal vacuum;

      **(2)** Insulating or refractory material, but not excluding the glass lining of any Covered Equipment;

      **(3)** Non-metallic pressure or vacuum equipment unless it is constructed and used in accordance with the American Society of Mechanical Engineers (ASME) code or another appropriate and approved code;

      **(4)** Catalyst;

      **(5)** Vessels, piping and other equipment that is buried below ground and requires the excavation of materials to inspect, remove, repair or replace;

**(6)** Structure, foundation, cabinet or compartment supporting or containing the Covered Equipment or part of the Covered Equipment including penstock, draft tube, well casing, or water piping other than boiler feed water piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(7)** Vehicle, aircraft, self-propelled equipment or floating vessel including any Covered Equipment that is mounted upon or used solely with any one or more vehicle(s), aircraft, self-propelled equipment or floating vessel;

**(8)** Dragline, excavation or construction equipment including any Covered Equipment that is mounted upon or used solely with any one or more dragline(s), excavation, or construction equipment;

**(9)** Felt, wire, screen, die, extrusion plate, swing hammer, grinding disc, cutting blade, non-electrical cable, chain, belt, rope, clutch plate, brake pad, non-metal part or any part or tool subject to periodic replacement;

**(10)** Computer Equipment, meaning:

    **(a)** Programmable electronic equipment that is used to store, retrieve and process data (unless used to control covered equipment); and

    **(b)** Associated peripheral equipment that communicates with the equipment described in **(a)** above, including input and output functions such as printing and auxiliary functions such as data transmission.

**(11)** Media, meaning electronic data processing or storage media such as films, tapes, discs, drums or cells;

**(12)** Electronic Data, meaning:

    **(a)** Programmed and recorded material stored on media, as described in **b.(11)** above; and

    **(b)** Programming records used for electronic data processing, or electronically controlled equipment; or

**(13)** Equipment or any part of such equipment manufactured by you for sale or lease.

**2. Breakdown**

**a.** Breakdown means direct physical loss that causes damage to Covered Equipment and necessitates its repair or replacement as follows:

    **(1)** Failure of pressure or vacuum equipment;

    **(2)** Mechanical failure including rupture or bursting caused by centrifugal force; or

    **(3)** Artificially generated electrical failure including arcing that disturbs electrical devices, equipment, appliances or wires.

**b.** Breakdown does not mean or include:

    **(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

    **(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

    **(3)** Damage to any vacuum tube, gas tube or brush;

    **(4)** Damage to any structure or foundation supporting the Covered Equipment or any of its parts; or

    **(5)** The cracking of any part of an internal combustion gas turbine exposed to the products of combustion.

If an initial Breakdown causes other Breakdowns, all will be considered One Breakdown. All Breakdowns at any one described premises that manifest themselves at the same time and are the direct result of the same cause will be considered One Breakdown.

**3.** This Additional Coverage will not increase the Limits of Insurance provided in this policy.

**4. Extensions**

The following Extensions also apply to loss caused by or resulting from Breakdown to Covered Equipment owned by you, or in your care, custody or control, and for which you are legally liable and located at the described premises.

The most we will pay for any of the following Extensions is $25,000 unless another Limit of Insurance is shown in the Declarations for such Extensions. Unless Business Income and Extra Expense or Association Fees and Extra Expense are excluded from the policy, this includes loss of business income and/or necessary extra expense or association fees and extra expense you may incur as a consequence of the following Extensions. The Limits of Insurance applicable to these Extensions will not increase the Limits Of Insurance provided in this policy.

**a. Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**(1)** Make temporary repairs; and

**(2)** Expedite permanent repairs or replacement of the damaged property.

**b. Ammonia Contamination**

The spoilage to Covered Property contaminated by ammonia, including any salvage expense.

**c. Hazardous Substance**

We will pay for any additional expenses incurred by you for the clean up, repair or replacement or disposal of Covered Property that is damaged, contaminated, or polluted by a Hazardous Substance.

As used here, additional expenses means the additional cost incurred over and above the amount that we would have paid had no Hazardous Substance been involved with the loss.

Hazardous Substance means any substance other than ammonia that has been declared hazardous to health by a governmental agency. Ammonia is not considered to be a Hazardous Substance as respects this Additional Coverage.

**d. Water Damage**

The damage to Covered Property by water, including any salvage expenses, except no coverage applies to such damage resulting from leakage of a sprinkler system or domestic water piping.

**e. Drying Out Coverage**

If electrical Covered Equipment requires drying out as a result of a flood, we will pay for the direct expenses of such drying out.

**f. Valuation**

**(1)** If you elect or we require that the repair or replacement of the damaged Covered Equipment be done in a manner that:

**(a)** Improves the environment;

**(b)** Increases efficiency; or

**(c)** Enhances safety;

while maintaining the existing function, then we will pay, subject to the limit of insurance, up to an additional 25% of the property damage amount for the Covered Equipment otherwise recoverable.

**(2)** If:

    **(a)** Any damaged Covered Equipment is protected by an extended warranty, or maintenance or service contract; and

    **(b)** That warranty or contract becomes void or unusable due to a Breakdown;

    we will reimburse you for the unused costs of non-refundable, non-transferable warranties or contracts.

## 5. Conditions

The following conditions apply to this Additional Coverage:

### a. Suspension

Whenever Covered Equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from a Breakdown to that Covered Equipment by delivering or mailing written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the Covered Equipment is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that Covered Equipment.

If we suspend your insurance, you will get a pro rata refund of premium for that Covered Equipment. But the suspension will be effective even if we have not yet made or offered a refund.

### b. Salvage

Any salvage value of property obtained for temporary repairs or use following a Breakdown which remains after repairs are completed will be taken into consideration in the adjustment of any loss.

## 6. Exclusions

**a.** The following limitations and exclusions in **A.4 Limitations** and **B. Exclusions** in the Businessowners Special Property Coverage Form do not apply to the extent that coverage is provided in this Additional Coverage:

**(1)** Limitation **A.4.a.(1)** Steam Equipment;

**(2)** Limitation **A.4.a.(2)** Water Heating Equipment;

**(3)** Exclusion **B.2.a.** Electrical Apparatus;

**(4)** Exclusion **B.2.d.** Steam Apparatus; and

**(5)** Exclusion **B.2.k.(6)** Mechanical Breakdown.

With respect to this Additional Coverage, the last paragraph of Exclusion **B.2.k. Other Types of Loss** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **B.2.k.(1)** through **B.2.k.(7)** results in a Breakdown, we will pay for the loss or damage caused by that Breakdown.

**b.** The following limitations and exclusions in **A.4. Limitations** and **B. Exclusions** under **Section I - Property** in the Businessowners Coverage Form do not apply to the extent that coverage is provided in this Additional Coverage:

**(1)** Limitation **A.4.a.(1)** Steam Equipment;

**(2)** Limitation **A.4.a.(2)** Water Heating Equipment;

**(3)** Exclusion **B.2.a.** Electrical Apparatus;

**(4)** Exclusion **B.2.d.** Steam Apparatus; and

**(5)** Exclusion **B.2.l.(6)** Mechanical Breakdown.

With respect to this Additional Coverage, the last paragraph of Exclusion **B.2.I. Other Types of Loss** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **B.2.I.(1)** through **B.2.I.(7)** results in a Breakdown, we will pay for the loss or damage caused by that Breakdown.

**c.** The following limitations and exclusions in **A.4. Limitations** and **B. Exclusions** in the Apartment Owners Property Coverage Form or the Condominium Property Coverage Form do not apply to the extent that coverage is provided in this Additional Coverage:

   **(1)** Limitation **A.4.a.(1)** Steam Equipment;

   **(2)** Limitation **A.4.a.(2)** Water Heating Equipment;

   **(3)** Exclusion **B.2.a.** Electrical Apparatus;

   **(4)** Exclusion **B.2.d.** Steam Apparatus; and

   **(5)** Exclusion **B.2.j.(6)** Mechanical Breakdown.

With respect to this Additional Coverage, the last paragraph of Exclusion **B.2.j. Other Types of Loss** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **B.2.j.(1)** through **B.2.j.(7)** results in a Breakdown, we will pay for the loss or damage caused by that Breakdown.

**d.** We will not pay for loss or damage caused by or resulting from any of the following:

   **(1)** Damage to Covered Equipment undergoing a pressure or electrical test.

   **(2)** Depletion, deterioration, corrosion, erosion, rust or wear and tear. However, if a Breakdown occurs we will pay the resulting loss or damage.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**E3025**
**3rd Edition**

# APARTMENT OWNERS COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a covered cause of loss, permanent repairs to the building:

         (a) Have not started, and

         (b) Have not been contracted for, within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or
2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

2. Business Liability Coverage is excess over any other insurance that insures for direct physical loss or damage.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

**I.   Premiums**

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   a. Paid to us prior to the anniversary date; and

   b. Determined in accordance with Paragraph **2.** above.

   Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J.  Premium Audit**

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

1. Applicable to Apartment Owners Property Coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      (1) Someone insured by this insurance;

      (2) A business firm:

    **(a)** Owned or controlled by you; or

    **(b)** That owns or controls you; or

  **(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**2.** Applicable to Apartment Owners Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

## L. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS**
INSURANCE

**J6739**
**1st Edition**

## TWO OR MORE COVERAGE FORMS

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS COMMON POLICY CONDITIONS
CONDOMINIUM COMMON POLICY CONDITIONS

1. The following paragraph is added to the APARTMENT OWNERS and CONDOMINIUM COMMON POLICY CONDITIONS and supersedes any provision to the contrary:

   **A. Two Or More Coverage Forms Or Policies Issued By Us**

   If this Coverage Form and any other Coverage Form or policy issued by us or any company affiliated with us provide coverage to anyone who qualifies as an insured under the policies and apply to the same accident, claim, damage, loss, "occurrence", offense, or "suit", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over the Coverage Form.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**FARMERS**
**INSURANCE**

**ARIZONA CHANGES**

$8840
**ARIZONA**
**5th Edition**

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS POLICY
CONDOMINIUM POLICY

**A.** The applicable **Property Coverage Form** is amended as follows:

1. Paragraph **A.5.c.** Fire Department Service Charge Additional Coverage does not apply.

2. The following exclusion and related provisions are added to Paragraph **B.2. Exclusions:**

   **a.** We will not pay for loss or damage arising out of any act committed:

   (1) By or at the direction of any insured; and
   (2) With the intent to cause a loss.

   **b.** However, this exclusion will not apply to deny an insured's claim for an otherwise covered property loss under this Policy if such loss is caused by an act of domestic violence by another insured under this Policy and the insured making claim:

   (1) Did not cooperate in or contribute to the creation of the loss; and
   (2) Cooperates in any investigation relating to the loss.

   We may apply reasonable standards of proof for such claims.

   **c.** If we pay a claim pursuant to Paragraph **2.b.** of this endorsement, our payment to the insured is limited to that insured's insurable interest in the property as reduced by any payments we first made to a mortgagee or other party with a secured interest in the property. In no event will we pay more than the Limit of Insurance.

3. Paragraph **E.2. Appraisal** Property Loss Condition is replaced by the following:

   **2. Appraisal**

   If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select a competent and impartial umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and
   **b.** Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

**B.** The applicable **Common Policy Conditions** is amended as follows:

1. The following is added to Paragraph **A. Cancellation** of the APARTMENT OWNERS POLICY:

   **7. Cancellation Of Policies In Effect For 60 Days Or More**

   If this Policy has been in effect for 60 days or more, or if this Policy is a renewal of a policy we issued, we may cancel this Policy only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** Your conviction of a crime arising out of acts increasing the hazard insured against;

   **c.** Acts or omissions by you or your representative constituting fraud or material misrepresentation in the procurement of this Policy, in continuing this Policy or in presenting a claim under this Policy;

   **d.** Substantial change in the risk assumed, except to the extent that we should have reasonably foreseen the change or contemplated the risk in writing the contract;

   **e.** Substantial breach of contractual duties or conditions;

   **f.** Loss of reinsurance applicable to the risk insured against resulting from termination of treaty or facultative reinsurance initiated by our reinsurer or reinsurers;

**g.** Determination by the Director of Insurance that the continuation of the Policy would place us in violation of the insurance laws of this state or would jeopardize our solvency; or

**h.** Acts or omissions by you or your representative which materially increase the hazard insured against.

If we cancel this Policy based on one or more of the above reasons, we will mail by certified mail or by first-class mail using Intelligent Mail barcode or another similar tracking method used or approved by the United States Postal Service to the first Named Insured, and mail to the agent, if any, written notice of cancellation stating the reasons for cancellation. We will mail this notice to the last mailing addresses known to us, at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**b.** 45 days before the effective date of cancellation if we cancel for any of the other reasons.

**2.** The following is added to Paragraph **A. Cancellation** of the CONDOMINIUM POLICY:

### 8. Cancellation Of Policies In Effect For 60 Days Or More

If this Policy has been in effect for 60 days or more, or if this Policy is a renewal of a policy we issued, we may cancel this Policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Your conviction of a crime arising out of acts increasing the hazard insured against;

**c.** Acts or omissions by you or your representative constituting fraud or material misrepresentation in the procurement of this Policy, in continuing this Policy or in presenting a claim under this Policy;

**d.** Substantial change in the risk assumed, except to the extent that we should have reasonably foreseen the change or contemplated the risk in writing the contract;

**e.** Substantial breach of contractual duties or conditions;

**f.** Loss of reinsurance applicable to the risk insured against resulting from termination of treaty or facultative reinsurance initiated by our reinsurer or reinsurers;

**g.** Determination by the Director of Insurance that the continuation of the Policy would place us in violation of the insurance laws of this state or would jeopardize our solvency; or

**h.** Acts or omissions by you or your representative which materially increase the hazard insured against.

If we cancel this Policy based on one or more of the above reasons, we will mail by certified mail or by first-class mail using Intelligent Mail barcode or another similar tracking method used or approved by the United States Postal Service to the first Named Insured, and mail to the agent, if any, written notice of cancellation stating the reasons for cancellation. We will mail this notice to the last mailing addresses known to us, at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**b.** 45 days before the effective date of cancellation if we cancel for any of the other reasons.

**3.** Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following:

### C. Concealment, Misrepresentation Or Fraud

**1.** We will not pay for any loss or damage in any case involving misrepresentations, omissions, concealment of facts or incorrect statements:

**a.** That are fraudulent;

**b.** That are material either to the acceptance of the risk, or to the hazard assumed by us; and

**c.** Where, if the true facts had been made known to us as required either by the application for the Policy or otherwise, we in good faith would either:

**(1)** Not have issued the Policy;

**(2)** Not have issued the Policy in as large an amount; or

**(3)** Not have provided coverage with respect to the hazard resulting in the loss.

4. The following is added to Paragraph   K. Transfer Of Rights Of Recovery Against Others To Us:

If we pay an insured for a loss described in Paragraph A.2.b., the rights of the insured to recover damages from the perpetrator of the domestic violence are transferred to us to the extent of our payment. Following the loss, the insured may not waive such rights to recover against the perpetrator of the domestic violence.

5. The following paragraph is added and supersedes any provision to the contrary:

M. Nonrenewal

1. If we elect not to renew this Policy, we will mail by certified mail or by first-class mail using Intelligent Mail barcode or another similar tracking method used or approved by the United States Postal Service to the first Named Insured, and mail to the agent, if any, written notice of nonrenewal. We will mail this notice to the last mailing addresses known to us at least 45 days prior to the expiration of this Policy.

2. If notice is mailed, proof of mailing will be sufficient proof of notice.

3. If either one of the following occurs, we are not required to provide written notice of nonrenewal:

   a. We or a company within the same insurance group has offered to issue a renewal policy; or
   b. You have obtained replacement coverage or agreed in writing to do so.

4. If written notice of nonrenewal is mailed less than 45 days prior to the expiration of this Policy, and neither 3.a. nor 3.b. applies, the coverage shall remain in effect until 45 days after the notice is mailed. Earned premium for any period of coverage that extends beyond the expiration date of this Policy shall be considered pro rata based upon the previous year's rate.

6. The following paragraph is added:

N. Renewal

1. If we elect to renew this Policy and the renewal is subject to any of the following:

   a. Increase in premium;
   b. Change in deductible;
   c. Reduction in limits of insurance; or
   d. Substantial reduction in coverage;

   we will mail or deliver written notice of the change(s) to the first Named Insured, at the last mailing address known to us, at least 30 days before the anniversary or expiration date of the Policy.

2. If renewal is subject to any condition described in 1.a. through 1.d. above, and we fail to provide notice 30 days before the anniversary or expiration date of this Policy, the following procedures apply:

   a. The present policy will remain in effect until the earlier of the following:

      (1) 30 days after the date of mailing or delivery of the notice; or
      (2) The effective date of replacement coverage obtained by the first Named Insured.

   b. If the first Named Insured elects not to renew, any earned premium for the period of extension of the terminated policy will be calculated pro rata at the lower of the following rates:

      (1) The rates applicable to the terminated policy; or
      (2) The rates presently in effect.

   c. If the first Named Insured accepts the renewal, the premium increase, if any, and other changes are effective the day following this Policy's anniversary or expiration date.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.



J7114
1st Edition

### REMOVAL OF ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

**APARTMENT OWNERS PROPERTY COVERAGE FORM**
**CONDOMINIUM PROPERTY COVERAGE FORM**

Section **B. Exclusions** of the applicable property coverage form is amended as follows:

**A.** Paragraph **B.1.g. Asbestos** does not apply.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.



**FARMERS**
INSURANCE

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**NO COVERAGE FOR CERTAIN COMPUTER-RELATED LOSSES**

E**3037**
**1st Edition**

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS POLICY
CONDOMINIUM POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will not pay for loss or damage to any property, loss of use of any property, any Association Fees, Extra Expense or loss of Business Income caused directly or indirectly by:

**1.** The failure or malfunction of:

**a.** Any of the following, whether belonging to you or to others:

**(1)** computer hardware;

**(2)** computer software;

**(3)** computer operating systems;

**(4)** computer networks;

**(5)** microprocessors (computer chips);

**(6)** any other computerized or electronic equipment or components;

**(7)** any electronic data processing equipment, computer programs and software; or

**b.** Any other products or services that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph **1.a.** of this endorsement.

due to the inability of those products or services described in paragraphs **1.a.** and **1.b.** to correctly recognize, distinguish, interpret, accept or process any encoded, abbreviated or encrypted date(s) or times(s).

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair or supervision done by you or for you to determine, rectify or test any potential or actual failure or malfunction described in paragraph **A.1.** above. However, if an excluded loss or damage results in a "Specified Cause of Loss" (such as fire), we will pay only for the loss or damage caused by such "Specified Cause of Loss".

**B.** We will not pay for "bodily injury", "property damage", "personal injury" or "advertising injury" for which any insured may be held liable by reason of:

**1.** The failure or malfunction of any of the items listed in paragraph **A.1.a.** of this endorsement; or

**2.** Any products or services that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph **A.1.a.** of this endorsement

due to the inability of those products or services described in paragraphs **1.** and **2.** above to correctly recognize, distinguish, interpret, accept or process any encoded, abbreviated or encrypted date(s) or times(s).

**C.** We will not pay for repair or modification of any part of an electronic data processing system, or its related equipment, to correct deficiencies or features of logic or operation.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.



Dear Valued Customer,

Have the growth of your business and rising labor costs reduced the accuracy of the payroll or revenue shown on your policy? Have increased costs and inflationary trends reduced the protection provided by your policy? Building and Business Personal Property insurance limits, once adequate, may no longer meet today's repair or replacement costs.

To help compensate for these inflationary trends, the limits of insurance for Building and/or Business Personal Property coverages have been increased by a modest percentage. To keep your policy current with rising labor costs and normal business growth, the payroll and/or revenue have also been increased by a modest percentage.

This renewal offer includes the adjusted limits of insurance, payroll, revenue, and premium for your policy. The adjustments are relatively small, and they're based on estimated increases in the past year's construction and repair costs, as well as other inflationary factors, such as rising labor costs and normal business growth.

These increases do not guarantee adequate coverage for any loss; they are based on estimates. It is possible, for example, that updates or improvements to your property or increased sales might cause your individual needs for coverage to be greater than the amount provided by these adjustments. If you have not reviewed your policy recently, the effects of inflationary changes over time create the likelihood that the increases we made are less than the increases you need for optimal coverage.

These changes are made to better serve your insurance needs, and we encourage you to contact your Farmers® agent, who will be pleased to help you with a comprehensive review of your policy.

Acceptance of these changes does not waive the provisions of the coinsurance clause or any other policy clause.

Thank you for choosing Farmers. We appreciate your business.

**E0147**
**1st Edition**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS LIABILITY COVERAGE FORM

CONDOMINIUM LIABILITY COVERAGE FORM

The following provisions are added to the applicable Liability Coverage Form    :

**A.** Exclusion **j.** under Paragraph **B.1. Exclusions   Applicable To Business Liability Coverage** is replaced by the following:

**1. Applicable To Business Liability Coverage**

This insurance does not apply to:

**j. War**

"Bodily injury", "property damage", "personal injury", "advertising injury" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** Exclusion **h.** under Paragraph **B.2. Exclusions   Applicable To Medical Expenses Coverage** does not apply. Medical Expenses due to war are now subject to Exclusion **g.** of Paragraph **B.2.** since "bodily injury" arising out of war is now excluded under Paragraph **B.1., Exclusions   Applicable To Business Liability Coverage.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**


**FARMERS**
INSURANCE

**J7131**
**1st Edition**

## DISHONESTY EXCLUSION - TENANT VANDALISM EXCEPTION

This endorsement modifies insurance provided under the:

APARTMENT OWNERS PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
CONDOMINIUM PROPERTY COVERAGE FORM

**1.** Paragraph **2.e. Dishonesty** of Section **B. Exclusions** in the Apartment Owners Property Coverage Form and the Condominium Property Coverage Form is deleted and replaced with the following:

**e. Dishonesty**

**(1)** Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(a)** Acting alone or in collusion with others; and

**(b)** Whether or not occurring during the hours of employment.

**(2)** This exclusion does not apply to:

**(a)** Acts of destruction, including vandalism by your employees; but theft by employees is not covered;

**(b)** Acts of destruction, including vandalism, or theft by a tenant who rents or leases a unit directly from you; or

**(c)** Carriers for hire with respect to accounts receivable and "valuable papers and records".

**2.** Paragraph **2.f. Dishonesty** of Section **B. Exclusions** in the Businessowners Special Property Coverage Form is deleted and replaced with the following:

**f. Dishonesty**

**(1)** Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(a)** Acting alone or in collusion with others; and

**(b)** Whether or not occurring during the hours of employment.

**(2)** This exclusion does not apply to:

**(a)** Acts of destruction, including vandalism by your employees; but theft by employees is not covered;

**(b)** Acts of destruction, including vandalism, or theft by your tenants; or

**(c)** Carriers for hire with respect to accounts receivable and "valuable papers and records".

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**



**FARMERS**
**INSURANCE**

**J7133**
**1st Edition**

## LIMITED BIOHAZARDOUS SUBSTANCE COVERAGE

This endorsement modifies insurance provided under the:

APARTMENT OWNERS PROPERTY COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
CONDOMINIUM PROPERTY COVERAGE FORM

### SCHEDULE

| |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added under Section **A.5. Additional Coverages** in the applicable Property Coverage Form:

**Limited Biohazardous Substance Coverage**

If a "biohazardous substance" resulting from the death of a tenant or guest causes direct physical damage to covered property, and if all reasonable means were used to save and preserve the property from further damage upon discovery of human remains:

**1.** We will pay for loss of or damage by a "biohazardous substance". As used in this Limited Coverage, the term loss or damage means:

   **a.** Direct physical loss or damage to Covered Property at the described premises caused by or resulting from a "biohazardous substance" including the cost of the removal of human remains and any resulting "biohazardous substance";

   **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "biohazardous substance"; and

   **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided it is reasonable to believe that a "biohazardous substance" is present.

**2.** The most we will pay under this Limited Coverage for the sum of all loss or damage arising resulting from the death of a tenant or guest is $10,000 per occurrence subject to an aggregate limit of $20,000 per policy year, unless another Limit of Insurance is shown on the Declarations. These limits are subject to, and not in addition to the applicable Limit of Insurance on the affected property. Payments under this Limited Coverage are subject to and not in addition to the applicable Limit of Insurance on any Covered Property.

**3.** If there is covered loss or damage to Covered Property not caused by a "biohazardous substance" loss payment will not be limited by the terms of this Limited Coverage, except to the extent that a "biohazardous substance" causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**4.** If there is covered loss or damage to Covered Property caused by a "biohazardous substance" resulting from the death of a tenant or guest by fire or lightning loss payment will not be limited by the terms of this Limited Coverage.

5. The following applies only if Business Income or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage.

   a. If the loss which resulted in the presence of a "biohazardous substance" does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by such "biohazardous substance", we will pay for the actual loss of business income and extra expense you sustain. However, we will only pay for loss of business income and extra expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered suspension of "operations" was caused by loss or damage other than the presence of a "biohazardous substance", but remediation of such "biohazardous substance" prolongs the "period of restoration", we will pay for the actual loss of business income and extra expense you sustain during the delay (regardless of when such a delay occurs during the "period of restoration") but such coverage is limited to 30 days. The days need not be consecutive.

6. The following applies to Association Fees and Extra Expense coverage:

   a. If the loss which resulted in the presence of a "biohazardous substance" does not in itself render a unit uninhabitable, but such unit is uninhabitable due to loss or damage to property caused by such "biohazardous substance", then our payment under the Association Fees and Extra Expense coverage is limited to the amount of lost fees and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If loss or damage other than the presence of a "biohazardous substance" renders a unit uninhabitable, but remediation of such "biohazardous substance" prolongs the "period of restoration", we will pay for such loss of Association Fees and/or Extra Expense you sustain during the delay (regardless of when such a delay occurs during the "period of restoration") but such coverage is limited to 30 days. The days need not be consecutive.

**B.** Section **H. Property Definitions** of the applicable Property Coverage Form is revised as follows:

1. The following definition is added:

   "Biohazardous substance" means:

   a. Human blood;
   b. Bodily fluids;
   c. Potentially infectious materials; or
   d. Any virus, bacterium, or other microorganism that induces or is capable of inducing physical distress, illness or disease;

   emanating from human remains that requires a bio-hazard clean up and material disposal.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**



**FARMERS**
**INSURANCE**

**J7122**
**1st Edition**

## LOSS PAYMENT CONDITION -
## PROFIT, OVERHEAD, AND INCREASED FEES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
APARTMENT OWNERS PROPERTY COVERAGE FORM
CONDOMINIUM PROPERTY COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the applicable Coverage Form apply unless modified by this endorsement.

Paragraph **6.d.** of Sub-section **E. Property Loss Conditions** of Section **I - PROPERTY** of the Businessowners Coverage Form, Paragraph **6.d.** of Section **E. Property Loss Conditions** of the Businessowners Special Property Coverage Form and the Apartment Owners Property Coverage Form, and Paragraph **5.d.** of Section **E. Property Loss Conditions** of Condominium Property Coverage Form is amended as follows:

Sub-paragraph **(1)** is amended to add the following:

**(f)** We will not pay for the increased fee, charge or cost attributable to a general contractor's profit and overhead or other similar fees or charges, unless you have incurred and paid for them and they are reasonable.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**E3015**
**2nd Edition**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS POLICY
CONDOMINIUM POLICY

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Policy Number: 60625-24-73

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**s8852**
**2nd Edition**



**FARMERS**
**INSURANCE**

### ARIZONA - LIMITED TERRORISM EXCLUSION
### (OTHER THAN CERTIFIED ACTS OF TERRORISM);
### CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the policy number indicated above.

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act. However, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph **b.** of the definition of "certified act of terrorism" when such act resulted in aggregate losses of $5 million or less.

**B.** The **Property Coverage Form** attached to this policy is amended as follows:

**1.** The following exclusion is added:

**EXCLUSION OF AN "OTHER ACT OF TERRORISM"**

We will not pay for loss or damage caused directly or indirectly by an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to such act:

**a.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**b.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

**c.** The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident.

With respect to this item, **B.1.c.** the immediately preceding paragraph describes the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an "other act of terrorism", there is no coverage under this Policy.

### 2. Exception Covering Certain Fire Losses

If an "other act of terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage to real property used predominantly for residential purposes that consists of not more than four dwelling units that is Covered Property. Therefore, for example, the exception does not apply to insurance provided under Business Income and/or Extra Expense coverage or endorsements that apply to those coverages.

**C.** The **Liability Coverage Form** attached to this policy is amended as follows:

**1.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism". However, this exclusion applies only when one or more of the following are attributed to such act:

**a.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**b.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**(1)** Physical injury that involves a substantial risk of death; or

**(2)** Protracted and obvious physical disfigurement; or

**(3)** Protracted loss of or impairment of the function of a bodily member or organ; or

**c.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**d.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**e.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **C.1.a.** and **b.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**2.** The following definition is added:

**a.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in any applicable Coverage Form.

### D. APPLICATION OF OTHER EXCLUSIONS

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

### E. CAP ON CERTIFIED TERRORISM LOSSES

The following limitation applies to property and liability coverage for any one or more "certified acts of terrorism" that are not excluded by the terms of Paragraph **D.**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS** INSURANCE

**J6347**
**1st Edition**

## EXCLUSION - VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS LIABILITY COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
CONDOMINIUM LIABILITY COVERAGE FORM

The following exclusion is added to Paragraph **B. Exclusions - Applicable To Business - Liability Coverage.**

**B. Exclusions**

This insurance does not apply to:

DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES

"Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

 **FARMERS** INSURANCE

ᴇ**6288**
**3rd Edition**

## EXCLUSION - CONVERSION PROJECTS

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by this endorsement.

This endorsement modifies insurance provided under the following:

**Apartment Owners Liability Coverage Form**
**Condominium Liability Coverage Form**

A. The following is added to Section **B. EXCLUSIONS**, Paragraph **1. Applicable To Business Liability Coverage** of the applicable Coverage Form:

**Conversion Projects**

"Bodily injury", "property damage" or "personal and advertising injury" including loss adjustment expense that arises out of, is related to, or connected with any "Conversion Project".

B. For the purposes of this endorsement, the following definition is added to Section **F. LIABILITY AND MEDICAL EXPENSES DEFINITIONS** of the applicable Coverage Form:

22. "Conversion Project" means any activities whereby all or part of an existing structure is converted into a condominium, townhouse, apartment, hotel, motel, any multiple use residential or commercial building, or any such change of use as referenced in any applicable laws.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



## ADDITIONAL CONDITIONS

Applicable only if this policy is issued by the Truck Insurance Exchange or Farmers Insurance Exchange

## RECIPROCAL PROVISIONS

As used in these provisions the term "Underwriters Association" means the Truck Underwriters Association or the Farmers Underwriters Association respectively, attorney-in-fact for the Insurance Exchange issuing the policy.

This policy is made and issued in consideration of your premium payment to us. It is also issued in consideration of the information you gave to us during the application process, some of which is set out in the policy Declarations, and in consideration of the Subscription Agreement, which is provided to you and is incorporated herein by reference. You acknowledge that you have read, understood and agree to all the terms and conditions of the Subscription Agreement. Among other things, the Subscription Agreement appoints your Attorney-in-Fact, authorizes your Attorney-in-Fact to execute interinsurance policies between you and other subscribers and to perform various functions, and addresses compensation of the Attorney-in-Fact.

Nothing in this policy is intended, or shall be construed, to create either:

a. A partnership or mutual insurance association, or
b. Any joint liability.

We may sue or be sued in our own name, as though we were an individual, if necessary to enforce any claims which arise under this policy. In any suit against us, service of process shall be under the Underwriters Association attorney-in-fact. Membership fees which you pay are not part of the premium. They are fully earned when you are granted membership and coverage is effective. They are not returnable. However, they may be applied as a credit to membership fees required you for other insurance which we agree to write.

We hold the Annual Meeting of the members of the Truck Insurance Exchange at our Home Office at Los Angeles, California, on the first Tuesday following the first Monday following the 15th day of March of each year at 1:00 p.m. If this policy is issued by the Farmers Insurance Exchange such meeting is held at the same place on the first Monday following the 15th of March of each year at 2:00 P.M. The Board of Governors may elect to change the time and place of the meeting. If they do so, you will be mailed a written or printed notice at your last known address at least ten days before such a time. Otherwise, no notice will be sent to you.

The Board of Governors shall be chosen by subscribers from among yourselves. This will take place at the Annual Meeting or at any special meeting which is held for that purpose. The Board of Governors shall have full power and authority to establish such rules and regulations for our management as are not inconsistent with the subscribers' agreements.

Your premium for this policy and all payment made for its continuance shall be payable to us at our Home Office or such location named by us in your premium notice. The funds which you pay shall be placed to your credit on our records. They will be applied to the payment of your proportion of losses and expenses and to the establishment of reserves and general surplus. The Board of Governors or its Executive Committee has the authority to deposit, withdraw, invest and reinvest such funds. You agree that any amount which the Board of Governors allocates to our surplus fund may be retained by us. Also, after provision is made for all of our liabilities, it may be applied to any purpose deemed proper and advantageous to you and other policyholders.

This policy is nonassessable.

## SPECIAL PROVISIONS

(Applicable only if this policy is issued by Mid-Century Insurance Company.)

Policy fees which you pay are not part of the premium. They are fully earned when the policy is issued. They are not returnable. However, they may be applied as a credit to policy fees required of you for other insurance which we agree to write.

This policy shall not be effective unless countersigned on the Declarations page by a duly authorized representative of the Company named on the Declarations Page.

The Company named on the Declarations has caused this policy to be signed by the officers shown below.

| FARMERS INSURANCE EXCHANGE | MID-CENTURY INSURANCE COMPANY | TRUCK INSURANCE EXCHANGE |
|---|---|---|
| By Farmers Underwriters Association, Attorney-in-Fact | | By Truck Underwriters Association, Attorney-in-Fact |

Secretary                                                        President

56-5166   5TH EDITION 1-12
56-5166EDS                                                                                    C5166501 PAGE 1 OF 1

# EXHIBIT B

# 1943 New York Standard Fire Policy "165 Lines"

1 **Concealment Fraud,** This entire policy shall be void if, whether
2 before or after a loss, the insured has wil-
3 fully concealed or misrepresented any ma-
4 terial fact or circumstance concerning this insurance or the
5 subject thereof, or the interest of the insured therein, or in case
6 of any fraud or false swearing by the insured relating thereto.
7 **Uninsurable or Excepted Property** This policy shall not cover accounts, bills,
8 and currency, deeds, evidences of debt, money or
9 securities; nor, unless specifically named
10 hereon in writing, bullion or manuscripts.
11 **Perils not Included.** This Company shall not be liable for loss by
12 fire or other perils insured against in this
13 policy caused, directly or indirectly, by: (a)
14 enemy attack by armed forces, including action taken by mili-
15 tary, naval or air forces in resisting an actual or an immediately
16 impending enemy attack; (b) invasion; (c) insurrection; (d)
17 rebellion; (e) revolution; (f) civil war; (g) usurped power; (h)
18 order of any civil authority except acts of destruction at the time
19 of and for the purpose of preventing the spread of fire, provided
20 that such fire did not originate from any of the perils excluded
21 by this policy; (i) neglect of the insured to use all reasonable
22 means to save and preserve the property at and after a loss, or
23 when the property is endangered by fire in neighboring prem-
24 ises; (j) nor shall this Company be liable for loss by theft.
25 **Other Insurance.** Other insurance may be prohibited or the
26 amount of insurance may be limited by en-
27 dorsement attached hereto.
28 **Conditions suspending or restricting insurance.** Unless other-
29 wise provided in writing added hereto this Company shall not
30 be liable for loss occurring
31 (a) while the hazard is increased by any means within the con-
32 trol or knowledge of the insured; or
33 (b) while a described building, whether intended for occupancy
34 by owner or tenant, is vacant or unoccupied beyond a period of
35 sixty consecutive days; or
36 (c) as a result of explosion or riot, unless fire ensue, and in
37 that event for loss by fire only.
38 **Other perils** Any other peril to be insured against or sub-
39 or subjects. ject of insurance to be covered in this policy
40 shall be by endorsement in writing hereon or

41 added hereto.
42 **Added provisions.** The extent of the application of insurance
43 under this policy and of the contribution to
44 be made by this Company in case of loss, and any other pro-
45 vision or agreement not inconsistent with the provisions of this
46 policy, may be provided for in writing added hereto, but no pro-
47 vision may be waived except such as by the terms of this policy
48 is subject to change.
49 **Waiver** No permission affecting this insurance shall
50 provisions. exist, or waiver of any provision be valid,
51 unless granted herein or expressed in writing
52 added hereto. No provision, stipulation or forfeiture shall be
53 held to be waived by any requirement or proceeding on the part
54 of this Company relating to appraisal or to any examination
55 provided for herein.
56 **Cancellation** This policy shall be cancelled at any time
57 of policy. at the request of the insured, in which case
58 this Company shall, upon demand and sur-
59 render of this policy, refund the excess of paid premium above
60 the customary short rates for the expired time. This pol-
61 icy may be cancelled at any time by this Company by giving
62 to the insured a five days' written notice of cancellation with
63 or without tender of the excess of paid premium above the pro
64 rata premium for the expired time, which excess, if not ten-
65 dered, shall be refunded on demand. Notice of cancellation shall
66 state that said excess premium (if not tendered) will be re-
67 funded on demand.
68 **Mortgagee** If loss hereunder is made payable, in whole
69 interests and or in part, to a designated mortgagee not
70 obligations. named herein as the insured, such interest in
71 this policy may be cancelled by giving to such
72 mortgagee a ten days' written notice of can-
73 cellation.
74 If the insured fails to render proof of loss such mortgagee, upon
75 notice, shall render proof of loss in the form herein specified
76 within sixty (60) days thereafter and shall be subject to the pro-
77 visions hereof relating to appraisal and time of payment and of
78 bringing suit. If this Company shall claim that no liability ex-
79 isted as to the mortgagor or owner, it shall, to the extent of pay-
80 ment of loss to the mortgagee, be subrogated to all the mort-
81 gagee's rights of recovery, but without impairing mortgagee's
82 right to sue; or it may pay off the mortgage debt and require
83 an assignment thereof and of the mortgage. Other provisions

84 relating to the interests and obligations of such mortgagee may
85 be added hereto by agreement in writing.
86 **Pro rata liability.** This Company shall not be liable for a greater
87 proportion of any loss than the amount
88 hereby insured shall bear to the whole insurance covering the
89 property against the peril involved, whether collectible or not.
90 **Requirements in case loss occurs.** The insured shall give immediate written
91 notice to this Company of any loss, protect
92 the property from further damage, forthwith
93 separate the damaged and undamaged personal property, put
94 it in the best possible order, furnish a complete inventory of
95 the destroyed, damaged and undamaged property, showing in
96 detail quantities, costs, actual cash value and amount of loss
97 claimed; and within sixty days after the loss, unless such time
98 is extended in writing by this Company, the insured shall render
99 to this Company a proof of loss, signed and sworn to by the
100 insured, stating the knowledge and belief of the insured as to
101 the following: the time and origin of the loss, the interest of the
102 insured and of all others in the property, the actual cash value of
103 each item thereof and the amount of loss thereto, all encum-
104 brances thereon, all other contracts of insurance, whether valid
105 or not, covering any of said property, any changes in the title,
106 use, occupation, location, possession or exposures of said prop-
107 erty since the issuing of this policy, by whom and for what
108 purpose any building herein described and the several parts
109 thereof were occupied at the time of loss and whether or not it
110 then stood on leased ground, and shall furnish a copy of all the
111 descriptions and schedules in all policies and, if required, verified
112 plans and specifications of any building, fixtures or machinery
113 destroyed or damaged. The insured, as often as may be reason-
114 ably required, shall exhibit to any person designated by this
115 Company all that remains of any property herein described, and
116 submit to examinations under oath by any person named by this
117 Company, and subscribe the same; and, as often as may be
118 reasonably required, shall produce for examination all books of
119 account, bills, invoices and other vouchers, or certified copies
120 thereof if originals be lost, at such reasonable time and place as
121 may be designated by this Company or its representative, and
122 shall permit extracts and copies thereof to be made.
123 **Appraisal.** In case the insured and this Company shall
124 fail to agree as to the actual cash value or
125 the amount of loss, then, on the written demand of either, each
126 shall select a competent and disinterested appraiser and notify
127 the other of the appraiser selected within twenty days of such
128 demand. The appraisers shall first select a competent and dis-
129 interested umpire; and failing for fifteen days to agree upon
130 such umpire, then, on request of the insured or this Company,
131 such umpire shall be selected by a judge of a court of record in
132 the state in which the property covered is located. The ap-
133 praisers shall then appraise the loss, stating separately actual
134 cash value and loss to each item; and, failing to agree, shall
135 submit their differences, only, to the umpire. An award in writ-
136 ing, so itemized, of any two when filed with this Company shall
137 determine the amount of actual cash value and loss. Each
138 appraiser shall be paid by the party selecting him and the ex-
139 penses of appraisal and umpire shall be paid by the parties
140 equally.
141 **Company's Options** It shall be optional with this Company to
142 take all, or any part, of the property at the
143 agreed or appraised value, and also to re-
144 pair, rebuild or replace the property destroyed or damaged with
145 other of like kind and quality within a reasonable time, on giv-
146 ing notice of its intention so to do within thirty days after the
147 receipt of the proof of loss herein required.
148 **Abandonment.** There can be no abandonment to this Com-
149 pany of any property.
150 **When loss payable** The amount of loss for which this Company
151 may be liable shall be payable sixty days
152 after proof of loss, as herein provided, is
153 received by this Company and ascertainment of the loss is made
154 either by agreement between the insured and this Company ex-
155 pressed in writing or by the filing with this Company of an
156 award as herein provided.
157 **Suit.** No suit or action on this policy for the recov-
158 ery of any claim shall be sustainable in any
159 court of law or equity unless all the requirements of this policy
160 shall have been complied with, and unless commenced within
161 twenty-four months next after inception of the loss.
162 **Subrogation.** This Company may require from the insured
163 an assignment of all right of recovery against
164 any party for loss to the extent that payment therefor is made
165 by this Company. ∎

# EXHIBIT C



**FARMERS**
**INSURANCE**

RECEIVED AUG 1 0 2018

Toll Free: (800) 435-7764
Email: myclaim@farmersinsurance.com
National Document Center
P.O. Box 268994
Oklahoma City, OK 73126-8994
Fax: (877) 217-1389

August 7, 2018

SKIPTON CLAIMS MANAGEMENT
GREG MCMAHON
8710 E VISTA BONITA DR
SCOTTSDALE AZ 85255-4299
Delivered by email to: greg@skiptoninc.com

| | | |
|---|---|---|
| RE: | Insured: | Sonoma Sol Lllp |
| | Claim Unit Number: | 3009177297-1-1 |
| | Policy Number: | 0606252473 |
| | Loss Date: | 08/04/2017 |
| | Location of Loss: | 6231 W McDowell Rd Unit 1054, Phoenix, AZ |
| | Subject: | Settlement Notice |

Dear Mr. Greg McMahon:

Thank you for choosing us to provide for your insurance needs. We value you as a customer and appreciate the opportunity to be of service.

This letter outlines your settlement and includes the supplemental request for additional damages as noted by your public adjuster.

Here is an explanation of your settlement:

| Line of Coverage | Building |
|---|---|
| Replacement Cost | $60,207.94 |
| Less: Depreciation | $19,302.82 |
| Actual Cash Value | $40,905.12 |
| Less: Policy Deductible | $5,000.00 |
| Settlement Amount | $35,905.12 |
| Less: Prior Payments | $27,947.28 |
| Amount | $7,957.84 |

We are pleased to provide you with the claim payment(s) described above which will be mailed to you separately from this e-mail.

XDDWVABW

The attached worksheet provides additional details on the loss calculation.  If you have further costs related to the loss, please let me know.  You can upload additional supporting documents at the email address, mailing address, or fax listed above.  Please include your claim number on all correspondence.

Although it appears a general contractor may be necessary to coordinate and supervise the repairs, your policy provides that general contractor fees will only be paid if incurred by you.  Therefore, the amounts in the chart above do not include general contractor fees and charges.

However, we estimate eligible general contractor's fees and charges could be as much as $$12,042.46.  This amount will be payable to you subject to your policy terms, including loss settlement provisions, when you actually incur these fees.   Please keep in mind if a general contractor is not hired this amount will not be included when determining your final replacement cost settlement.

Your policy states you have a duty to protect the insured property from further damage after a loss.  Please keep all receipts for emergency services and repairs for your records.

If you believe there is additional information that would apply to your claim, please let us know.

We wish to inform you there are time limits as found in the Conditions language of your policy.  These limits may have been extended by statute in your state.  The time period set forth in the Conditions section is the shortest period which may apply.

E.     **PROPERTY LOSS CONDITIONS**

      ***

    4.     Legal Action Against Us

        No one may bring a legal action against us under this insurance unless:

        a.     There has been full compliance with all of the terms of this insurance; and

        b.     The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

Please note, on occasion, policies are updated with newer editions.  We encourage you to reference your policy and included endorsements for any updates.

It is our goal to provide our customers with the best possible service.  If you have any questions about the claim, please do not hesitate to contact me directly at my primary phone number (520) 400-3769.  Although not my main office number, in case of immediate need an alternative number for our claims office is (866) 850-6372.

Thank you.

Truck Insurance Exchange

Andrea Young Boothe
Senior Commercial Property Claims Representative
andrea.boothe@farmersinsurance.com
(520) 400-3769

 CC: SONOMA SOL LLLP, TODD BRECTO
 Check(s): 1621191744
 Enclosure(s):
  Estimate -

# EXHIBIT 1(B)

**In the Superior Court of the State of Arizona**

**In and For the County of** Maricopa

# CV2019-009784

| | |
|---|---|
| Is Interpreter Needed? ☐ Yes ☒ No | CLERK OF THE SUPERIOR COURT |
| If yes, what language(s): | FILED |

DEC 13 2019   10:25AM

V. Garcia, Deputy

## CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

Lawrence Moon (017000)

**Plaintiff's Attorney** Michael Poli / Frank Balint

**Attorney Bar Number** 006431 / 007669

**Plaintiff's Name(s): (List all)**  **Plaintiff's Address:**  **Phone #:**  **Email Address:**

Sonoma Sol, LLLP c/o Merlin Law Group, 2999 N. 44th Street, Ste 520, PHX, AZ 85016  480-315-9980  mpoli@merlinlawgroup.com

(List additional Plaintiffs on page two and/or attach a separate sheet).

**Defendant's Name(s): (List All)**

Truck Insurance Exchange

Farmers Insurance Exchange

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected. State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.**

☒ Amount Claimed $ 1,000,000+   ☐ Tier 1   ☐ Tier 2   ☒ Tier 3

## NATURE OF ACTION

**Place an "X" next to the <u>one</u> case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

### 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*

☐ 103 Wrongful Death*

Case No._____

## 110 TORT NON-MOTOR VEHICLE:

- ☐ 111 Negligence*
- ☐ 112 Product Liability – Asbestos*
- ☐ 112 Product Liability – Tobacco*
- ☐ 112 Product Liability – Toxic/Other*
- ☐ 113 Intentional Tort*
- ☐ 114 Property Damage*
- ☐ 115 Legal Malpractice*
- ☐ 115 Malpractice – Other professional*
- ☐ 117 Premises Liability*
- ☐ 118 Slander/Libel/Defamation*
- ☐ 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

- ☐ 121 Physician M.D.*
- ☐ 123 Hospital*
- ☐ 122 Physician D.O*
- ☐ 124 Other*

## 130 & 197 CONTRACTS:

- ☐ 131 Account (Open or Stated)*
- ☐ 132 Promissory Note*
- ☐ 133 Foreclosure*
- ☐ 138 Buyer-Plaintiff*
- ☐ 139 Fraud*
- ☒ 134 Other Contract (i.e. Breach of Contract)*
- ☐ 135 Excess Proceeds-Sale*
- ☐ Construction Defects (Residential/Commercial)*
  - ☐ 136 Six to Nineteen Structures*
  - ☐ 137 Twenty or More Structures*
- ☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation*
- ☐ 151 Eviction Actions (Forcible and Special Detainers)*
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment

- ☐ 158 Quiet Title*
- ☐ 160 Forfeiture*
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)*
- ☐ 187 Real Property *
- ☐ Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute – Other*
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)*
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain– Light Rail Only*
- ☐ 177 Interpleader– Automobile Only*
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute- Discrimination*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f - 010119

Case No._____

☐ 185 Employment Dispute-Other*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License

☐ 195(b) Amendment of Birth Certificate

☐ 163 Other*

_____

(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order ☐ Provisional Remedy ☐ OSC ☐ Election Challenge

☐ Employer Sanction ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

# EXHIBIT 1(C)

CLERK OF THE SUPERIOR COURT
FILED
DEC 13 2019   10:25 AM
V. Garcia, Deputy

1   BONNETT, FAIRBOURN, FRIEDMAN
    & BALINT, P.C.
2   Andrew S. Friedman (005425)
    Francis J. Balint, Jr. (007669)
3   William F. King (023941)
    2325 East Camelback Road, Suite 300
4   Phoenix, AZ 85016
    afriedman@bffb.com
5   fbalint@bffb.com
    wfking@bffb.com
6   Telephone: (602) 274-1100

7   MERLIN LAW GROUP, P.A.
    Michael N. Poli (006431)
8   mpoli@merlinlawgroup.com
    Lawrence R. Moon (017000)
9   lmoon@merlinlawgroup.com
    2999 N. 44th Street, Suite 520
10  Phoenix, Arizona 85018
    Telephone:   (480) 315-9980

11

12  *Attorneys for Plaintiff*

13              **SUPERIOR COURT OF THE STATE OF ARIZONA**

14                          **MARICOPA COUNTY**

15  SONOMA SOL, LLLP, an Arizona
    limited liability limited partnership,        Case No.: CV2019-009784

16                 Plaintiff,                      **CERTIFICATE OF COMPULSORY**
                                                   **ARBITRATION**
17          v.

18  TRUCK INSURANCE EXCHANGE, a
    foreign entity; and FARMERS
19  INSURANCE EXCHANGE, a foreign
    entity,
20
                   Defendants.
21

22          The undersigned certifies that the largest award sought by Plaintiff Sonoma Sol, LLLP,

23  including punitive damages, but excluding interest, attorneys' fees, and costs does exceed the

24  limits set by Local Rule for compulsory arbitration. This case is not subject to the Uniform

25  Rules of Procedure for Arbitration. The amount of damages could change with discovery and

26  Plaintiff reserves the right to amend the Certificate.

27          Dated this 13th day of December, 2019.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MERLIN LAW GROUP, P.A.

_Michael N. Poli_
Michael N. Poli
Lawrence R. Moon

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.

Andrew S. Friedman
Francis J. Balint, Jr.
William F. King
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
afriedman@bffb.com
fbalint@bffb.com
wfking@bffb.com
Telephone: (602) 274-1100

*Attorneys for Plaintiff*

2

# EXHIBIT 1(D)

CLERK OF THE SUPERIOR COURT
FILED

DEC 1 3 2019    10:25 AM

V. Garcia, Deputy

1   BONNETT, FAIRBOURN, FRIEDMAN
        & BALINT, P.C.
2   Andrew S. Friedman (005425)
    Francis J. Balint, Jr. (007669)
3   William F. King (023941)
    2325 East Camelback Road, Suite 300
4   Phoenix, AZ 85016
    afriedman@bffb.com
5   fbalint@bffb.com
    wfking@bffb.com
6   Telephone: (602) 274-1100

7   MERLIN LAW GROUP, P.A.
    Michael N. Poli (006431)
8   mpoli@merlinlawgroup.com
    Lawrence R. Moon (017000)
9   lmoon@merlinlawgroup.com
    2999 N. 44th Street, Suite 520
10  Phoenix, Arizona  85018
    Telephone:   (480) 315-9980

11

12  *Attorneys for Plaintiff*

        **SUPERIOR COURT OF THE STATE OF ARIZONA**
13
                    **MARICOPA COUNTY**
14

15  | SONOMA SOL, LLLP, an Arizona limited liability limited partnership, | Case No.: CV 2019-009784 |
    |---|---|
16  | Plaintiff, | **JURY DEMAND** |
17  | v. | |
18  | TRUCK INSURANCE EXCHANGE, a foreign entity; and FARMERS INSURANCE EXCHANGE, a foreign entity, | |
19  | | |
20  | | |
21  | Defendants. | |

22          Pursuant to Rule 38, Ariz. R. Civ. P., Plaintiff Sonoma Sol, LLLP hereby demands a

23  trial by jury of all issues triable of right by a jury.

24          Dated this 13th day of December, 2019.

25                                      MERLIN LAW GROUP, P.A.

26

27

28                                      Michael N. Poli
                                        Lawrence R. Moon

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

Andrew S. Friedman
Francis J. Balint, Jr.
William F. King
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
afriedman@bffb.com
fbalint@bffb.com
wfking@bffb.com
Telephone: (602) 274-1100

*Attorneys for Plaintiff*

T2400576.DOC;1

2

# EXHIBIT 1(E)

1  BONNETT, FAIRBOURN, FRIEDMAN
       & BALINT, P.C.
2  Andrew S. Friedman (005425)
   Francis J. Balint, Jr. (007669)
3  William F. King (023941)
   2325 East Camelback Road, Suite 300
4  Phoenix, AZ 85016
   afriedman@bffb.com
5  fbalint@bffb.com
   wfking@bffb.com
6  Telephone: (602) 274-1100

7  MERLIN LAW GROUP, P.A.
   Michael N. Poli (006431)
8  mpoli@merlinlawgroup.com
   2999 N. 44th Street, Suite 520
9  Phoenix, Arizona  85018
   Telephone:   (480) 315-9980
10
   *Attorneys for Plaintiff*
11

ORIGINAL

CLERK OF THE
SUPERIOR COURT
FILED
A. RODRIGUEZ, DEP
2019 DEC 17  AM 10: 57

**SUPERIOR COURT OF THE STATE OF ARIZONA**
12
**MARICOPA COUNTY**
13

| | |
|---|---|
| 14  SONOMA SOL, LLLP, an Arizona limited liability limited partnership, | Case No.: CV2019-009784 |
| 15         Plaintiff, | **SUMMONS** |
| 16      v. | If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434 |
| 17  TRUCK INSURANCE EXCHANGE, a foreign entity; and FARMERS INSURANCE EXCHANGE, a foreign entity, | or |
| 18 | www.maricopalawyers.org |
| 19 | Sponsored by the Maricopa County Bar Association |
| 20         Defendants. | |

21
           IN THE STATE OF ARIZONA TO THE DEFENDANT:
22
               FARMERS INSURANCE EXCHANGE
23           c/o Leslie Hess, Arizona Director of Insurance
24               Arizona Department of Insurance
             2910 N. 44th Street, Ste. 210 (2nd Floor)
25                  Phoenix, AZ 85018-7269
26
27
28

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive on the day of service. If served out of the State of Arizona – whether by direct service, by registered or certified mail, or by publication – you shall appear and defend within 30 days after service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; ARS §20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer of proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. RCP 10(d); ARS §12-311; RCP 5.

**ADA**

REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING

**INTERPRETER NOTIFICATION**

Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case by the parties at least ten (10) judicial days in advance of a scheduled court proceeding.

The name and address of Plaintiffs' attorney is:

MICHAEL N. POLI
MERLIN LAW GROUP, P.A.
2999 N. 44th Street, Suite 520
Phoenix, AZ 85018

-and-

ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
WILLIAM F. KING
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016

SIGNED AND SEALED this date: _____



_____
Clerk

**JEFF FINE, CLERK**

_____
Deputy Clerk

V. Garcia

3

# EXHIBIT 1(F)

CLERK OF THE
SUPERIOR COURT
FILED
A. RODRIGUEZ, DEP
2019 DEC 17 AM 10: 57

1  BONNETT, FAIRBOURN, FRIEDMAN
    & BALINT, P.C.
2  Andrew S. Friedman (005425)
    Francis J. Balint, Jr. (007669)
3  William F. King (023941)
    2325 East Camelback Road, Suite 300
4  Phoenix, AZ 85016
    afriedman@bffb.com
5  fbalint@bffb.com
    wfking@bffb.com
6  Telephone: (602) 274-1100

**ORIGINAL**

7  MERLIN LAW GROUP, P.A.
    Michael N. Poli (006431)
8  mpoli@merlinlawgroup.com
    2999 N. 44th Street, Suite 520
9  Phoenix, Arizona  85018
    Telephone:   (480) 315-9980

10

*Attorneys for Plaintiff*

11

## SUPERIOR COURT OF THE STATE OF ARIZONA

12

## MARICOPA COUNTY

13

| | |
|---|---|
| SONOMA SOL, LLLP, an Arizona limited liability limited partnership,<br><br>          Plaintiff,<br><br>     v.<br><br>TRUCK INSURANCE EXCHANGE, a foreign entity; and FARMERS INSURANCE EXCHANGE, a foreign entity,<br><br>          Defendants. | Case No.:  **CV2019-009784**<br><br>**SUMMONS**<br><br>If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434 or www.maricopalawyers.org Sponsored by the Maricopa County Bar Association |

14

15

16

17

18

19

20

21

## IN THE STATE OF ARIZONA TO THE DEFENDANT:

22

TRUCK INSURANCE EXCHANGE
c/o Leslie Hess, Arizona Director of Insurance
Arizona Department of Insurance
2910 N. 44th Street, Ste. 210 (2nd Floor)
Phoenix, AZ 85018-7269

23

24

25

26

27

28

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive on the day of service. If served out of the State of Arizona – whether by direct service, by registered or certified mail, or by publication – you shall appear and defend within 30 days after service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; ARS §20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer of proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. RCP 10(d); ARS §12-311; RCP 5.

### ADA

REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING

### INTERPRETER NOTIFICATION

Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case by the parties at least ten (10) judicial days in advance of a scheduled court proceeding.

The name and address of Plaintiffs' attorney is:

MICHAEL N. POLI
MERLIN LAW GROUP, P.A.
2999 N. 44th Street, Suite 520
Phoenix, AZ 85018

2

-and-

ANDREW S. FRIEDMAN
FRANCIS J. BALINT, JR.
WILLIAM F. KING
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016


SIGNED AND SEALED this date: _____



Clerk _____

JEFF FINE, CLERK

_____
Deputy Clerk

V. Garcia

T2400576.DOC;1

3

# EXHIBIT 1(G)

DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

ORIGINAL

CLERK OF THE
SUPERIOR COURT
FILED
A. RODRIGUEZ, DEP
2019 DEC 17 AM 10: 57

Inv. #

135534

**SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

**SONOMA SOL, L.L.L.P.**

Plaintiff / Petitioner,

vs.

**TRUCK INSURANCE EXCHANGE; et al.**

Defendant / Respondent.

NO.  **CV2019-009784**

CERTIFICATE OF SERVICE

<u>Tina Nemeth</u>                      , the undersigned certifies under penalty of perjury:  That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
**SUMMONS & COMPLAINT, CERTIFICATE OF ARBITRATION, JURY DEMAND, CIVIL COVER SHEET**

from              **Michael N. Poli c/o Merlin Law Group, P.A.**              on       **12/13/19**       ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**   **TRUCK INSURANCE EXCHANGE, c/o Leslie Hess, Arizona Director of Insurance, Arizona Department of Insurance**
**DATE & TIME:**   12/13/19 1:10pm
**PLACE &**   100 N. 15TH AVENUE  STE.102  PHOENIX, AZ 85007, which is his/her place of business.
**MANNER:**   By serving Victoria Chavez, Records Clerk, a person authorized to accept such service on their behalf, in person.

$15.00 service fee tendered. Description of the Named: Female, Age: 40's, Ht: 5' 7in., Wt: 200, Eyes: brown, Hair: black, Ethnicity: Hisp.

**Affiant - Registered in**
**Maricopa County**

**Statement of Costs**

| | |
|---|---|
| Services | $16.00 |
| Mileage | |
| Sp. Handl. | |
| Witness | |
| Advances | |
| Cert. Prep | $15.00 |
| Other | |
| **Total** | **$31.00** |

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

# EXHIBIT 1(H)

7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901





CLERK OF THE
SUPERIOR COURT
FILED
A. RODRIGUEZ, DEP
2019 DEC 17 AM 10: 57

Inv. #

**135533**

### SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

**SONOMA SOL, L.L.L.P.**

                                                    **Plaintiff / Petitioner,**

vs.

**TRUCK INSURANCE EXCHANGE; et al.**

                                                    NO.  **CV2019-009784**

                            **Defendant / Respondent.**          CERTIFICATE OF SERVICE

**Tina Nemeth**                              , the undersigned certifies under penalty of perjury:  That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
**SUMMONS & COMPLAINT, CERTIFICATE OF ARBITRATION, JURY DEMAND, CIVIL COVER SHEET**

from _____ **Michael N. Poli c/o Merlin Law Group, P.A.** _____ on _____ **12/13/19** _____ ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**  **FARMERS INSURANCE EXCHANGE, c/o Leslie Hess, Arizona Director of Insurance, Arizona Department of Insurance**
**DATE & TIME:**  12/13/19 1:10pm
**PLACE &**  100 N. 15TH AVENUE  STE.102  PHOENIX, AZ 85007, which is his/her place of business.
**MANNER:**  By serving Victoria Chavez, Records Clerk, a person authorized to accept such service on their behalf, in person.

$15.00 service fee tendered. Description of the Named: Female, Age: 40's, Ht: 5' 7in., Wt: 200, Eyes: brown, Hair: black, Ethnicity: Hisp.

| Statement of Costs | |
|---|---|
| Services | $16.00 |
| Mileage | $24.00 |
| Sp. Handl. | $55.20 |
| Witness | |
| Advances | |
| Cert. Prep | $15.00 |
| Other | $50.00 |
| Total | $160.20 |

RUSH SERVICE

**Affiant - Registered in**

**Maricopa County**

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

# EXHIBIT 1(I)



Select Language    ▼
Powered by Google Translate

# Civil Court Case Information – Case History

## Case Information

| | | | | |
|---|---|---|---|---|
| Case Number: | CV2019-009784 | | Judge: | Kiley, Daniel |
| File Date: | 12/13/2019 | | Location: | Downtown |
| Case Type: | Civil | | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Sonoma Sol L L L P | Plaintiff | | Michael Poli |
| Truck Insurance Exchange | Defendant | | Pro Per |
| Farmers Insurance Exchange | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 12/17/2019 | AFS - Affidavit Of Service | 12/18/2019 | |
| **NOTE:** FARMERS INSURANCE EXCHANGE | | | |
| 12/17/2019 | AFS - Affidavit Of Service | 12/18/2019 | |
| **NOTE:** TRUCK INSURANCE EXCHANGE | | | |
| 12/17/2019 | SUM - Summons | 12/18/2019 | |
| 12/17/2019 | SUM - Summons | 12/18/2019 | |
| 12/13/2019 | COM - Complaint | 12/17/2019 | |
| 12/13/2019 | CCN - Cert Arbitration - Not Subject | 12/17/2019 | |
| 12/13/2019 | CSH - Coversheet | 12/17/2019 | |
| 12/13/2019 | NJT - Not Demand For Jury Trials | 12/17/2019 | |

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**

# EXHIBIT 2

1  Michael N. Poli (State Bar No. 006431)
   mpoli@merlinlawgroup.com
2  Lawrence R. Moon (State Bar No. 017000)
   lmoon@merlinlawgroup.com
3  MERLIN LAW GROUP P.A.
   2999 North 44th Street, Suite 520
4  Phoenix, Arizona 85018
   Telephone:  (480) 315-9980
5  Facsimile:   (480) 315-9984

6  *Counsel for Plaintiff*

7                    **ARIZONA SUPERIOR COURT**

8                      **MARICOPA COUNTY**

9  KLONDIKE   BULLHEAD,   LP,   an
   Arizona limited partnership, dba GOLD      No. CV2018-004741
10 RUSH APARTMENTS,

11            Plaintiff,                       **PLAINTIFF'S MOTION FOR**
                                               **PARTIAL SUMMARY JUDGMENT**
12        vs.

13 MID-CENTURY INSURANCE                       (Assigned to the Hon. Sherry Stephens)
   COMPANY, FARMERS INSURANCE
14 EXCHANGE, and FARMERS DOES 1-
   100,
15                                             (Oral Argument Requested)
            Defendants.
16

17                    **I.    INTRODUCTION**

18         Plaintiff Klondike Bullhead, LP ("Klondike" or "Plaintiff"), moves the Court to

19 enter partial summary judgment regarding a discreet issue; namely, whether a specific

20 provision of Defendant Mid-Century's insurance policy is enforceable under Arizona

21 law.  With respect to a covered property loss, that provision purports to permit Mid-

22 Century to refrain from paying Plaintiff for a general contractor's overhead or profit

23 unless and until such costs are actually incurred and paid by the Plaintiff ("Provision

24 7122," as further defined below).

25         That provision — Provision 7122 — is not found within and does not conform to

26 the language of the 1943 New York Standard Fire Policy, which the Arizona legislature

27 has adopted and mandated to form the basis of all insurance policies that insure Arizona

28

T2162437.DOCX;1

property for losses due to fire (the "New York Standard Fire Policy").  *See* A.R.S. § 20-1503.  As a result, Provision 7122 is unforceable in Arizona as a matter of law.  *See, e.g., Stankova v. Metro. Prop. & Casualty Ins. Co.*, 788 F.3d 1012, 1015 (2015) (interpreting a property insurance policy under Arizona law: "If a policy conflicts with the provisions in the [New York] standard policy, the standard policy provisions govern.") (citing *Nangle v. Farmers Ins. Co. of Arizona*, 205 Ariz. 517, 73 P.3d 1252, 1257 (App. 2003)).

This motion for summary judgment is supported by the accompanying Separate Statement of Facts filed with this motion (the "PSOF"), and the following memorandum of points and authorities.

## II.    FACTUAL AND PROCEDURAL BACKGROUND

### A.    Brief Factual Description.

Plaintiff owns and operates an apartment complex known as Bella Vita Apartments (formerly Gold Rush Apartments) located at 2030 Prospector Court, Bullhead City, Arizona 86442 (the "Property").  On or about April 3, 2017, a wind storm caused significant damage to the roofs of the Property (the "Loss").  At the time of the Loss, the Property was insured by Defendant Mid-Century Insurance Company ("Mid-Century") under Mid-Century's policy number 60581-87-10 (the "Policy").  Pertinent excerpts of the Policy are attached to the PSOF as Exhibit 2.  PSOF, ¶¶ 1-2.

The Policy is an "all-risk policy," covering a wide variety of losses, including losses due to fire.  With respect to the extent of coverage, the Policy provides actual cash value ("ACV") and replacement cost value ("RCV") coverages defined in the Policy.[1]  *See* PSOF, ¶ 3.

In particular for the purposes of this motion, Provision 7122 of the Policy states that Mid-Century is not obligated to pay general contractor overhead and profit unless and until such expenses are actually incurred and paid by Plaintiff.  PSOF, ¶ 4 (Policy, page bates

---

[1] In general terms, the RCV of a claim is the estimated, current cost to repair or replace the damaged property.  The ACV of a claim is determined by deducting an allowance for depreciation from the RCV.

numbered CF000378: "We will not pay for the increased fee, charge or cost attributable to a general contractor's profit and overhead or other similar fees or charges, **unless you have incurred and paid for them** and they are reasonable.") (emphasis added).

Plaintiff timely submitted a claim to Mid-Century regarding the Loss and Mid-Century assigned the claim number 3008412396 (the "Claim").  Mid-Century did not offer to repair the wind damage itself.  Rather, on or about April 24, 2017, Mid-Century inspected the Property and prepared an estimate of the repair costs, determining the cost to repair the damage caused by the wind — *i.e.*, the RCV — to be $398,882.95 and the ACV to be $271,064.25.  *See id*.  Mid-Century issued a check to Plaintiff in the amount of $266,064.25, representing the ACV less the Policy deductible of $5,000.  *See id.*, ¶¶ 5-6.

Plaintiff subsequently hired the services of a public adjuster, Skipton & Associates, Inc., aka Skipton Claims Management ("Skipton").  Skipton estimated the RCV of the Claim to be $901,954.94 with an ACV of $686,052.52.  Included in Skipton's estimate is an allowance for payment of contractor overhead and profit in the total amount of $150,326.48, which constitutes a total of twenty percent of the underlying estimated repair costs.  *Id.*, ¶ 7.

Plaintiff contends that Mid-Century has failed and refused to pay the full amount due and owing to Plaintiff for the Claim, including any payment for the services of a general contractor to oversee and manage the repair project.  *See* Complaint.  Among other things, the wind repairs involved replacing the roofs on each of the 39 structures situated on the Property.  Together, those roofs comprise a total of approximately 200,000 square feet.  *Id.,* ¶ 8.  Because the Property is in a relatively remote location – approximately 3.5 hours from Scottsdale, Arizona by car – and there are no qualified employees or persons affiliated with Klondike nearby, Klondike would have hired a general contractor to manage and oversee the project if Mid-Century had paid it enough to do so.  However, because Mid-Century failed to pay enough to complete all the necessary repairs — much less for the services of a general contractor to oversee the project — Klondike completed the repairs without the services of a general contractor.  PSOF, ¶ 9.

Notwithstanding Klondike's completion of the repairs without engaging or paying for a general contractor, under Arizona law, Mid-Century may not withhold payment of an allowance for the services of a general contractor on the basis that Klondike did not hire and pay one, as Provision 7122 purports to authorize it to do.   As discussed below, Provision 7122 is not enforceable in Arizona, generally, nor against Klondike, specifically.

## III.     LEGAL ARGUMENT

### A.     <u>Applicable Legal Standards.</u>

"[S]ummary judgment should be granted when the evidence presents no genuine issue of material fact." *Orme School v. Reeves, III*, 166 Ariz. 301, 305, 802 P.2d 1000, 1004 (1990); Rule 56(a), Ariz. R. Civ. P.  Stated another way, "[a motion for summary judgment] should be granted if the facts produced in support of the claim or defense have so little probative value, given the quantum of evidence required, that reasonable people could not agree with the conclusion advanced by the proponent of the claim or defense." *Orme School*, 116 Ariz. at 309.

"When interpreting insurance policies, [courts are to] apply the language according to its plain and ordinary meaning from the standpoint of an individual untrained in law or business."  *Nucor Corp. v. Employers Ins. Co. of Wausau*, 231 Ariz. 411, 414, ¶ 9, 296 P.3d 74, 77 (2012).  *See also Coombs v. Lumbermen's Mut. Cas. Co.*, 23 Ariz. App. 207, 209, 531 P.2d 1145, 1147 (1975) ("[if there is] no dispute of fact or as to the wording of the policy, it is [the court's] duty [] to construe the contract as a matter of law.").  *Cf. National Bank of Ariz. v. Thruston*, 218 Ariz. 112, 120, ¶ 32, 180 P.3d 977, 985 (App. 2008) ("The interpretation of a statute presents a legal question").

### B.     <u>Mandatory Terms of Fire Insurance Policies in Arizona.</u>

Under A.R.S. § 20-1503(A),

No policy of fire insurance covering property located in [Arizona] shall be made, issued or delivered unless it conforms as to all provisions and the sequence thereof with the basic policy commonly known as the New York

T2162437.DOCX;1                                          4

1   standard fire policy, edition of 1943.   Such policy is designated as the
2   Arizona standard fire policy.[2]

3   The mandate of A.R.S. § 20-1503 applies to all property insurance policies under
4   which fire is a covered cause of loss, regardless of whether the policies also cover losses
5   due to other causes.  *See, e.g., Tritschler v. Allstate Ins. Co.*, 213 Ariz. 505, 511-12, ¶14,
6   144 P.3d 519 (App. 2006).   As a result, the effect of A.R.S. § 20-1503 is the same with
7   respect to all claims under such property insurance policies, regardless of the type of claim
8   — that is, such policies are to be interpreted the same regardless of whether a claim is
9   submitted for a loss caused by fire, water, wind, or any other type of loss covered under
10   the policy.  *Id.  Cf. Stankova*, 788 F.3d at 1015 ("If a policy conflicts with the provisions
11   in the [New York] standard policy, the standard policy provisions govern.").

12   In *Tritschler,* the Court of Appeals also held that under policies such as Mid-
13   Century's policy, "absent . . . repairs by [the insurance company], all insureds are eligible
14   to receive the actual cash value of the damage sustained to their properties."  *Id.*  In that
15   regard, the Court further held that, for the purposes of determining the amount of the actual
16   cash value ("ACV") to be paid for a covered claim,

17
18   actual cash value in adjusting a property loss includes any cost that an insured
     would be reasonably likely to incur in repairing or replacing a covered loss,
19   regardless of whether the insured intends to repair or replace the property.
     **And, if the cost to repair or replace the damaged property would likely**
20   **require the services of a general contractor, the contractor's overhead**
     **and profit fees should be included in determining actual cash value, even**
21   **when an insured ultimately elects to complete personally the needed**
22   **repairs**.

23   213 Ariz. at 515, ¶ 28 (emphasis added).
24
25   Payment of general contractor overhead and profit as part of the ACV of a property
26   claim when it is reasonably likely that the subject repairs will require the services of a

27
28   ───────────
     [2] A copy of the New York Standard Fire Policy is attached to this motion as **Exhibit
     A**.

general contractor is the rule in many, if not most, states.  *See, e.g.*, Cal. Code of Regulations, title 10, § 2695.183 ("The estimate of replacement cost shall include the expenses that would reasonably be incurred to rebuild the insured structure(s) in its entirety, including at least the following: . . . (2) Overhead and profit . . .") ; Colorado Dept. of Regulatory Agencies Bulletin No. B-5.1 (originally issued December 21, 1998, reissued May 8, 2007) ("Deduction of contractor's overhead and profit, in addition to depreciation, is not consistent with the definition of actual cash value."); Texas Dept. of Ins. Bulletin #B-0068-08 ("The deduction of prospective contractors' overhead and profit and sales tax, in addition to depreciation in calculating actual cash value, is an improper claim settlement practice on policies that provide coverage on an actual cash value or replacement cost basis.").

C.   **Plaintiff's Claim and The Mid-Century Policy.**

Here, Mid-Century did not offer to perform the needed repairs itself; therefore, at a minimum, Plaintiff is entitled to payment of the full ACV of the claim.  In addition, if the repairs are reasonably likely to require the services of a general contractor, the ACV of the claim must include an allowance for contractor's overhead and profit, which is typically a total of twenty percent of the underlying repair costs.  *See Tritschler,* 213 Ariz. at 515, ¶ 28.

In other words, as established by the authorities above, Mid-Century's obligation to pay contractor's overhead and profit is not subject to Plaintiff's incursion and payment of them, but rather is only subject to the determination as to whether it is reasonably likely that the required repairs will require Plaintiff to hire a general contractor.  Stated another way, Mid-Century may not withhold payment of contractor's overhead and profit on the basis that such expenses have not been actually incurred and paid by Plaintiff, as Provision 7122 of the Policy purports to provide.  Rather, Mid-Century may only withhold payment of contractor's overhead and policy as a component of the ACV of Plaintiff's claim, if it is not reasonably likely that the respective repairs would require Plaintiff to engage the services of a general contractor.  Therefore, Plaintiff is entitled to summary judgment that

Provision 7122 of the Policy is not enforceable in Arizona as a matter of law, and more specifically, that Provision 7122 is not enforceable against Plaintiff.

## IV.   CONCLUSION

The general definition of "actual cash value" for the purposes of property insurance policies, such as Mid-Century's Policy, has been established by statute (A.R.S. § 20-1503(A)) and the authorities cited above (*see, e.g., Tritschler*, 213 Ariz. at 515, ¶ 15). Provision 7122 of the Policy conflicts with and detracts from that definition.

For the foregoing grounds and reasons, Plaintiff moves the Court to enter summary judgment that Provision 7122 of the Policy is unenforceable in Arizona as a matter of law, and therefore, it is unenforceable against Plaintiff.  *See* Rule 56(a), Ariz. R. Civ. P.; *Orme School*, 166 Ariz. at 305, 802 P.2d at 1004.

RESPECTFULLY SUBMITTED this 8th day of March, 2019.

MERLIN LAW GROUP, P.A.

By___*/s/  Lawrence R. Moon*_____
    Michael N. Poli
    Lawrence R. Moon
    2999 North 44th Street, Suite 520
    Phoenix, Arizona 85018
    *Counsel for Plaintiff*

COPY of the foregoing mailed / emailed
this 8th day of March, 2019, to:

Donald L. Myles, Mr.
Patrick C. Gorman
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
*Attorneys for Defendants Mid-Century*
*Insurance Company and Farmers Ins. Exchange*

_____*/s/ Linda Gundelach*_____

# EXHIBIT 3



(https://azsos.gov/about-office/contact-us)     (https://twitter.com/SecretaryHobbs)

(https://www.facebook.com/SecretaryHobbs)     (https://www.instagram.com/azsecretaryhobbs/)

(https://az.gov/)



# Result Detail

Back

**File ID:**

6003738

**Name:**

SONOMA SOL, LLLP

**Mailing Address:**

15169 NORTH SCOTTSDALE
#340
SCOTTSDALE, Arizona
85254-

**Date to Dissolve:**

Never

**Date Registered:**

October 15, 2015

**Partners:**

SONOMA SOL GENERAL PARTNER, INC.                    General Partner
15169 NORTH SCOTTSDALE
#340
SCOTTSDALE, Arizona
85254-

**Registration Information:**

| Registration Received: | October 15, 2015 | Expires: | June 5, 2017 | Cancelled: | June 5, 2017 |

## Correspondence History:

| Partnership Cancellation: | Filed: | June 5, 2017 |
| Partnership Annual Report: | Filed: | May 17, 2017 |
| Partnership Annual Report: | Filed: | April 1, 2016 |
| Partnership Amendment: | Filed: | January 29, 2016 |
| Partnership Application: | Filed: | October 15, 2015 |

[ Back ]

Website Policies (https://www.azsos.gov/website-policies) | Contact Us (https://www.azsos.gov/about-office/contact-us)

© 2020 - Arizona Secretary of State, All Rights Reserved

# EXHIBIT 4

1

**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

2

Steven J. Hulsman (State Bar No. 010929)
Direct Dial: 602.262.5313
Direct Fax: 602.734.3769
Email: shulsman@lrrc.com

3

Jared L. Sutton (State Bar No. 028887)
Direct Dial: 602.262.0259
Direct Fax: 602.734.3924
Email: jsutton@lrrc.com

4

5

Yalda Godusi (State Bar No. 034742)
Direct Dial: 602.262.5367
Direct Fax: 602.734.3924
Email: ygodusi@lrrc.com

6

7

*Attorneys for Defendants*

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF ARIZONA

10

11   Sonoma Sol, LLLP, an Arizona limited
     liability limited partnership,                    No.

12

13                              Plaintiff,             **DECLARATION OF MARGARET
                                                        GILES**

14   vs.

15   Truck Insurance Exchange, a foreign
     entity; and Farmers Insurance Exchange, a
16   foreign entity,

17                              Defendants.

18

19      I, Margaret Giles, declare as follows:

20      1.      I am an Assistant Secretary for Defendants Truck Insurance Exchange and

     Farmers Insurance Exchange.  I am authorized to make this declaration on Defendants'
21
     behalf.
22
        2.      Defendants are reciprocal or inter-insurance exchanges organized and
23
     existing under California law, with their principal place of business in California.
24
        3.      Defendants received the Complaint in the above-captioned lawsuit on
25
     December 26, 2019, when it was served on their statutory agent by the Arizona
26
     Department of Insurance on that same date.
27
        4.      I declare under penalty of perjury that the foregoing is true and correct.
28

*(left margin, rotated)* **Lewis Roca** ROTHGERBER CHRISTIE  201 East Washington Street, Suite 1200  Phoenix, AZ 85004-2595

1

2      EXECUTED this _10_ day of January, 2020.

3

4                                        _Margaret Giles_

5                                        Margaret Giles
                                         Assistant Secretary
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

Lewis Roca
ROTHGERBER CHRISTIE

2

110196784.1

# EXHIBIT 5

**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Steven J. Hulsman** (State Bar No. 010929)
Direct Dial: 602.262.5313
Direct Fax: 602.734.3769
Email: shulsman@lrrc.com

**Jared L. Sutton** (State Bar No. 028887)
Direct Dial: 602.262.0259
Direct Fax: 602.734.3924
Email: jsutton@lrrc.com

**Yalda Godusi** (State Bar No. 034742)
Direct Dial: 602.262.5367
Direct Fax: 602.734.3924
Email: ygodusi@lrrc.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sonoma Sol, LLLP, an Arizona limited liability limited partnership, | No. |
| Plaintiff, | **DECLARATION OF JARED L. SUTTON** |
| vs. | |
| Truck Insurance Exchange, a foreign entity; and Farmers Insurance Exchange, a foreign entity, | |
| Defendants. | |

I, Jared L. Sutton, declare as follows:

1.    I am an attorney at the law firm of Lewis Roca Rothgerber Christie LLP. I represent Truck Insurance Exchange and Farmers Insurance Exchange in this matter. I am over the age of 18 and am competent to testify regarding the matters in this declaration.

2.    On or about January 8, 2020, under my supervision, Research Specialist Steve Hekel ordered, received, and copied all filings in *Sonoma Sol, LLLP v. Truck Ins. Exchange, et al.*, pending in the Arizona Superior Court, County of Maricopa, Case No. CV2019-009784 (the "State Court Action").

110188637.1

3.      Exhibit 1, with subparts (A)-(H), consists of true and complete copies of all pleadings and other documents filed in the State Court Action.

4.      I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 10th day of January, 2020.

110188637.1