**BONNETT FAIRBOURN FRIEDMAN & BALINT, PC**
Andrew S. Friedman (State Bar No. 005425)
afriedman@bffb.com
Francis J. Balint, Jr. (State Bar No. 007669)
fbalint@bffb.com
William F. King (State Bar No. 023941)
bking@bffb.com
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

**POLI, MOON & ZANE, PLLC**
Michael N. Poli (State Bar No. 006431)
mpoli@pmzlaw.com
Lawrence R. Moon (State Bar No. 017000)
lmoon@pmzlaw.com
2999 North 44th Street, Suite 325
Phoenix, Arizona 85018
Telephone: (602) 857-8180
Facsimile: (602) 857-7333

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sonoma Sol, LLLP, an Arizona limited liability limited partnership; Chris and Jessica Adamski, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Truck Insurance Exchange, a foreign entity; Farmers Insurance Exchange, a foreign entity; Fire Insurance Exchange, a foreign entity; Mid-Century Insurance Company, a foreign entity; and Farmers Insurance Company of Arizona, a foreign entity,<br><br>Defendants. | No. 2:20-cv-00069-PHX-DJH<br><br>**JOINT REQUEST FOR ENTRY OF PROPOSED FORMS OF FINAL APPROVAL ORDER AND FINAL JUDGMENT**<br><br>Final Approval Hearing: Nov. 9, 2021 |

The Class Notice process in the above-captioned action has been completed in the manner prescribed in the Court's Preliminary Approval Order dated June 16, 2021. Doc. 91 ("Preliminary Approval Order"); *see*, Declaration of Patricia Ernste Regarding Administration of Notice Plan (Doc. 96 ("Settlement Administrator Declaration")). As of the September 27, 2021, deadline established by the Preliminary Approval Order, there were *zero* objections to the Proposed Settlement filed with the Court, and only *two* opt-out requests received by the Settlement Administrator. Settlement Administrator Declaration, ¶¶ 20-21.

The Final Approval Hearing is currently scheduled for November 9, 2021. Doc. 93. Given the lack of objection, no member of the Settlement Class has standing to appeal the Court's judgment. *Devlin v. Scardelletti*, 536 U.S. 1, 11 (2002); *see, e.g., In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 16-16368, 2017 WL 3468376, at *1 (9th Cir. Mar. 2, 2017) (dismissing appeal by member of settlement class for lack of objection). Nor do the two Farmers policyowners who have opted-out of the Settlement Class have standing to appeal a judgment that by definition does not affect them. *Marino v. Ortiz*, 484 U.S. 301, 304 (1988) (per curiam); *see, e.g., CRT*, 2017 WL 3468376, at *1 (dismissing appeal noticed by nonmember of the settlement class). In short, there can be no viable appeal.

Consequently, the Parties in the interest of avoiding needless delay in the implementation of the Proposed Settlement jointly request that the Court vacate the Final Approval hearing and grant Plaintiffs' unopposed "Motion for Final Certification of Settlement Class, Approval of Proposed Class Settlement, and Approval of Defendants' Payment of Class Fees, Litigation Expenses, and Service Awards." Doc. 94. *See, e.g., Schmitt v. Younique, LLC*, Case No. 8:17-cv-01397-JVS-JDE, 2020 WL 1812354 (C.D. Cal. April 9, 2020) (given lack of objection, vacating final approval hearing and entering class settlement approval order and judgment).

Updated versions of the proposed forms of Final Approval Order and Final Judgment - previously filed as Exhibits 4 and 5 to the Settlement Agreement (Doc. 89-1,

1

at 74-93) - are hereby lodged with the Court in compliance with LRCiv 7.1(b)(2).

Dated: October 8, 2021

By:

/s/ *Francis J. Balint, Jr*
Francis J. Balint, Jr. (007669)
fbalint@bffb.com
Andrew S. Friedman (005425)
afriedman@bffb.com
William F. King (023941)
bking@bffb.com
BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, PC.
2325 East Camelback Road
Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Facsimile: (602) 274-1199

POLI, MOON & ZANE, PLLC
Michael N. Poli, #006431
mpoli@pmzlaw.com
Lawrence R. Moon, #017000
lmoon@pmzlaw.com
2999 North 44th Street, Suite 325
Phoenix, Arizona 85018
Telephone: (602) 857-8180
Facsimile:     (602) 857-7333

*Attorneys for Plaintiffs*

By:

/s/ *Steven J. Hulman (w/ permission)*
Steven J. Hulsman (010929)
LEWIS ROCA ROTHGERBER
CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5313
Facsimile: (602) 734-3769
Email:  shulsman@lrrc.com

*Attorneys for Defendants*

2