# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sonoma Sol LLLP, et al., | No. CV-20-00069-PHX-DJH |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| Truck Insurance Exchange, et al., | |
| Defendants. | |

The above-captioned action (the "Action") having come for consideration before the Court, the Court having granted Plaintiffs' "Motion for Final Certification of Settlement Class, Approval of Proposed Class Settlement, and Approval of Defendants' Payment of Class Fees, Litigation Expenses, and Service Awards" (Doc. 94), and having entered its Final Approval Order (Doc. 100), and there being no just reason to delay entry of final judgment,

**IT IS ORDERED, ADJUDGED AND DECREED** dismissing with prejudice all claims asserted in the Action, all parties to bear their own costs and attorneys' fees, except as otherwise provided in the Final Approval Order.  This Judgment fully and finally terminates all claims of the Representative Plaintiffs and the Class Members against Defendants and as to Released Persons as defined in the Final Approval Order, on the merits, with prejudice, and without leave to amend.

…

**IT IS FINALLY ORDERED** the Clerk is respectfully directed to terminate this action.

Dated this 9th day of November, 2021.

Honorable Diane J. Humetewa
United States District Judge